UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------------x
VANDERBILT UNIVERSITY,                  :   C.A. No. 05-506
                                        :
                    Plaintiff,          :   **DISCLOSURE**
                                        :   **STATEMENT**
        -against-                       :   **PURSUANT TO**
                                        :   **FED R. CIV. P. 7.1**
ICOS Corporation,                       :
                                        :
                    Defendant.          :
                                        :
-----------------------------------------------------------------x

Plaintiff Vanderbilt University ("Vanderbilt"), by its attorneys, Bifferato, Gentilotti & Biden, P.A. and Miles & Stockbridge, P.C., in connection with its complaint against defendant ICOS Corporation ("ICOS"), and pursuant to Federal Rule of Civil Procedure 7.1, states and discloses as follows:

1. Vanderbilt is a Tennessee not-for-profit corporation with its principal place of business in Nashville, Tennessee.

2. Vanderbilt has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 21, 2005
       Wilmington, Delaware

                                BIFFERATO, GENTILOTTI & BIDEN, P.A.

                                _____
                                Ian Connor Bifferato (#3273)
                                Vincent A. Bifferato, Jr. (#2465)
                                Joseph R. Biden, III (#4203)
                                Joseph K. Koury (#4272)
                                1308 Delaware Avenue
                                Wilmington, DE 19806-2165
                                (302) 429-1900

                                Attorneys for Plaintiff
                                Vanderbilt University

Of Counsel:

Robert S. Brennen, Esquire
Donald E. English, Esquire
Aaron C. Storm, Esquire
Miles & Stockbridge, P.C.
Baltimore Office
10 Light Street
Baltimore, MD 21202-1487
(410) 727-6464

and

Kurt C. Rommel, Esquire
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
McLean, VA 22102-3833

and

Leona Marx
University Counsel
Vanderbilt University
Office of the General Counsel
Suite 750, Loews Vanderbilt Plaza
2100 West End Avenue
Nashville, TN 37203