IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY<br>2201 West End Avenue<br>Nashville, Tennessee 21060-6401<br><br>     Plaintiff.<br><br>ICOS Corporation<br>22021 Twentieth Avenue, S.E.<br>Bothell, Washington 98021<br>NORTHWESTERN CORPORATION,<br><br>     Defendant. | )<br>)<br>)<br>) Case No. 05-506<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION
### PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Donald E. English, Jr. Esq. to represent plaintiff Vanderbilt University in this matter.

Dated: July 21, 2005

BIFFERATO, GENTILOTTI & BIDEN

_____
Ian Connor Bifferato (#3273)
Vincent A. Bifferato (#2465)
Joseph R. Biden, III (#4203)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, DE 19806
(302) 429-1900

*Attorneys for Plaintiff*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State(s) of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: July 21, 2005

_____
Donald E. English, Jr.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464