IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY<br>2201 West End Avenue<br>Nashville, Tennessee 21060-6401<br><br>    Plaintiff,<br><br>ICOS Corporation<br>22021 Twentieth Avenue, S.E.<br>Bothell, Washington 98021<br>NORTHWESTERN CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 05-506<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Leona Marx, Esq. to represent plaintiff Vanderbilt University in this matter.

Dated: July 21, 2005

BIFFERATO, GENTILOTTI & BIDEN

Ian Connor Bifferato (#3273)
Vincent A. Bifferato (#2465)
Joseph R. Biden, III (#4203)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, DE 19806
(302) 429-1900

*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State(s) of ___Tennessee___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: July 21, 2005                                   *[signature: Leona Mark]*