## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VANDERBILT UNIVERSITY,                    )
                                          )
      Plaintiff,                        )
                                          )
  v.                                    )
                                          )     Civil Action No. 05-506 (SLR)
ICOS CORPORATION,                         )
                                          )
      Defendant.                        )
                                          )

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant ICOS Corporation shall answer, move, or otherwise respond to plaintiff's complaint is hereby extended to and including September 9, 2005.

Dated: August 8, 2005                    Dated:  August 8, 2005


   */s/ Ian Connor Bifferato*_____          */s/ Mary B. Matterer*_____
Ian Connor Bifferato #3273               Mary B. Matterer # 2696
BIFFERATO GENTILOTTI & BIDEN, P.A.       MORRIS JAMES HITCHENS & WILLIAMS LLP
1308 Delaware Avenue                     222 Delaware Avenue, 10th Floor
Wilmington, DE  19806                    Wilmington, DE 19801
(302) 429-0907                           (302) 888-6800
icb@bgbde.com                            mmatterer@morrisjames.com
*Attorneys for Plaintiff*                *Attorneys for Defendant*
*Vanderbilt University*                  *ICOS Corporation.*


**SO ORDERED** this ____ day of _____, 2005.


                      _____
                      Sue L. Robinson, Chief Judge