**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY,           )<br>                                                          )<br>                    Plaintiff,        )<br>                                                          )<br>          v.                                        )<br>                                                          )<br>ICOS CORPORATION,               )<br>                                                          )<br>                    Defendant.     )<br>_____) | Civil Action No. 05-506 SLR<br><br>NON-JURY CASE |

**CORPORATE DISCLOSURE STATEMENT OF ICOS CORP. PURSUANT TO
FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ICOS Corporation ("ICOS") states that ICOS has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: September 9, 2005

By: */s/ Mary B. Matterer*
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Counsel for Defendant
ICOS CORPORATION

OF COUNSEL:
Kevin M. Flowers
Michael F. Borun
Thomas I. Ross
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 South Wacker Drive
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2005, I electronically filed the foregoing document, **CORPORATE DISCLOSURE STATEMENT OF ICOS CORP. PURSUANT TO FED. R. CIV. P. 7.1** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ian Connor Bifferato, Esq.
Bifferato Gentilotti & Biden, P.A.
1308 Delaware Avenue
Wilmington, DE  19806

Additionally, I hereby certify that on the 9th day of September, 2005, the foregoing document was served via Federal Express on the following non-registered participants:

Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA  22102-3833
krommel@milesstockbridge.com

Dated: September 9, 2005        /s/ Mary B. Matterer
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

*Counsel for ICOS Corp.*