IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VANDERBILT UNIVERSITY** | * | |
| Plaintiff, | * | |
| v. | * | Case No: 1:05-cv-00506-SLR |
| **ICOS CORPORATION** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE OF PLAINTIFF VANDERBILT UNIVERSITY'S DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (a)(1)

PLEASE TAKE NOTICE that on this, the 4th day of November, 2005, copies of plaintiff Vanderbilt University's Rule 26(a)(1) Disclosures were caused to be served upon the following in the manner so indicated:

**BY HAND**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY MAIL**
Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

BIFFERATO, GENTILOTTI, BIDEN & BALICK

/s/ Joseph K. Koury
_____
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
Bifferato, Gentilotti & Biden, P.A.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900
(302) 429-8600 (fax)

*Delaware Counsel for Plaintiff,
Vanderbilt University*