# BIFFERATO GENTILOTTI
# BIDEN & BALICK

November 15, 2005

Email: jkk@bgbblaw.com
Direct Dial: 302.254.5380

**BY E-FILE**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   **Re:** *Vanderbilt University v. ICOS Corporation*
      Civil Action No. 05-506

Dear Chief Judge Robinson:

  This firm, along with the law firm of Miles & Stockbridge P.C., is counsel to the plaintiff in the above-referenced proceeding. Pursuant to the Court's *Order for Scheduling Conference*, entered October 25, 2005, enclosed please find a proposed discovery plan upon which the parties have conferred. Additionally, as counsel to the plaintiff, we will initiate the telephonic scheduling conference to be held this Friday, November 18, 2005 at 8:30 a.m., as required by the Court's *Order*. We are available at the Court's convenience should it have any questions in the interim.

           Respectfully,

           Joseph K. Koury (#4272)

Enclosure
cc: Richard K. Herrmann, Esq., Morris James (by hand (w/ enclosure))

www.bgbblaw.com