IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-506 SLR |
| | ) | |
| ICOS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions pro hac vice of Rashmi V. Gupta and Jennifer Embry Flory of the law firm of Marshall, Gerstein & Borun LLP to represent Defendant ICOS Corporation in this matter.

Dated: November 21, 2005

/s/ Mary B. Matterer
Richard K. Herrmann (I.D. # 405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant ICOS Corporation

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 111105, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: *Rashmi V. Gupta*

Date: 11/16/05

Rashmi V. Gupta
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 474-6300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 111105, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *[signature]*

Date: 11/18/05

Jennifer Embry Flory
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 474-6300

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2005, I electronically filed the foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti & Biden, P.A.
1308 Delaware Avenue
Wilmington, DE  19806

Additionally, I hereby certify that on the 21st day of November, 2005, the foregoing document was served via email and Federal Express on the following non-registered participant:

Robert S. Brennan, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202
410.727.6464
rbrennan@milesstockbridge.com

                                                    */s/ Mary B. Matterer*

                                                    Richard K. Herrmann #405
                                                    Mary B. Matterer #2696
                                                    MORRIS JAMES HITCHENS &
                                                    WILLIAMS LLP
                                                    222 Delaware Avenue, 10th Floor
                                                    Wilmington, DE  19801
                                                    (302) 888-6800
                                                    mmatterer@morrisjames.com

                                                    Attorneys for Defendant ICOS Corporation