# BIFFERATO GENTILOTTI
# BIDEN & BALICK

December 2, 2005

Email: jkk@bgbblaw.com
Direct Dial: 302.254.5380

**BY E-FILE**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Vanderbilt University v. ICOS Corporation*
               Civil Action No. 05-506

Dear Chief Judge Robinson:

      This firm, along with the law firm of Miles & Stockbridge P.C., is counsel to the plaintiff in the above-referenced proceeding. Enclosed please find a form of scheduling order which all parties believe accurately reflects the discovery plan resulting from the telephonic scheduling conference the Court held on November 18, 2005; the form of order also reflects two changes that the parties discussed subsequent to the teleconference, namely: (i) moving up the close of expert discovery by one month to accommodate the current trial date; and (ii) moving up the date for the exchange of lists of fact witnesses to be called at trail. The parties respectfully request that the Court enter the enclosed form of order.

      Respectfully,

      Joseph K. Koury (#4272)

Enclosure
cc:    Richard K. Herrmann, Esq., Morris James (by hand (w/ enclosure))

www.bgbblaw.com