IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY,<br><br>               Plaintiff,<br><br>    v.<br><br>ICOS CORPORATION,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-506 -SLR<br>)<br>)<br>) |

**SCHEDULING ORDER**

At Wilmington this _____ day of _____ 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the Court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b),

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

    2.    **Discovery.**

        (a)    Discovery will be needed on the following subjects:

At this time, the Parties expect to seek discovery from each other and third parties relating to cGMP-binding phosphodiesterases, inhibitors thereof, cGMP analogs, erectile dysfunction, the patent applications and patents at issue in this action, and the agreements attached as exhibits to the Complaint.

        (b)    All fact discovery shall be commenced in time to be completed by November 17, 2006.

(1) Document production by Parties shall be completed on or before April 18, 2006.

(2) Maximum of 50 interrogatories by each party to any other party.

(3) In the absence of agreement among the parties, contention interrogatories, if filed, shall first be addressed by the party with the burden of proof no later than the date established for the completion of document production, with the responsive answers due within thirty (30) days thereof. The adequacy of all such interrogatory answers shall be judged by the level of detail each party provides; i.e., the more detail a party provides, the more detail a party shall receive.

(4) Maximum of 100 requests for admission by each party to any other party.

(5) Except for the deposition duces tecum of custodians of records of third parties, in the absence of agreement among the parties or by order of the Court, no deposition (other than those noticed under Fed. R. Civ. P. 30(b)(6)) shall be scheduled prior to the completion of document production by the Parties.

(6) Each party may take a maximum of 30 fact depositions, but no more than 10 depositions of the other party and that party's representatives. Each fact deposition [other than of individuals whose first language is not English] limited to a maximum of 7.5 hours unless extended by agreement of parties.

(c) Expert discovery shall be commenced in time to be completed by February 18, 2007.

(1)     Expert reports on issues for which the parties have the burden of proof shall be due December 18, 2006. Rebuttal expert reports shall be due January 18, 2007.

(2)     Expert depositions to be limited to a maximum of 7 hours unless extended by agreement of the parties.

(3)     All <u>Daubert</u> motions shall be filed on or before March 18, 2007.

(d)     Willfulness is not an issue in this action.

(e)     Supplementations under Rule 26(e) due October 18, 2006.

(f)     **Discovery Disputes**.

(1)     The Court shall conduct in-person discovery status conferences on February 23, 2006 at 4:30 p.m.; March 30, 2006 at 4:30 p.m.; and September 13, 2006 at 4:30 p.m., the time to be allocated equally among the parties.

(2)     The Court shall remain available to resolve by telephone conference disputes that arise during the course of a deposition and disputes over the terms of a protective order.

(3)     Absent express approval of the Court following a discovery conference, no motions pursuant to Fed. R. Civ. P. 37 shall be filed.

(g)     **Fact Witnesses to be Called at Trial**. On or before January 9, 2007, each party shall serve on the other parties a list of each fact witness (including any expert witness who is also expected to give fact testimony), who has previously been disclosed during discovery and that it intends to call at trial. Within one (1) month of receipt of such fact witness list, each party shall serve a list of each rebuttal fact witness that it intends to call at trial. The parties shall have the right to depose any such fact witnesses who have not previously been deposed in this

case. Such depositions shall be held within one (1) month after service of the list of rebuttal fact witnesses and shall be limited to twenty (20) hours per side in the aggregate unless extended by agreement of the parties or upon order of the Court upon good cause shown.

3. **Joinder of Other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before April 30, 2006.

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Claim Construction Issue Identification.** If the Court does not find that a limited earlier claim construction would be helpful in resolving the case, on July 18, 2006, the parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms. This document will not be filed with the Court. Subsequent to exchanging such lists, the parties will meet and confer to prepare a Joint Claim Construction Statement to be submitted pursuant to paragraph 6 below.

6. **Claim Construction.** The parties shall agree upon and file the Joint Claim Construction Statement on July 31, 2006, with the claim chart separately docketed. The parties will file simultaneous opening claim construction briefs on August 31, 2006. Simultaneous response briefs should be filed by October 2, 2006. The hearing on claim construction will be held on November 30, 2006 at 3:30 p.m.

7. **Applications by Motion.** Any application to the Court shall be by written motion filed with the clerk. **The Court will not consider applications and requests submitted by letter or in a form other than a motion,** absent express approval by the court.

(a)    **Any non-dispositive motion should contain the statement required by D. Del. LR 7.1.1.**

(b)    No telephone calls shall be made to chambers.

(c)    Any party with an **emergency** matter requiring the assistance of the Court shall e-mail chambers at: slr_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency. NO ATTACHMENTS shall be submitted in connection with said e-mails.

8.    **Motions in Limine.** No motions in limine shall be filed; instead the parties shall be prepared to address their evidentiary issues at the pretrial conference and during trial (before and after the trial day).

9.    **Pretrial Conference.** A pretrial conference will be held on March 6, 2007 at 4:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

10.    **Trial.** This matter is scheduled for a two-week (i.e., 10-day) trial commencing on March 19, 2007 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge