IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | * |
| Plaintiff, | * |
| | *    Case No: 1:05-cv-00506-SLR |
| v. | * |
| **ICOS CORPORATION,** | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 2nd day of December, 2005, Plaintiff, The Vanderbilt University, served its *First Set of Interrogatories Directed to Defendant ICOS Corporation* and its *First Request for Production of Documents Directed to Defendant ICOS Corporation* upon the following counsel of record for Defendant, ICOS Corporation, in the manner so indicated:

| **BY HAND** | **BY FAX & MAIL** |
|---|---|
| Richard K. Herrmann, Esq. | Kevin M. Flowers, Esq. |
| Mary B. Matterer, Esq. | Michael F. Borun, Esq. |
| Morris James Hitchens & Williams LLP | Thomas I. Ross, Esq. |
| 222 Delaware Ave., 10th Floor | Marshall, Gerstein & Borun LLP |
| Wilmington, DE 19801 | 6300 Sears Tower, 233 S. Wacker Drive |
| | Chicago, IL 60606-6537 |
| | (312) 474-0448 |

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900

*Attorneys for The Vanderbilt University*