IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY,  )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>ICOS CORPORATION,　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　)<br>_____) | Civil Action No. 05-506 SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of January, 2006, copies of the following documents, **ICOS' RESPONSES TO VANDERBILT'S FIRST SET OF INTERROGATORIES (NOS. 1-16) and ICOS' RESPONSES TO VANDERBILT'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-21)**, were served on counsel as indicated:

**VIA FIRST CLASS MAIL**
Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE 19806
jkk@bgbblaw.com

**VIA FIRST CLASS MAIL**
Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
703.903.9000
krommel@milesstockbridge.com

Dated: January 4, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Mary B. Matterer*
　　　　　　　　　　　　　　　　　　　　　　　　Richard K. Herrmann (I.D. # 405)
　　　　　　　　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. #2696)
　　　　　　　　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　　　　　　　　mmatterer@morrisjames.com

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant ICOS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE  19806
jkk@bgbblaw.com

Additionally, I hereby certify that on the 4th day of January, 2006, the foregoing document was served via email on the following non-registered participant:

Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA  22102-3833
703.903.9000
krommel@milesstockbridge.com

       /s/ Mary B. Matterer
       Richard K. Herrmann #405
       Mary B. Matterer #2696
       MORRIS JAMES HITCHENS &
       WILLIAMS LLP
       222 Delaware Avenue, 10th Floor
       Wilmington, DE  19801
       (302) 888-6800
       mmatterer@morrisjames.com

       Attorneys for Defendant ICOS Corporation