IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-506 SLR |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 9th day of January, 2006, copies of the following documents:

(1) ICOS CORPORATIONS' FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-12) TO VANDERBILT;

(2) ICOS CORPORATION'S FIRST SET OF INTERROGATORIES (NOS. 1-17) TO VANDERBILT UNIVERSITY; and

(3) ICOS CORPORATION'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS (NOS. 1-51) TO VANDERBILT UNIVERSITY

were served on counsel as indicated:

**VIA HAND DELIVERY**
Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE 19806
jkk@bgbblaw.com

**VIA FIRST CLASS MAIL**
Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
703.903.9000
krommel@milesstockbridge.com

Dated: January 9, 2006

/s/ Mary Matterer
Richard K. Herrmann (I.D. # 405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant ICOS Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE 19806
jkk@bgbblaw.com

Additionally, I hereby certify that on the 9th day of January, 2006, the foregoing document was served via first class mail on the following non-registered participant:

Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
703.903.9000
krommel@milesstockbridge.com

/s/ Mary B. Matterer

Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant ICOS Corporation*