# BIFFERATO GENTILOTTI
## BIDEN & BALICK

March 27, 2006

Email: jkk@bgbblaw.com
Direct Dial: 302.254.5380

**BY E-FILE**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE 19801

       **Re:**   *Vanderbilt University v. ICOS Corporation*
              Civil Action No. 05-506

Dear Chief Judge Robinson:

    This firm, along with the law firm of Miles & Stockbridge P.C., is counsel to the plaintiff in the above-referenced proceeding. Enclosed please find a copy of a fully-executed *Stipulated Protective Order* which the parties respectfully request the Court enter at its earliest convenience. We are available to address any questions or concerns that the Court may have.

                      Respectfully,

                      Joseph K. Koury (#4272)

Enclosure
cc:   Richard K. Herrmann, Esq., Morris James (by mail (w/o enclosure))

www.bgbblaw.com