IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | * |
| Plaintiff, | * |
| v. | * Case No: 1:05-cv-00506-SLR |
| **ICOS CORPORATION,** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

PLEASE TAKE NOTICE that on the 4th day of May, 2006, plaintiff Vanderbilt University served its responses to *ICOS Corporation's Second Set of Requests for Documents and Things* upon the following counsel of record for defendant ICOS Corporation in the manner so indicated:

**BY MAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY MAIL**
Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900

*Attorneys for The Vanderbilt University*