## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 5th day of May, 2006, copies of the foregoing NOTICE OF SERVICE OF DISCOVERY RESPONSES were caused to be served upon the following in the manner so indicated:

**BY MAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY MAIL**
Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

_/s/ Joseph K. Koury_
Joseph K. Koury (#4272)