IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 05-506 SLR |
| | ) |
| ICOS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

PLEASE TAKE NOTICE that on this, the 30th day of May, 2006, Plaintiff, Vanderbilt University, served its *Supplemental Response to ICOS Corporation's First Set of Interrogatories* by first class mail, postage prepaid:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Vincent A. Bifferato (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, Delaware 19806
(302) 429-1900

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify this 30th day of May, 2006, that copies of the foregoing *Notice of Service of Discovery Responses* were caused to be served upon the following in the manner so indicated:

**BY FIRST CLASS MAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

**BY FIRST CLASS MAIL**
Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537

Joseph K. Koury (#4272)