IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VANDERBILT UNIVERSITY           *

    Plaintiff,                  *

v.                              *       Case No: 1:05-cv-00506-SLR

ICOS CORPORATION                *

    Defendant.                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

AND NOW, this ____ day of _____, 2006, in consideration of the JOINT MOTION TO BRIEFLY ENLARGE THE TIME FOR FILING OF THE JOINT CLAIM CONSTRUCTION STATEMENT, the Court hereby ORDERS as follows:

1    To the extent necessary, the Joint Claim Construction Statement contemplated by the Scheduling Order entered in this matter shall be filed on or before August 11, 2006; and

2.    To the extent a Joint Claims Construction Statement is filed, all other deadlines contained within the Scheduling Order relating to claims construction shall remain unchanged

IT IS SO ORDERED.

_____
Sue L. Robinson
CHIEF UNITED STATES DISTRICT JUDGE