# CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 31st day of July, 2006, copies of the foregoing JOINT MOTION TO BRIEFLY ENLARGE THE TIME FOR FILING OF THE JOINT CLAIM CONSTRUCTION STATEMENT were caused to be served upon the following in the manner so indicated:

**BY HAND**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY MAIL**
Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537

/s/ Joseph K. Koury------------------
Joseph K. Koury (#4272)