## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 14th day of August, 2006,

copies of the foregoing JOINT CLAIM CONSTRUCTION STATEMENT were caused

to be served upon the following in the manner so indicated:

**BY HAND**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY FAX & MAIL**
Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537
(312) 474-0448

/s/ Joseph K. Koury
Joseph K. Koury (#4272)