## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-506-SLR |
| ICOS CORPORATION, | : |
| Defendant. | : |

### ORDER

At Wilmington this **20th** day of **September, 2006,**

IT IS ORDERED that the telephonic continued mediation has been scheduled for **Tuesday, November 7, 2006 at 4:00 p.m.** which requires the participation of the principals. Counsel for the principals may be involved in the call. No less than **three (3) days** prior to November 7, 2006, each side shall advise the Magistrate Judge and each other the identities of the participants. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE