**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-506 SLR |
| | ) |
| ICOS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 29th day of September, 2006, copies of the following document: **ICOS'S SECOND SET OF REQUESTS FOR ADMISSIONS (NOS. 13-26) TO VANDERBILT,** were served on counsel as indicated:

| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL & FIRST CLASS MAIL** |
|---|---|
| Ian Connor Bifferato, Esq. | Robert S. Brennen, Esq. |
| Joseph K. Koury, Esq. | Donald E. English, Jr., Esq. |
| Bifferato Gentilotti Biden & Balick, P.A. | Miles & Stockbridge, P.C. |
| 1308 Delaware Avenue | 10 Light Street |
| Wilmington, DE 19806 | Baltimore, MD 21202 |
| icb@bgblaw.com | rbrennen@milesstockbridge.com |
| jkk@bgbblaw.com | denglish@milesstockbridge.com |

Dated: September 29, 2006        　　/s/ Richard K. Herrmann
　　　　　　　　　　　　　　　　　Richard K. Herrmann (I.D. # 405)
　　　　　　　　　　　　　　　　　Mary B. Matterer (I.D. #2696)
　　　　　　　　　　　　　　　　　MORRIS JAMES HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　rherrmann@morrisjames.com

　　　　　　　　　　　　　　　　　Attorneys for Defendant ICOS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE  19806
jkk@bgbblaw.com

Additionally, I hereby certify that on the 29th day of September, 2006, the foregoing document was served via email and via hand delivery on the above and also via email and via first class mail on the following non-registered participant:

Robert S. Brennen, Esq.
Donald E. English, Jr., Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202
rbrennen@milesstockbridge.com
denglish@milesstockbridge.com

    */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. # 405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant ICOS Corporation