**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-506 -SLR |

**NOTICE OF DEPOSITION OF DR. JACKIE CORBIN**

Pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendant, ICOS Corporation gives notice that it will take the deposition of Dr. Jackie Corbin by oral examination. The deposition shall commence at 9:00 a.m. on November 1, 2006, at MORRIS JAMES HITCHENS & WILLIAMS LLP in Wilmington, DE (or at another time and location that is mutually agreeable between the parties) and continuing day-to-day thereafter if necessary until completed, before a Notary Public or other officer duly authorized to administer oaths, to be recorded by stenographic and videographic means.

Dated: October 3, 2006

By: /s/ Richard K. Herrmann
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel: (302) 888-6800
rherrmann@morrisjames.com

Kevin M. Flowers
Thomas I. Ross
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendant ICOS Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2006, I electronically filed the foregoing document, **NOTICE OF DEPOSITION OF DR. JACKIE CORBIN**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE  19806
jkk@bgbblaw.com

Additionally, I hereby certify that on the 3rd day of October, 2006, the foregoing document was served via email and via hand delivery on the above and also via email and via first class mail on the following non-registered participants:

Robert S. Brennen, Esq.
Donald E. English, Jr., Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202
rbrennen@milesstockbridge.com
denglish@milesstockbridge.com

        */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. # 405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant ICOS Corporation