# RETURN OF SERVICE (3)

IN HAND / LAST AND USUAL PLACE OF ABODE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | September 11, 2006 | Boston, Massachusetts |
| SERVED | September 11, 2006 | 258 WESTERN AVE., SHERBORN, Massachusetts |

**SERVED ON (NAME)**
RICHARD LABAUDINIERE, C/O FOLDRX PHARMACEUTICALS, INC.

**FEES TENDERED**
☒ YES   ☐ NO   AMOUNT $ 42.00
☐ Advanced By Attorney

**SERVED BY**
GERALD GOVOSTES

**TITLE**
Process Server and a Disinterested Person

## STATEMENT OF SERVICE FEES

| SERVICE FEE | | TOTAL |
|---|---|---|
| $ 140.00 | _____ Trips | $ 182.00 |

## DECLARATION OF SERVER (4)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on September 11, 2006
Date

Signature of Server: *Gerald Govostes*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 09/11/06 | 3:30PM | SERVER ARRIVED AT 300 TECHNOLOGY SQUARE, SERVER WAS TOLD THAT MR. LABAUDINIERE WAS NOT IN AND WOULD NOT BE IN FOR A FEW DAYS... YOU OFFICE WAS NOTIFIED AND YOU PROVIDED A RESIDENTIAL ADDRESS OF 258 WESTERN AVE., SHERBORN. | $ 65.00 |
| 09/11/06 | 7:45PM | SERVER ARRIVED AT 258 WESTERN AVE., SHERBORN WHERE SUBPOENA WAS LEFT | $ 75.00 |
| | | TOTAL | $ 140.00 |

(3) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, of Rule 45(c), Federal Rules of Civil Procedure
(4) Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)"

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737