IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY,           )<br>                                                     )<br>              Plaintiff,                     )<br>                                                     )<br>      v.                                            )      Civil Action No.: 05-506-SLR<br>                                                     )<br>                                                     )<br>                                                     )<br>                                                     )<br>                                                     )<br>                                                     )<br>ICOS CORPORATION,              )<br>                                                     )<br>              Defendant.                   )<br>                                                     ) | |

**NOTICE TO TAKE DEPOSITION OF**
**ICOS CORPORATION DESIGNEE**

Please take notice that Plaintiff Vanderbilt University, by its undersigned counsel and pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of the designee or designees of ICOS Corporation ("ICOS") with knowledge of the matters identified on the List of Deposition Topics attached as Schedule A hereto. The purpose of the deposition is for discovery in the above-captioned matter. The deposition will be taken at the offices of Bifferato, Gentilotti, Biden & Balick, L.L.C., 1308 Delaware Avenue, Wilmington, Delaware on Thursday, November 9, 2006 at 10:00 a.m., according to the Rules of this Court, before a Notary Public of the State of Delaware or some other officer authorized to

administer oaths. The deposition will continue thereafter until completed.

Dated: October 12, 2006

        BIFFERATO, GENTILOTTI,
          BIDEN & BALICK, L.L.C.

        _____
        Vincent A. Bifferato, Jr. (#2465)
        Ian Connor Bifferato (#3273)
        Joseph K. Koury (#4272)
        1308 Delaware Avenue
        Wilmington, Delaware 19806
        (302) 429-1900

        -and-

        Robert S. Brennen
        Donald E. English, Jr.
        MILES & STOCKBRIDGE P.C.
        10 Light Street
        Baltimore, Maryland 21202
        (410) 727-6464

            *Attorneys for Plaintiff,*
            *Vanderbilt University*