SCHEDULE A

# List of Deposition Topics

1. All agreements between ICOS Corporation and GlaxoSmithKline, and/or any of its worldwide affiliates (collectively "Glaxo") relating to United States Patents Nos. 5,859,006 and 6,140,329 and any compounds and/or products containing compounds described in those patents, and all royalties and other payments made by ICOS or its affiliates to Glaxo in connection with such agreements.

2. ICOS Corporation's collaboration with Glaxo between 1990 and 1995 relating to research and development of phosphodiesterase inhibitors, including any contracts relating to that collaboration.

3. All affirmative defenses asserted in ICOS Corporation's Answer to Vanderbilt University's Complaint.

4. All communications ICOS has had, if any, with Pascal Grondin, Alan Daugain, Richard Labaudiniere, Barry Ross, Herve Coste, G.M. Drew, Jorge Kirilovsky, and Anne-Charlotte Le Monnier de Gouville from July 1, 2005 through the present.