IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-506-SLR |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE TO TAKE DEPOSITION OF**
**KENNETH M. FERGUSON, PHD.**

Please take notice that Plaintiff Vanderbilt University, by its undersigned counsel and pursuant to Rule 30of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Kenneth M. Ferguson, PhD. The purpose of the deposition is for discovery in the above-captioned matter. The deposition will be taken at the offices of Bifferato, Gentilotti, Biden & Balick, L.L.C., 1308 Delaware Avenue, Wilmington, Delaware on Friday, November 10, 2006 at 10:00 a.m., according to the Rules of this Court, before a Notary Public of the State of Delaware or some other officer authorized to administer oaths. The deposition will continue

thereafter until completed.

Dated: October 12, 2006

                                  BIFFERATO, GENTILOTTI,
                                     BIDEN & BALICK, L.L.C.

/s/ Joseph K. Koury
_____
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, Delaware 19806
(302) 429-1900

-and-

Robert S. Brennen
Donald E. English, Jr.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

*Attorneys for Plaintiff,*
*Vanderbilt University*