IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | * | |
| Plaintiff, | * | |
| | * | Case No: 1:05-cv-00506-SLR |
| v. | * | |
| ICOS CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 13th day of October, 2006, Plaintiff, The Vanderbilt University, served its *First Request for Admission*, *Second Set of Interrogatories*, and *Second Request for Production of Documents* upon Defendant ICOS Corporation by serving the following counsel of record in the manner so indicated:

**BY HAND**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY FAX & MAIL**
Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537
(312) 474-0448

BIFFERATO, GENTILOTTI, BIDEN & BALICK

/s/ Joseph K. Koury
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900

*Attorneys for The Vanderbilt University*

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 13th day of October, 2006, copies of the foregoing *Notice of Service of Discovery* (Vanderbilt University's First Request for Admission, Second Set of Interrogatories, and Second Request for Production of Documents) were caused to be served upon the following in the manner so indicated:

**BY HAND**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY FAX & MAIL**
Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537
(312) 474-0448

_____
Joseph K. Koury (#4272)