IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VANDERBILT UNIVERSITY,                    *

    Plaintiff,                           *

                                     **Case No:  1:05-cv-00506-SLR**

v.                                        *

ICOS CORPORATION,                         *

    Defendant.                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSES

PLEASE TAKE NOTICE that on the 18th day of October, 2006, plaintiff Vanderbilt

University served its supplemental responses to *ICOS Corporation's First and Second Set of*

*Requests for Documents and Things* upon the following in the manner so indicated:

**BY MAIL**
Rashmi V. Gupta, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

                                **BIFFERATO, GENTILOTTI, BIDEN & BALICK**

                                Vincent A. Bifferato, Jr. (#2465)
                                Ian Connor Bifferato (#3273)
                                Joseph K. Koury (#4272)
                                1308 Delaware Avenue
                                P.O. Box 2165
                                Wilmington, Delaware  19899
                                (302) 429-1900

                                *Attorneys for The Vanderbilt University*

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 18th day of October, 2006, copies of the foregoing NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSES were caused to be served upon the following in the manner so indicated:

**BY MAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY MAIL**
Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

Joseph K. Koury (#4272)