## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 25th day of October, 2006, copies of the foregoing AMENDED NOTICE TO TAKE DEPOSITION OF KENNETH M. FERGUSON, PHD. were caused to be served upon the following by hand delivery

> Richard K. Herrmann, Esq.
> Mary B. Matterer, Esq.
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801

- and -

by first-class mail, postage prepaid, upon

> Michael F. Borun, Esq.
> Kevin M. Flowers, Esq.
> Thomas I. Ross, Esq.
> Rashmi V. Gupta, Esq.
> Jennifer E. Flory, Esq.
> Marshall, Gerstein & Borun LLP
> 6300 Sears Tower
> 233 S. Wacker Drive
> Chicago, Illinois 60606-6357

_____
Joseph K. Koury (#4272)