## CERTIFICATE OF SERVICE

_____I, Joseph K. Koury, hereby certify that on this, the 27th day of October, 2006, copies of the foregoing PLAINTIFF, VANDERBILT UNIVERSITY'S MOTION FOR ISSUANCE OF LETTER ROGATORY were caused to be served upon the following by hand delivery

>Richard K. Herrmann, Esq.
>Mary B. Matterer, Esq.
>Morris James Hitchens & Williams LLP
>222 Delaware Avenue, 10[th] Floor
>Wilmington, Delaware 19801

- and -

by first-class mail, postage prepaid, upon

>Michael F. Borun, Esq.
>Kevin M. Flowers, Esq.
>Thomas I. Ross, Esq.
>Rashmi V. Gupta, Esq.
>Jennifer E. Flory, Esq.
>Marshall, Gerstein & Borun LLP
>6300 Sears Tower
>233 S. Wacker Drive
>Chicago, Illinois 60606-6357

Joseph K. Koury (#4272)

4