## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-506-SLR |
| ICOS CORPORATION, | : |
| Defendant. | : |

### ORDER

At Wilmington this **30th** day of **October, 2006,**

IT IS ORDERED that the telephonic continued mediation presently scheduled for November 7, 2006 at 4:00 p.m. Eastern Time is canceled.

IT IS FURTHER ORDERED that a teleconference (not a mediation teleconference) has been scheduled for **Wednesday, December 13 at 4:00 p.m. Eastern Time** to be **initiated by plaintiff's counsel** for the purpose of discussing the status of the case and its effect on further mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE