AO88 (Delaware Rev. 7/00) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| VANDERBILT UNIVERSITY | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| ICOS CORPORATION | Case Number:[1] 05-506 (SLR) |

TO: Mark Rachlin
c/o GlaxoSmithKline
709 Swedeland Road
King of Prussia, PA 19406

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case

| PLACE OF DEPOSITION  Bifferato, Gentilotti, Biden & Balick<br>1308 Delaware Avenue   Wilmington, DE 19806 | DATE AND TIME<br>11.8.06   10:00 a.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment "A"

| PLACE  Bifferato, Gentilotti, Biden & Balick<br>1308 Delaware Avenue   Wilmington, DE 19806 | DATE AND TIME<br>11.8.06   10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify  Federal Rules of Civil Procedure, 30(b)(6)

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Joseph K. Koury, Attorney for Plaintiff | DATE<br>10.27.06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Joseph K. Koury (#4272)    Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue      Wilmington, DE 19806    Tel:(302) 429-1900

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number