**SCHEDULE A**

1. Copies of any and all documents relating to communications between you and ICOS Corporation as relates to the above-captioned litigation.

2. Copies of any and all documents relating to communications between you and Lilly ICOS LLC as relates to the above-captioned litigation.

3. Copies of any and all documents relating to communications between you and Kevin M. Flowers, Esq. as relates to the above-captioned litigation.

4. Copies of any and all documents relating to communications between you and Marshall, Gerstein & Borun LLP as relates to the above-captioned litigation.