IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-506-SLR |
| | ) | |
| ICOS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE TO TAKE DEPOSITION DUCES TECUM OF
<u>MARK RACHLIN</u>**

Please take notice that Plaintiff Vanderbilt University, by its undersigned counsel, will take the deposition upon oral examination of Mark Rachlin, who is hereby directed to bring with him to the deposition the documents described in Schedule A hereto. The purpose of the deposition is for discovery in the above-captioned matter. The deposition will be taken at the offices of Bifferato, Gentilotti, Biden & Balick, L.L.C., 1308 Delaware Avenue, Wilmington, Delaware 19806 on Wednesday, November 8, 2006 at 10:00 a.m., according to the Rules of this Court, before a Notary Public of the State of Delaware or some other officer authorized to

administer oaths. The deposition will continue thereafter until completed.

Dated: October 27, 2006

BIFFERATO, GENTILOTTI,
   BIDEN & BALICK, L.L.C.

_____
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, Delaware 19806
(302) 429-1900

-and-

Robert S. Brennen
Donald E. English, Jr.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

*Attorneys for Plaintiff,*
*Vanderbilt University*