**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-506 -SLR |

**AMENDED NOTICE OF DEPOSITION OF DR. SEKHAR RAJA KONJETI**

Pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendant, ICOS Corporation gives notice that it will take the deposition of Dr. Sekhar Raja Konjeti by oral examination. The deposition shall commence at 9:00 a.m. on November 9, 2006, at VOWELL & JENNINGS, INC., 214 2nd Avenue N, Suite 207, Nashville, TN 37201 (or at another time and location that is mutually agreeable between the parties) and continuing day-to-day thereafter if necessary until completed, before a Notary Public or other officer duly authorized to administer oaths, to be recorded by stenographic and videographic means.

Dated: October 30, 2006

                                        By: */s/ Mary B. Matterer*
                                              Richard K. Herrmann #405
                                              Mary B. Matterer #2696
                                              MORRIS JAMES HITCHENS &
                                                 WILLIAMS LLP
                                              222 Delaware Avenue, 10th Floor
                                              Wilmington, DE  19801
                                              Tel: (302) 888-6800
                                              mmatterer@morrisjames.com

                                              Kevin M. Flowers
                                              Thomas I. Ross
                                              MARSHALL, GERSTEIN & BORUN LLP
                                              6300 Sears Tower
                                              233 S. Wacker Drive
                                              Chicago, Illinois  60606-6357
                                              Tel:  (312) 474-6300
                                              Fax:  (312) 474-0448

                                              *Attorneys for Defendant ICOS Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2006, I electronically filed the foregoing document, **AMENDED NOTICE OF DEPOSITION OF DR. SEKHAR RAJA KONJETI**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Joseph K. Koury
>Bifferato, Gentilotti & Biden, P.A.
>1308 Delaware Avenue
>P.O. Box 2165
>Wilmington, DE 19899
>Telephone: (302) 429-1900
>Fax: (302) 429-8600
>jkk@bgbblaw.com

Additionally, I hereby certify that on the 30th day of October, 2006, the foregoing document was served via email and via hand delivery on the above and also via email and via first class mail on the following non-registered participants:

| | |
|---|---|
| Robert S. Brennen, Esq. | Kurt C. Rommel, Esq. |
| Donald E. English, Jr., Esq. | Miles & Stockbridge, P.C. |
| Miles & Stockbridge, P.C. | 1751 Pinnacle Drive, Suite 500 |
| 10 Light Street | McLean, VA 22102-3833 |
| Baltimore, MD 21202 | krommel@milesstockbridge.com |
| rbrennen@milesstockbridge.com | |
| denglish@milesstockbridge.com | |

>　　/s/ Mary B. Matterer
>Richard K. Herrmann (I.D. #405)
>Mary B. Matterer (I.D. #2696)
>MORRIS JAMES HITCHENS &
>　WILLIAMS LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801
>(302) 888-6800
>mmatterer@morrisjames.com