IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| Plaintiff, | ) Civil Action No.: 05-506 -SLR |
| v. | ) |
| ICOS CORPORATION, | ) |
| Defendant. | ) |

### AMENDED NOTICE OF DEPOSITION OF DR. SHARRON FRANCIS

Pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendant, ICOS Corporation gives notice that it will take the deposition of Dr. Sharron Francis by oral examination. The deposition shall commence at 9:00 a.m. on November 10, 2006, at VOWELL & JENNINGS, INC., 214 2nd Avenue N, Suite 207, Nashville, TN 37201 (or at another time and location that is mutually agreeable between the parties) and continuing day-to-day thereafter if necessary until completed, before a Notary Public or other officer duly authorized to administer oaths, to be recorded by stenographic and videographic means.

Dated: October 30, 2006

        By: _/s/ Mary B. Matterer_
Richard K. Herrmann #405
Mary B. Matterer
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel: (302) 888-6800
mmatterer@morrisjames.com

Kevin M. Flowers
Thomas I. Ross
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendant ICOS Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2006, I electronically filed the foregoing document, **AMENDED NOTICE OF DEPOSITION OF DR. SHARRON FRANCIS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Joseph K. Koury
> Bifferato, Gentilotti & Biden, P.A.
> 1308 Delaware Avenue
> P.O. Box 2165
> Wilmington, DE 19899
> Telephone: (302) 429-1900
> Fax: (302) 429-8600
>
> COUNSEL FOR PLAINTIFF
> VANDERBILT UNIVERSITY

Additionally, I hereby certify that on the 30th day of October, 2006, the foregoing document was served via email and via hand delivery on the above and also via email and via first class mail on the following non-registered participants:

| | |
|---|---|
| Robert S. Brennen, Esq. | Kurt C. Rommel, Esq. |
| Donald E. English, Jr., Esq. | Miles & Stockbridge, P.C. |
| Miles & Stockbridge, P.C. | 1751 Pinnacle Drive, Suite 500 |
| 10 Light Street | McLean, VA 22102-3833 |
| Baltimore, MD 21202 | krommel@milesstockbridge.com |
| rbrennen@milesstockbridge.com | |
| denglish@milesstockbridge.com | |

   */s/ Mary B. Matterer*
   Richard K. Herrmann (I.D. #405)
   Mary B. Matterer (I.D. #2696)
   MORRIS JAMES HITCHENS &
     WILLIAMS LLP
   222 Delaware Avenue, 10th Floor
   Wilmington, DE 19801
   (302) 888-6800
   mmatterer@morrisjames.com