IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | * |
| Plaintiff, | * |
| v. | *   Case No: 1:05-cv-00506-SLR |
| ICOS CORPORATION, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the PLAINTIFF'S MOTION REQUESTING EXTENSION OF FACT DISCOVERY DEADLINE PURSUANT TO THE SCHEDULING ORDER OF DECEMBER 7, 2005 AND D. DEL. LR 16.5 (INCLUDING COUNSEL FOR DEFENDANT'S STATEMENT PURSUANT TO D. DEL. LR 7.1.1) SOLELY FOR PURPOSE OF CONDUCTING DEPOSITION OF DR. BARRY CLIVE ROSS (the "Motion") filed by plaintiff Vanderbilt University, the Court rules as follows:

1.  The Motion is GRANTED; and

2.  The fact discovery deadline contained in the current Scheduling Order for this matter is extended solely for the purpose of plaintiff's conducting in the United Kingdom the deposition of Dr. Barry Clive Ross as soon as is practicable.

IT IS SO ORDERED.

_____
Sue L. Robinson
CHIEF UNITED STATES DISTRICT JUDGE