## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 31st day of October, 2006, copies of the foregoing PLAINTIFF'S MOTION REQUESTING EXTENSION OF FACT DISCOVERY DEADLINE PURSUANT TO THE SCHEDULING ORDER OF DECEMBER 7, 2005 AND D. DEL. LR 16.5 (INCLUDING COUNSEL FOR DEFENDANT'S STATEMENT PURSUANT TO D. DEL. LR 7.1.1) SOLELY FOR PURPOSE OF CONDUCTING DEPOSITION OF DR. BARRY CLIVE ROSS were caused to be served upon the following by hand delivery

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

- and -

by first-class mail, postage prepaid, upon

Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357

Joseph K. Koury (#4272)