IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | * | |
| Plaintiff, | * | |
| | * | Case No: 1:05-cv-00506-SLR |
| v. | * | |
| ICOS CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

PLEASE TAKE NOTICE that on the 30th day of October, 2006, plaintiff Vanderbilt University served its responses to *ICOS Corporation's Second Set of Interrogatories* and *Second Set of Requests for Admission* upon the following counsel of record for defendant ICOS Corporation in the manner so indicated:

**BY EMAIL/REGULAR MAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY EMAIL/REGULAR MAIL**
Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

BIFFERATO, GENTILOTTI, BIDEN & BALICK

/s/ Vincent A. Bifferato, Jr.
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900
*Attorneys for Vanderbilt University*

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 30th day of October, 2006, copies of the foregoing NOTICE OF SERVICE OF DISCOVERY RESPONSES were caused to be served upon the following in the manner so indicated:

**BY EMAIL/REGULAR MAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**BY EMAIL/REGULAR MAIL**
Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

_/s/ Joseph K. Koury_
Joseph K. Koury (#4272)