## BIFFERATO GENTILOTTI BIDEN & BALICK

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
Adam Balick
Linda Richenderfer
Veronica O. Faust
Joanne Ceballos
David W. deBruin
David A. Denham
James E. Drnec
Catherine Zwolak Kilian
Joseph K. Koury
Garvan F. McDaniel
Chad J. Toms

*Senior Counsel*
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

October 31, 2006

Email: jkk@bgbblaw.com
Direct Dial: 302.254.5380

**BY E-FILE**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    *Vanderbilt University v. ICOS Corporation*
               Civil Action No. 05-506

Dear Chief Judge Robinson:

      This firm, along with the law firm of Miles & Stockbridge P.C., is counsel to the plaintiff in the above-referenced proceeding. We write to alert the Court to a scrivener's error contained within the *Motion for Extension of Time to Complete Discovery Pursuant to The Scheduling Order of December 7, 2005 and D. Del. LR 16.5...*[D.I. 58] that we filed this morning. Although the caption to that motion indicated that the statement required pursuant to D. Del. LR 7.1.1 was being made by "defendant," as the moving party, the caption should have reflected that the certification required by the local rule is made by counsel for the "plaintiff," Vanderbilt University. The body of the motion correctly reflects that the statement is made by Vanderbilt. We apologize for any confusion that this error may have caused the Court.

                              Respectfully,

                              Joseph K. Koury (#4272)

cc:    Richard K. Herrmann, Esq. (by hand)
        Kevin M. Flowers, Esq. (by mail)

1308 Delaware Avenue    200 Biddle Avenue, Suite 203    711 King Street    701 Rehoboth Avenue
Wilmington, DE 19806    Newark, DE 19702                Wilmington, DE 19801    Rehoboth Beach, DE 19971
Phone: 302 429 1900     Phone: 302 429 1900             Phone: 302 658 4265    Phone: 302 227 6600
Fax: 302 429 8600       Fax: 302 832 7540               Fax: 302 658 1682      Toll-Free: 866 618 2433
                                                                                Fax: 302 227 6778