### EXHIBIT B
[Subpoena Duces Tecum for the Corporate Designee of Eli Lilly and Company ("Lilly")]

### DEFINITIONS

The word "documents" shall include any letters, writings, notations in personal ledgers, calendars, notepads, logs, journals, and/or other books, drawings, graphs, charts, and other data compilations. It also includes, but is not limited to, electronic mail and computer files, from which information can be obtained and translated, if necessary, through detection devices into reasonably usable form. It includes all non-identical copies, including drafts and copies upon which notes have been made.

1. All documents reflecting communications with and/or from ICOS Corporation ("ICOS"), its agents, representatives, affiliates, successors and assigns, concerning, referencing, or relating to:

   a. The contributions of Jackie D. Corbin ("Corbin"), Sharron H. Francis ("Francis"), and/or Sekhar Raja Konjeti ("Konjeti") to the conception of the inventions reflected in U.S. patents Nos. 5,859,006 and 6,140,329 (collectively, "Patents");

   b. The reason(s) why Corbin, Francis, and/or Konjeti did not appear as co-inventors on the Patents;

   c. The claims raised by Vanderbilt University ("Vanderbilt") in the matter of Vanderbilt University v. ICOS Corporation, Chancery No. 05-506 in the United States District Court for the District of Delaware ("Action"); and

   d. Without limiting the generality of the foregoing, the role of Vanderbilt in the development of tadalafil.

2. All documents reflecting communications with and/or from GLAXO/France Corp. ("GLAXO"), its agents, representatives, affiliates, successors and assigns, concerning, referencing, or relating to:

   a. The contributions of Corbin, Francis, and/or Konjeti to the conception of the inventions reflected in the Patents;

   b. The reason(s) why Corbin, Francis, and/or Konjeti did not appear as co-inventors on the Patents;

   c. The claims raised by Vanderbilt in the Action; and

   d. Without limiting the generality of the foregoing, the role of

Vanderbilt in the development of tadalafil.

3. All documents reflecting communications with and/or from any person(s), other than ICOS or GLAXO, concerning, referencing, or relating to:

    a. The contributions of Corbin, Francis, and/or Konjeti to the conception of the inventions reflected in the Patents;

    b. The reason(s) why Corbin, Francis, and/or Konjeti did not appear as co-inventors on the Patents;

    c. The claims raised by Vanderbilt in the Action; and

    e. Without limiting the generality of the foregoing, the role of Vanderbilt in the development of tadalafil.

4. The joint venture agreement between Lilly, on the one hand, and ICOS, on the other hand, entered into in October 1998.