¹ If action is pending in district other than district of issuance, state district under case number
AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11-1-2006 | ELI LILLY & CO.<br>73 LOBBY, LILLY CORP. CENTER<br>McCARTY & DELAWARE, INDPLS. IN 4622? |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| RICK ADAMS - LEGAL ASSOCIATE | PERSONALLY, BY HAND |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| SEAN P. O'NEIL | V.P. - ILSG, PROCESS SERVER |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   11-1-2006
             DATE

SIGNATURE OF SERVER

120 E. MARKET ST. STE. 607
ADDRESS OF SERVER

INDIANAPOLIS, IN  46204