IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | **District Court of Delaware** |
| Plaintiff, | ) | **Case No. 05-506** |
| | ) | |
| v. | ) | |
| | ) | |
| ICOS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION FOR SUBPOENA DUCES TECUM OF CORPORATE DESIGNEE FOR ELI LILLY AND COMPANY

TO: ELI LILLY AND COMPANY
Robert A. Armitage, RA
Lilly Corporate Center
Indianapolis, Indiana 46285

PLEASE TAKE NOTICE, that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure ("Rules"), plaintiff, Vanderbilt University, by counsel, will take the deposition upon oral examination of the corporate designee of Eli Lilly and Company ("Eli Lilly") on November 15, 2006, at 10:00 a.m. before Notary Public, for all purposes allowed under the Rules, including the Local Rules of this Court.

Pursuant to Fed.R.Civ.P. 30(b)(6), Eli Lilly is required to designate one or more appropriate persons to testify on its behalf with respect to each of the deposition topics set forth in Exhibit A, and the person(s) so designated shall be required to testify as to each of those matters known or reasonably available to Eli Lilly. The designee is directed to bring with him to the deposition the documents set forth in Exhibit B.

This deposition will take place at the offices of Locke Reynolds LLP, 201 North Illinois Street, Suite 1000, Indianapolis, Indiana 46244-0961, and will continue from day to day until complete.

Respectfully submitted,

LOCKE REYNOLDS LLP

By: _____
James Dimos, #11178-49
Joel E. Tragesser, #21414-29
Attorneys for Plaintiff,
Vanderbilt University

Vincent A. Bifferato, Jr.
Ian Conner Bifferato
Joseph K. Koury
BIFFERATO, GENTILOTT, BIDEN & BALICK
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19806
(302) 429-1900

Kurt C. Rommel
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
(703) 903-9000

Robert S. Brennen
Donald E. English, Jr.
Aaron C. Storm
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464