## EXHIBIT A
[Subpoena Duces Tecum for the Corporate Designee of Eli Lilly and Company ("Lilly")]

### Topics of Deposition

1. Communications with and/or from ICOS Corporation ("ICOS"), its agents, representatives, affiliates, successors and assigns, concerning, referencing, or relating to:

   a. The contributions of Jackie D. Corbin ("Corbin"), Sharron H. Francis ("Francis"), and/or Sekhar Raja Konjeti ("Konjeti") to the conception of the inventions reflected in U.S. patents Nos. 5,859,006 and 6,140,329 (collectively, "Patents");

   b. The reason(s) why Corbin, Francis, and/or Konjeti did not appear as co-inventors on the Patents;

   c. The claims raised by Vanderbilt University ("Vanderbilt") in the matter of Vanderbilt University v. ICOS Corporation, Chancery No. 05-506 in the United States District Court for the District of Delaware ("Action"); and

   d. Without limiting the generality of the foregoing, the role of Vanderbilt in the development of tadalafil.

2. Communications with and/or from GLAXO/France Corp. ("GLAXO"), its agents, representatives, affiliates, successors and assigns, concerning, referencing, or relating to:

   a. The contributions of Corbin, Francis, and/or Konjeti to the conception of the inventions reflected in the Patents;

   b. The reason(s) why Corbin, Francis, and/or Konjeti did not appear as co-inventors on the Patents;

   c. The claims raised by Vanderbilt in the Action; and

   d. Without limiting the generality of the foregoing, the role of Vanderbilt in the development of tadalafil.

3. Communications with and/or from any person(s), other than ICOS or GLAXO, concerning, referencing, or relating to:

   a. The contributions of Corbin, Francis, and/or Konjeti to the conception of the inventions reflected in the Patents;

      b.      The reason(s) why Corbin, Francis, and/or Konjeti did not appear as co-inventors on the Patents;

      c.      The claims raised by Vanderbilt in the Action; and

      d.      Without limiting the generality of the foregoing, the role of Vanderbilt in the development of tadalafil.

4.      The authenticity of documents produced by Lilly pursuant to Exhibit B to the Notice of Deposition for Subpoena Duces Tecum ("Exhibit B").

5.      All efforts by Lilly to identify and locate the documents requested in Exhibit B.