## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006, a copy of the foregoing was served, via first class mail, postage prepaid to:

**Richard K. Herrmann**
**Mary B. Matterer**
MORRIS JAMES HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

**Michael F. Borun**
**Kevin M. Flowers**
**Thomas I. Ross**
**Rashmi V. Gupta**
**Jennifer E. Flory**
MARSHALL, GERSTAIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357

_____

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: 317-237-3800
Fax: 317-237-3900
jdimos@locke.com
jtragesser@locke.com
8034191