# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

ORIGINAL

VANDERBILT UNIVERSITY,          :
                                :
            Plaintiff,          :    C.A. No. 05-506-SLR
                                :
      v.                        :
                                :
ICOS CORPORATION,               :
                                :
            Defendant.          :

- - -

        STATEMENT FOR THE RECORD, taken pursuant
to notice, before CAROL DiSERAFINO, Professional
Reporter and Notary Public, duly authorized to
administer oaths, on **WEDNESDAY, NOVEMBER 8, 2006, at
10:16 a.m.,** held at the offices of Bifferato
Gentilotti Biden & Balick, 1308 Delaware Avenue,
Wilmington, Delaware.  There being present:


A P P E A R A N C E S :

        JOSEPH K. KOURY, ESQ.
          BIFFERATO GENTILOTTI BIDEN & BALICK
        1308 Delaware Avenue
        Wilmington, Delaware  19806

            and

        DONALD E. ENGLISH, JR., ESQ.
          MILES & STOCKBRIDGE, P.C.
        10 Light Street
        Baltimore, Maryland  21202-1487
          on behalf of Plaintiff

2

1            MR. ENGLISH:   I'm Donny English along

2    with Joseph Koury.   We represent Vanderbilt University

3    in Vanderbilt University v. ICOS Corporation.

4            We're here today for the deposition of

5    Mark Rachlin, a Glaxo employee, who was duly noted for

6    his deposition to take place on Wednesday,

7    November 8th, 2006 at 10 a.m.

8            He was served with the subpoena on

9    October 30th, 2006, and it is now 10:16 and neither

10   Mr. Rachlin nor any representative from Glaxo has

11   appeared for the deposition.

12           We also requested documents and pursuant

13   to Schedule A of the Deposition Notice no documents

14   were produced.   As a result we're going to close this

15   deposition.

16                         -   -   -

17           (Statement for the Record concluded

18        at or about 10:16 a.m.)

19                         -   -   -

20

21

22

23

24

3

```
 1  STATE OF DELAWARE          )
                               :  SS.
 2  NEW CASTLE COUNTY          )

 3

 4                       CERTIFICATION

 5

 6            I, CAROL DiSERAFINO, Professional Reporter

 7  and Notary Public, do hereby certify that the

 8  foregoing Statement for the Record is a true and

 9  accurate transcript of my stenographic notes taken on

10  Wednesday, November 8th, 2006 in the above-captioned

11  matter.

12

13            WITNESS my hand at Wilmington, Delaware,

14  this 8th day of November, 2006.

15

16       _____
         CAROL DiSERAFINO
17       COURT REPORTER-NOTARY PUBLIC
         Cert. No. 182-PS
18

19

20

21

22

23

24
```

Hawkins Reporting Service
715 N. King Street, Ste. 3 - Wilmington, Delaware  19801
(302) 658-6697    Fax (302) 658-8418