IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>)<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-506-SLR |

ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the PLAINTIFF'S MOTION FOR ORDER COMPELLING COMPLIANCE WITH SUBPOENA SERVED ON MARK RACHLIN AND FOR THE IMPOSITION OF CONTEMPT SANCTIONS UPON MARK RACHLIN (the "Motion"), the Court hereby rules as follows:

The Motion is GRANTED.

IT IS SO ORDERED.

_____
Sue L. Robinson
CHIEF UNITED STATES DISTRICT JUDGE