## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 13th day of November, 2006, copies of the foregoing PLAINTIFF'S MOTION FOR ORDER COMPELLING COMPLIANCE WITH SUBPOENA SERVED ON MARK RACHLIN AND FOR THE IMPOSITION OF CONTEMPT SANCTIONS UPON MARK RACHLIN were caused to be served upon the following in the manner so indicated:

**BY MAIL**
Mark Rachlin, Esq.
c/o GlaxoSmithKline
709 Swedeland Rd.
King of Prussia, PA 19406

**BY HAND**
Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

Joseph K. Koury (#4272)

7