IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VANDERBILT UNIVERSITY,** | * | |
| Plaintiff, | * | |
| v. | * | Case No: 1:05-cv-00506-SLR |
| **ICOS CORPORATION,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On reading and filing the notice of motion and motion of Vanderbilt University for the issuance of letter rogatory for the examination of Dr. Barry Clive Ross in the United Kingdom, and after reviewing any opposition thereto, and it appearing that such a letter rogatory is appropriate,

It is ORDERED that this Court shall issue a letter rogatory in the attached form and forward the letter to counsel for Vanderbilt University.

_____
Sue L. Robinson
CHIEF UNITED STATES DISTRICT JUDGE