**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-506 SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 13th day of November, 2006, copies of the following documents:

(1) **ICOS'S RESPONSES TO VANDERBILT'S FIRST REQUEST FOR ADMISSIONS (NOS. 1-17);**

(2) **ICOS'S RESPONSES TO VANDERBILT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS (NOS. 22-23); AND**

(3) **ICOS'S RESPONSES TO VANDERBILT'S SECOND SET OF INTERROGATORIES (NOS. 17-19)**

were served on counsel as indicated:

**VIA FIRST CLASS MAIL**
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE 19806

**VIA FIRST CLASS MAIL**
Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833

Dated: November 14, 2006

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. # 405)
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
Attorneys for Defendant ICOS Corporation