# EXHIBIT "B"

## Brennen, Robert S.

| | |
|---|---|
| **From:** | Brennen, Robert S |
| **Sent:** | Thursday, July 06, 2006 7:52 AM |
| **To:** | 'russell.l.brooks@gsk.com' |
| **Subject:** | RE: FW: Access to Glaxo Records relating to July 1, 1992 Research Agreement between Glaxo Group Research Ltd and |

Russell,

I appreciate your attention to this matter. Unfortunately, we are under some time constraints. Would it be possible for us to receive an indication today as to Glaxo's intentions vis-a-vis my request for documents?

Regards,

Bob
Robert S Brennen
Miles & Stockbridge P C
10 Light Street
Baltimore, Maryland  21202-1487
main (410) 727-6464
direct (410) 385-3653
fax (410) 385-3700
cell (443) 956-6458
e-mail rbrennen@milesstockbridge com

---

**From:** russell.l.brooks@gsk.com [mailto:russell.l.brooks@gsk.com]
**Sent:** Monday, June 26, 2006 8:07 AM
**To:** Brennen, Robert S.
**Subject:** Re: FW: Access to Glaxo Records relating to July 1, 1992 Research Agreement between Glaxo Group Research Ltd and


Bob,

Thank you for your e-mail. Sorry for not replying earlier - I have been out of the office on annual leave

I will give this matter some consideration this week and revert shortly

Regards

Russell


"Brennen, Robert S."
<RBRENNEN@MilesStockbridge.com>

22-Jun-2006 16:06

To   russell.l.brooks@gsk.com
cc
Subject   FW: Access to Glaxo Records relating to July 1, 1992 Research Agreement between Glaxo Group Research Ltd and

11/15/2006

Russell,

Please confirm that you received my message from last week and, if possible, advise as to Glaxo's response.

Thank you

Regards

Bob Brennen

---

**From:** Brennen, Robert S.
**Sent:** Wednesday, June 14, 2006 10:29 PM
**To:** 'russell l brooks@gsk com'
**Subject:** Access to Glaxo Records relating to July 1, 1992 Research Agreement between Glaxo Group Research Ltd and

Dear Russell,

You may recall that we exchanged a series of e-mail communications a few months ago following my letter of February 13, 2006 regarding the July 1, 1992 Research Agreement between Glaxo Group Research Ltd and my clients, Vanderbilt University School of Medicine and Jackie D. Corbin, PhD.

As my letter indicated, my client is currently in litigation with ICOS Corporation pending in the United States District Court for the District of Delaware. That matter revolves around the invention of the drug tadalafil, which is marketed by ICOS, through its joint venture with Eli Lilly Corp, Lilly ICOS, LLC, as Cialis

Tadalafil was developed by a group of Glaxo scientists at the Laboratoire GlaxoSmithKline in France, led by Francois Hyafil, during the time that those same scientists were working closely with Vanderbilt's scientists under the July1, 1992 Research Agreement, as well as with scientists from ICOS, on phosphodiesterase V (PDEV) analogs and inhibitors. Glaxo subsequently obtained patent protection for the related inventions and assigned its rights under those patents to ICOS

A central issue in our litigation with ICOS is Vanderbilt's provision of test data, materials, and other information to the Laboratoire GlaxoSmithKline during their collaboration under the 1992 Agreement and Glaxo's use of that information in connection with the efforts leading to the discovery of tadalafil. We had been operating under the impression that under the terms of the patent assignment transaction, ICOS took possession of and/or otherwise retained complete access to that information such that we would receive such access through ICOS without the need to come to Glaxo However, while ICOS has produced some significant documents relating to Glaxo's work on tadalafil, it has asserted to us that it does not have access to much of the material Therefore, I am writing to inquire as to the circumstances under which Glaxo would be prepared to make these historical documents available for review. We have an extremely stringent protective order in place and I can assure you that all necessary steps would be taken to preserve the confidentiality of the documents Moreover, we are committed to creating the least possible inconvenience by narrowing our requests as much as possible and traveling to France to conduct the inspection and review at Glaxo's convenience Of course, all expenses would be borne by Vanderbilt

In addition, we would very much appreciate an opportunity to interview one or more of the Glaxo scientists, in particular Pascal Grondin, who worked most closely with the Vanderbilt team. (We would also like to meet with Dr Hyafil, but are informed by ICOS that Dr Hyafil, unfortunately, is gravely ill and unable to participate in such activity.

11/15/2006

<>Page 3 of 3</>

Please advise as to under what circumstances Glaxo would be prepared to grant us these requests.

I look forward to hearing from you.

Best regards,

Bob
Robert S. Brennen
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202-1487
main (410) 727-6464
direct (410) 385-3653
fax (410) 385-3700
cell (443) 956-6458
e-mail rbrennen@milesstockbridge.com

============================================================

In accordance with Internal Revenue Service rules, any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.
============================================================

11/15/2006