# EXHIBIT "C"

## Brennen, Robert S.

| | |
|---|---|
| **From:** | Kevin Flowers [kflowers@marshallip.com] |
| **Sent:** | Thursday, July 06, 2006 4:03 PM |
| **To:** | Brennen, Robert S. |
| **Cc:** | Joseph K. Koury; rherrmann@morrisjames.com; Thomas Ross |
| **Subject:** | RE: Vanderbilt University v. ICOS Corp., Case No. 1:05cv506-SLR ( D.Del ); Our Ref. 31028/10000 |

Bob:

Further to Tom Ross's e-mail below, GlaxoSmithKline has agreed to provide documents to ICOS that are responsive to the discovery requests served by Vanderbilt in this case. To the extent such documents are responsive, are not duplicative of documents that have already been produced by ICOS, and are not subject to ICOS's objections to the discovery requests served by Vanderbilt, we will be producing these documents under the terms of the Protective Order in this case as we receive and process them over the next few weeks.

Also further to Tom's e-mail below, and at the risk of repeating something that may have since been discussed over the phone or in other
e-mail(s) with you, we understand that Francois Hyafil passed away in May.

Regards,

Kevin

-----Original Message-----
From: Thomas Ross
Sent: Monday, May 01, 2006 12:53 PM
To: 'rbrennen@milesstockbridge.com'
Cc: Kevin Flowers; 'Joseph K. Koury'; 'rherrmann@morrisjames.com'
Subject: Vanderbilt University v. ICOS Corp., Case No. 1:05cv506-SLR ( D.Del.); Our Ref. 31028/10000

Bob-

    On behalf of ICOS, we are today producing the ICOS/Glaxo Collaboration Agreement, including the amendment agreements, pursuant to which ICOS obtained ownership of the '006 and '329 patents. After your review, please advise whether we can forego the issue of your seeking communications documents leading to the agreements.

    It appears we can obtain documents from Glaxo relating to the '006 and '329 patents. We are doing so, and intend to produce such documents to you as are responsive to the discovery requests to the extent not objected to and not previously produced. We have no present understanding of what further documents will come from this. Also, we are not sure of the timeframe when this production, if any, will be completed; however, we intend to have this wrapped up this month.

    It does not appear we can order witness testimony from Glaxo. As you know, the arrangements for overseas depositions are involved and will take many weeks if you have not already started. You must also be aware that France leaves it up to the French citizen to decide whether to give testimony for an overseas litigation such as this.

    At your request, we checked on early deposition availability for Dr. Francois Hyafil due to the story we heard which we passed on to you that he was gravely ill. Glaxo has advised that Francois Hyafil is too gravely ill to even consider a deposition. It would seem that any attempt by Vanderbilt (or ICOS)to schedule him now or in the near future will be met with a flat refusal. We did not check on current availability for others, such as Dr. Grondin, since there was no chance

1

for an early deposition of Dr. Hyafil anyway.

     We note your responses are overdue to our last set of document requests. By our calculation, your responses were to be served on April 17.

                                   T. Ross

Thomas I. Ross
MARSHALL, GERSTEIN & BORUN, LLP
6300 Sears Tower
Chicago, IL 60606
U.S.A.
Direct Ph: 1-312-474-6635
E-Mail: tross@marshallip.com

The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.
**************************************************************************

2