# EXHIBIT "E"

## Brennen, Robert S.

**From:** Mark.2.Rachlin@gsk.com
**Sent:** Friday, October 13, 2006 2:04 PM
**To:** Brennen, Robert S.
**Subject:** Re: Depositions of Glaxo Witnesses

Bob,

Thanks for you email. Without waiving any right or argument, we provide the following information to you:

Dr. Ross is retired from GSK and I think so is D M Drew. But we will check further. There is no record of a D M Drew on the current employee list. To depose the retirees you will have to use the proper process.

GSK appreciates your points about Drs Grondin and Daugan. We will consider your points and get back to you in the near future.

Thanks, Mark

---
Mark Rachlin
Sr. Patent Counsel
Litigation Coordination
GlaxoSmithKline
709 Swedeland Rd.
King of Prussia, Pa. 19406
(p) 610-270-5484 (fax) 610-270-5523
email: mark.2.rachlin@gsk.com

11/16/2006