## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 16th day of November, 2006, copies of the foregoing PLAINTIFF'S REPLY IN SUPPORT OF AND RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION REQUESTING EXTENSION OF FACT DISCOVERY DEADLINE SOLELY FOR PURPOSE OF CONDUCTING DEPOSITION OF DR. BARRY CLIVE ROSS were caused to be served upon the following by hand delivery

> Richard K. Herrmann, Esq.
> Mary B. Matterer, Esq.
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801

- and -

by first-class mail, postage prepaid, upon

> Michael F. Borun, Esq.
> Kevin M. Flowers, Esq.
> Thomas I. Ross, Esq.
> Rashmi V. Gupta, Esq.
> Jennifer E. Flory, Esq.
> Marshall, Gerstein & Borun LLP
> 6300 Sears Tower
> 233 S. Wacker Drive
> Chicago, Illinois 60606-6357

Joseph K. Koury (#4272)