IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ICOS CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 05-506-SLR |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Plaintiff, Vanderbilt University's MOTION FOR ORDER COMPELLING DEFENDANT TO PRODUCE DOCUMENTS AND TESTIMONY (the "Motion"), the Court rules as follows: the Motion is GRANTED.

IT IS SO ORDERED.

_____
Sue L. Robinson
CHIEF UNITED STATES DISRICT JUDGE