## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 22nd day of November, 2006, copies of the foregoing PLAINTIFF'S MOTION FOR ORDER COMPELLING DEFENDANT TO PRODUCE DOCUMENTS AND TESTIMONY were caused to be served upon the following by email and mail:

| | |
|---|---|
| Richard K. Herrmann, Esq. | Michael F. Borun, Esq. |
| Mary B. Matterer, Esq. | Kevin M. Flowers, Esq. |
| Morris James Hitchens & Williams LLP | Thomas I. Ross, Esq. |
| 222 Delaware Ave., 10th Floor | Rashmi V. Gupta, Esq. |
| Wilmington, DE 19801 | Jennifer E. Flory, Esq. |
| | Marshall, Gerstein & Borun LLP |
| | 6300 Sears Tower, 233 S. Wacker Drive |
| | Chicago, IL 60606-6357 |

Joseph K. Koury (#4272)

9