# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-506-SLR |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO TAKE DEPOSITION OF
## ICOS CORPORATION DESIGNEE

Please take notice that Plaintiff Vanderbilt University, by its undersigned counsel and pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of the designee or designees of ICOS Corporation ("ICOS") with knowledge of the matters identified on the List of Deposition Topics attached as Schedule A hereto. The purpose of the deposition is for discovery in the above-captioned matter. The deposition will be taken at the offices of Bifferato, Gentilotti, Biden & Balick, L.L.C., 1308 Delaware Avenue, Wilmington, Delaware on Thursday, November 9, 2006 at 10:00 a.m., according to the Rules of this Court, before a Notary Public of the State of Delaware or some other officer authorized to

administer oaths. The deposition will continue thereafter until completed

Dated: October 12, 2006

BIFFERATO, GENTILOTTI,
    BIDEN & BALICK, L.L.C.

*/s/ Joseph K. Koury*
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, Delaware 19806
(302) 429-1900

-and-

Robert S. Brennen
Donald E. English, Jr.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

*Attorneys for Plaintiff,*
*Vanderbilt University*

## SCHEDULE A

# List of Deposition Topics

1. All agreements between ICOS Corporation and GlaxoSmithKline, and/or any of its worldwide affiliates (collectively "Glaxo") relating to United States Patents Nos 5,859,006 and 6,140,329 and any compounds and/or products containing compounds described in those patents, and all royalties and other payments made by ICOS or its affiliates to Glaxo in connection with such agreements.

2. ICOS Corporation's collaboration with Glaxo between 1990 and 1995 relating to research and development of phosphodiesterase inhibitors, including any contracts relating to that collaboration

3. All affirmative defenses asserted in ICOS Corporation's Answer to Vanderbilt University's Complaint

4. All communications ICOS has had, if any, with Pascal Grondin, Alan Daugain, Richard Labaudiniere, Barry Ross, Herve Coste, G M. Drew, Jorge Kirilovsky, and Anne-Charlotte Le Monnier de Gouville from July 1, 2005 through the present

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 12th day of October, 2006, copies of the foregoing NOTICE TO TAKE DEPOSITION OF ICOS CORPORATION DESIGNEE were caused to be served upon the following by hand delivery

> Richard K. Herrmann, Esq.
> Mary B. Matterer, Esq.
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801

- and -

by first-class mail, postage prepaid, upon

> Michael F. Borun, Esq.
> Kevin M. Flowers, Esq.
> Thomas I. Ross, Esq.
> Rashmi V. Gupta, Esq.
> Jennifer E. Flory, Esq.
> Marshall, Gerstein & Borun LLP
> 6300 Sears Tower
> 233 S. Wacker Drive
> Chicago, Illinois 60606-6357

Joseph K. Koury (#4272)