# EXHIBIT B

# [OMITTED]