**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY,<br><br>                    Plaintiff,<br><br>        v.<br><br><br><br>ICOS CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)       Civil Action No.: 05-506-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the

Plaintiff, Vanderbilt University's MOTION FOR ORDER COMPELLING DEPOSITION

TESTIMONY OF KENNETH M. FERGUSON, PhD (the "Motion"), the Court rules as follows:

the Motion is GRANTED.

IT IS SO ORDERED.

_____
Sue L. Robinson
CHIEF UNITED STATES DISRICT JUDGE