## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 27nd day of November, 2006, copies of the foregoing PLAINTIFF'S [REDACTED] MOTION FOR ORDER COMPELLING DEPOSITION TESTIMONY OF KENNETH M. FERGUSON, PHD were caused to be served upon the following by mail:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

_____
Joseph K. Koury (#4272)