## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No.: 05-506-SLR** |
| ) | |
| **v.** ) | |
| ) | |
| **ICOS CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of James D. Heisman, Mary W. Bourke, and Connolly Bove Lodge & Hutz LLP on behalf of third party, Mark Rachlin, Esquire and GlaxoSmithKline in the above-referenced matter.


Dated: November 28, 2006            /s/ James D. Heisman
Mary W. Bourke (#2356)
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
jheisman@cblh.com
mbourke@cblh.com

*Attorneys for of Third Party, Mark Rachlin, Esquire and GlaxoSmithKline*

## **CERTIFICATE OF SERVICE**

I, JAMES D. HEISMAN, HEREBY CERTIFY THAT ON THIS 28TH DAY OF NOVEMBER, 2006, I CAUSED A TRUE AND CORRECT COPY OF THE FOREGOING ENTRY OF APPEARANCE TO BE DELIVERED TO THE FOLLOWING INDIVIDUALS IN THE MANNER INDICATED BELOW:

*VIA FEDERAL EXPRESS*
ROBERT S. BRENNAN, ESQ.
MILES & STOCKBRIDGE, P.C.
10 LIGHT STREET
BALTIMORE, MD 21202-1487

*VIA HAND DELIVERY*
JOSEPH K. KOURY, ESQ.
BIFFERATO GENTILOTTI BIDEN
& BALICK, P.A.
1308 DELAWARE AVENUE
WILMINGTON, DE 19806

*VIA FEDERAL EXPRESS*
KEVIN M. FLOWERS, ESQ.
MARSHALL, GERSTEIN & BORUN L.L.P.
6300 SEARS TOWER
233 S. WACKER DRIVE
CHICAGO, IL 60606-6357

                                                         **/S/ JAMES D. HEISMAN**
James D. Heisman (#2746)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone (302) 658-9141