# EXHIBIT 2



"Brennen, Robert S."
<RBRENNEN@MilesStockbridge.com>
07-Jul-2006 11:33

To   Mark.2.Rachlin@gsk.com
cc
bcc
Subject   RE: Vanderbilt v. Icos

Mark,

Monday will be fine.

Thanks and have a good week end.

Bob

**From:** Mark.2.Rachlin@gsk.com [mailto:Mark.2.Rachlin@gsk.com]
**Sent:** Friday, July 07, 2006 11:32 AM
**To:** Brennen, Robert S.
**Subject:** RE: Vanderbilt v. Icos

Bob,
I actually do not know. I will check and get back to you Monday if that is ok. Mark

Mark Rachlin
Sr. Patent Counsel
Litigation Coordination
GlaxoSmithKline
709 Swedeland Rd.
King of Prussia, Pa. 19406
(p) 610-270-5484 (fax) 610-270-5523
email: mark.2.rachlin@gsk.com

In accordance with Internal Revenue Service rules, any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s)



"Brennen, Robert S."
<RBRENNEN@MilesStockbridge.com>
07-Jul-2006 11:26

To Mark.2.Rachlin@gsk.com
cc
bcc
Subject RE: Vanderbilt v. Icos

Mark,

Understood.
Are you authorized to accept service of process with respect to document subpoenas served on GSK in King of Prussia?

Bob
Robert S. Brennen
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland  21202-1487
main (410) 727-6464
direct (410) 385-3653
fax (410) 385-3700
cell (443) 956-6458
e-mail rbrennen@milesstockbridge.com

**From:** Mark.2.Rachlin@gsk.com [mailto:Mark.2.Rachlin@gsk.com]
**Sent:** Friday, July 07, 2006 11:19 AM
**To:** Brennen, Robert S.
**Cc:** russell.l.brooks@gsk.com
**Subject:** Vanderbilt v. Icos

Bob,

This responds to you emails to my colleague Russell Brooks. To the extent Vanderbilt seeks discovery of information from GSK we ask that you follow appropriate procedure. GSK reserves all its rights under all relevant law. If you want to contact GSK further please communicate with me.

Thanks,
Mark Rachlin

Mark Rachlin
Sr. Patent Counsel
Litigation Coordination
GlaxoSmithKline
709 Swedeland Rd.
King of Prussia, Pa. 19406
(p) 610-270-5484 (fax) 610-270-5523
email: mark.2.rachlin@gsk.com