# EXHIBIT 2

**Mary W. Bourke**

**From:** Mary W. Bourke
**Sent:** Saturday, November 04, 2006 5:20 PM
**To:** Brennen, Robert S.
**Subject:** RE: Depositions of Dr. Barry C. Ross in London and of Drs. Pascal Grondin and Alain Daugan in Paris

Bob

Let's discuss Monday that is a very tight schedule. I know you have a discovery cut-off date of the 17th but I think we would be willing to do this beyond that date if acceptable to your client and ICOS.

Mary

---

From: Brennen, Robert S. [mailto:RBRENNEN@MilesStockbridge.com]
Sent: Sat 11/4/2006 10:31 AM
To: Mary W. Bourke
Subject: Depositions of Dr. Barry C. Ross in London and of Drs. Pascal Grondin and Alain Daugan in Paris

Dear Mary,

Thank you for your call yesterday. I hope that your flight was uneventful.

In connection with Glaxo's offer to make Drs. Ross, Grondin and Daugan available for deposition, we would need to know their availability during the week of November 13. Our current preference would be to schedule Dr. Ross for Tuesday, November 14 and Drs. Grondin for Thursday, November 16th and Friday, November 17th, respectively.

I look forward to speaking with you Monday.

Regards,

Bob Brennen

Robert S. Brennen 410.385.3653 rbrennen@MilesStockbridge.com
<http://milesstockbridge.datapointinc.com/Images/rbrennen.map>

===============================================================
In accordance with Internal Revenue Service rules, any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

1