# EXHIBIT 3

**Mary W. Bourke**

| | |
|---|---|
| From: | Mary W. Bourke |
| Sent: | Monday, November 06, 2006 6:57 PM |
| To: | 'Brennen, Robert S.' |
| Subject: | RE: Depositions of Dr. Barry C. Ross in London and of Drs. Pascal Grondin and Alain Daugan in Paris |

```
Sorry for the disconnect. I have not spoken to Dr Ross so I can't commit to his
willingness to sit for a deposition. I will speak with him this week and get back to you
asap.
Regarding Grondin and Daugan we will contact them for availability the same week.
Regarding authentication of documents I had thought we had spoken about a stipulation.
Then if needed a custodial deposition.
We can discuss later thiis week.

Sent by GoodLink (www.good.com)


-----Original Message-----
From:       Brennen, Robert S. [mailto:RBRENNEN@MilesStockbridge.com]
Sent: Monday, November 06, 2006 05:08 PM Eastern Standard Time
To:   Mary W. Bourke
Subject:    RE: Depositions of Dr. Barry C. Ross in London and of Drs. Pascal Grondin and
Alain Daugan in Paris

I am still waiting to hear from ICOS as to whether it will cooperate on the dates. I'll
let you know what I hear.

Apparently there was a bad connection. I specifically understood you to say that Dr. Ross
would be available for deposition in the UK without the need of a letter rogatory, and
Glaxo would also make Drs. Grondin and Daugan available for deposition in France. I do not
recall saying that we are not interested in the Grondin and Daugan depositions, and we
certainly are interested. I did say that, in addition to those three depositions, we would
need to work out some way to achieve authentication of the Glaxo documents, such as
through a custodian deposition, before we would agree to forgo the scheduled deposition of
Mr. Rachlin.

Assuming ICOS is prepared to be cooperative we should be able to work out an acceptable
solution to the scheduling issues.

Bob Brennen

-----Original Message-----
From: Mary W. Bourke [mailto:MBourke@cblh.com]
Sent: Monday, November 06, 2006 9:19 AM
To: Brennen, Robert S.
Subject: RE: Depositions of Dr. Barry C. Ross in London and of Drs.
Pascal Grondin and Alain Daugan in Paris

Thanks Bob. We would appreciate your cooperation on dates.

Just to clarify. We indicated we would discuss with Dr. Ross his willingness to
voluntarily sit for a deposition in the UK at a mutually agreeable time. Also as to Dr.
Grondin and Dr. Daugan I had understood you to say that you were not interested in their
depositions. Has your postion changed? If it has we would have to inquire as to a mutually
agreeable time.

I hope to talk to you this afternoon.
```

In accordance with Internal Revenue Service rules, any federal tax advice provided in this
communication is not intended or written by the author to be used, and cannot be used by

1