# EXHIBIT 4

# Mary W. Bourke

| | |
|---|---|
| **From:** | Mary W. Bourke |
| **Sent:** | Friday, November 10, 2006 12:20 PM |
| **To:** | 'Brennen, Robert S.' |
| **Cc:** | 'Mark.2.Rachlin@gsk.com' |
| **Subject:** | RE: Depositions of Dr. Barry C. Ross in London and of Drs. Pascal Grondin and Alain Daugan in Paris |



Re: Depositions of
Dr. Barry C...

Dear Bob,

I have spoken tho my client Glaxo and Mark Rachlin and this is what we can offer.

1. We can make Dr Ross available for deposition in the UK on January 5th. This will eliminate the need for Vandy to proceed through the letters rogatory process.

2. We can also make Dr. Grondin and Daugan available for deposition in France on the 11th and 12th of January. We understand that these dates are after the fact discovery cutoff and we are not suggesting an extension of that date but simply as a third party trying to accomadate your needs and avoid bothering the Court with a dispute that should be easily resolved between the parties.

3. We will work with you to provide a stipulation regarding the authenticity of the documents of the Glaxo documents produced in this case.

In exchange for the above, Vanderbilt will withdraw its notice of deposition directed to Mark Rachlin and will not challenge the common interest or joint defense privilege.

I look forward to hearing from you and hope that we do not need to bother Judge Robinson with this matter.

Mary

1