# EXHIBIT 5

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

Mary W. Bourke
Partner

TEL (302) 888-6305
FAX (302) 656-9072
PERSONAL FAX (302) 255-4305
EMAIL mbourke@cblh.com
REPLY TO Wilmington Office

November 21, 2006

**VIA FACSIMILE**
Robert S. Brennen, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21020-1487

**VIA FACSIMILE**
Joseph K. Koury, Esquire
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Avenue
Wilmington, DE 19806

RE:  *Vanderbilt University v. ICOS Corporation*
     *C.A. No. 05-506 (SLR)*

Gentlemen:

I write on behalf of Mark Rachlin and GlaxoSmithKline (hereinafter "GSK") in connection with the outstanding subpoena and Motion for Order Compelling Compliance and the Imposition of Contempt Sanctions ("Motion") filed by Vanderbilt University ("Vanderbilt"). As a prefatory matter, I was quite surprised and dismayed that Vanderbilt filed the Motion while the parties were engaged in good faith "meet and confer" discussions to resolve the issues raised by Vanderbilt's subpoena. Suffice it to say, that we do not believe that D.Del. LR 7.1.1 was satisfied by Vanderbilt in this instance. Moreover, Vanderbilt's Motion is a direct violation of the Court's Scheduling Order in this case.

Irrespective of the deficiencies in Vanderbilt's Motion, and in an effort to avoid burdening Judge Robinson with ancillary discovery issues involving a third party, GSK proposes the following to resolve this dispute:

1.    GSK will make Dr. Ross available for deposition in the UK on January 5, 2007 without requiring Vanderbilt to proceed via letters rogatory;

2.    GSK will make Drs. Grondin and Daugan available for deposition in France on January 11 and 12, 2007; and

3.    GSK will work with Vanderbilt on a stipulation authenticating the GSK documents already produced by ICOS in this case.

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Robert S. Brennen, Esquire
Joseph K. Koury, Esquire
November 21, 2006
Page 2.

Alternatively, if Vanderbilt is not agreeable to the above, GSK will make Mr. Rachlin available for deposition at a mutually convenient place allowing sufficient time to review, collect and produce responsive, non-privileged documents, if any, as well as prepare a privilege log. As we have previously stated, communications between ICOS and Glaxo are protected from discovery under the common-interest privilege.

I look forward to discussing this proposal further with you. However, if I do not hear from you by next Monday, GSK will respond to Vanderbilt's Motion in accordance with the local rules.

Very truly yours,

Mary W. Bourke

MWB/pmd
#501273_1/pmd
cc:    Mark Rachlin, Esquire (via facsimile)