IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | * | |
| Plaintiff, | * | |
| | * | Case No: 1:05-cv-00506-SLR |
| v. | * | |
| ICOS CORPORATION, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(2)(B) DISCLOSURES

PLEASE TAKE NOTICE that on the 18th day of December, 2006, plaintiff Vanderbilt University served its Rule 26(a)(2)(B) Disclosures and attendant expert reports, as follows:

1. Peter A. Crooks, M.Sc., Ph.D., C.Sc., C.Chem., F.R.S.C., F.R. Pharm.S.
   George A. Digenis Professor in Drug Design and Discovery
   College of Pharmacy
   University of Kentucky

2. John T. Koh, Ph.D.
   Associate Professor of Chemistry and Biochemistry
   Department of Chemistry and Biochemistry
   University of Delaware

3. Hon. Gerald J. Mossinghoff
   Senior Counsel
   Oblan, Spivak, McClelland Maier & Neustadt P.C.

4. Jackie D. Corbin, Ph.D.
   Professor, Dept. of Molecular Physiology & Biophysics,
   Vanderbilt University School of Medicine

5. Sharron H. Francis, Ph.D.
   Professor, Dept. of Molecular Physiology & Biophysics,
   Vanderbilt University School of Medicine

6. Sekhar R. Konjeti, Ph.D.
   Research Associate Professor
   Department of Radiation Oncology
   Vanderbilt University Medical Center

upon the following counsel of record for defendant ICOS Corporation in the manner so

indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Richard K. Herrmann, Esq. | Kevin M. Flowers, Esq. |
| Morris James Hitchens & Williams LLP | Marshall, Gerstein & Borun LLP |
| 222 Delaware Ave., 10th Floor | 6300 Sears Tower |
| Wilmington, DE 19801 | 233 S. Wacker Drive |
|  | Chicago, IL 60606-6357 |

**BIFFERATO, GENTILOTTI, BIDEN & BALICK**

*/s/ Joseph K. Koury*

Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900
*Attorneys for Vanderbilt University*

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 18th day of December, 2006, copies of the foregoing NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(2)(B) DISCLOSURES were caused to be served upon the following in the manner so indicated:

**BY MAIL**
Richard K. Herrmann, Esq.
Morris James LLP
P.O. Box 2306
Wilmington, DE 19899

**BY MAIL**
Kevin M. Flowers, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357

Joseph K. Koury (#4272)