IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **VANDERBILT UNIVERSITY** | * | |
|     Plaintiff, | * | |
| v. | * | **Case No: 1:05-cv-00506-SLR** |
| **ICOS CORPORATION** | * | |
|     Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF VANDERBILT UNIVERSITY'S WITNESS LIST

Comes now Vanderbilt University ("Vanderbilt"), by counsel, and pursuant to Federal Rules of Civil Procedure Rule 26(a)(3) and the Court's Scheduling Order in this matter dated December 7, 2005, hereby identifies the following as witnesses it may call at trial:

1. Jackie D. Corbin
2. Alain Daugan
3. Kenneth M. Ferguson
4. Sharron H. Francis
5. Pascal Grondin
6. Sekhar Raja Konjeti
7. Richard Labaudiniere
8. Christopher D. McKinney
9. Barry C. Ross
10. Representative and/or custodian of records of ICOS
11. Representative and/or custodian of records of Glaxo
12. Vanderbilt reserves the right to call any witness listed or called by defendant ICOS.

13. Vanderbilt reserves the right to call any witness for the purpose of impeachment and/or rebuttal.

14. Vanderbilt reserves the right to call any witness for the purpose of authenticating any exhibit or document.

Dated: January 9, 2007
       Wilmington, DE

Respectfully submitted,

Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
BIFFERATO, GENTILOTTI
   & BALICK, L.L.C.
1308 Delaware Avenue
Wilmington, DE 19806

-and-

Robert S. Brennen
Donald E. English, Jr.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464

Attorneys for Plaintiff,
Vanderbilt University

2

## CERTIFICATE OF SERVICE

I, Joseph K. Koury, hereby certify that on this, the 9th day of January, 2007, copies of the foregoing PLAINTIFF VANDERBILT UNIVERSITY'S WITNESS LIST were caused to be served, via email and first class mail, postage prepaid upon:

>Richard K. Herrmann, Esquire
>Mary B. Matterer, Esquire
>Morris James LLP
>500 Delaware Avenue
>P.O. Box 2306
>Wilmington, Delaware 19899

>- and -

>Michael F. Borun, Esquire
>Kevin M. Flowers, Esquire
>Thomas I. Ross, Esquire
>Rashmi V. Gupta, Esquire
>Jennifer E. Flory, Esquire
>Marshall, Gerstein & Borun LLP
>6300 Sears Tower
>233 S. Wacker Drive
>Chicago, Illinois 60606-6357

Joseph K. Koury (#4272)