IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-506 SLR |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 8th day of January, 2007, copies of the following document, **ICOS'S LIST OF FACT WITNESSES TO BE CALLED AT TRIAL,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE  19806

**VIA EMAIL AND FEDEX**
Robert S. Brennan, Esq.
Donald E. English, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202
410.727.6464
rbrennan@milesstockbridge.com
denglish@milesstockbridge.com

Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA  22102-3833
703.903.9000
krommel@milesstockbridge.com

| | |
|---|---|
| Dated: January 9, 2007 |   */s/ Richard K. Herrmann* <br> Richard K. Herrmann (I.D. # 405) <br> Mary B. Matterer (I.D. #2696) <br> MORRIS JAMES LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE  19801-1494 <br> 302.888.6800 <br> rherrmann@morrisjames.com <br><br> *Attorneys for Defendant ICOS Corporation* |