## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 05-506 -SLR |
| v. | ) |
| | ) |
| ICOS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF DEPOSITION OF DR. JACKIE D. CORBIN

Pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendant, ICOS Corporation gives notice that it will take the deposition of Dr. Jackie D. Corbin by oral examination. The deposition shall commence at 9:00 a.m. on February 2, 2007, at VOWELL & JENNINGS, INC., 214 2nd Avenue N, Suite 207, Nashville, TN 37201 (or at another time and location that is mutually agreeable between the parties) and continuing day-to-day thereafter if necessary until completed, before a Notary Public or other officer duly authorized to administer oaths, to be recorded by stenographic and videographic means.

Dated: January 24, 2007

By:    */s/ Mary B. Matterer*
    Richard K. Herrmann #405
    Mary B. Matterer #2696
    MORRIS JAMES HITCHENS &
     WILLIAMS LLP
    500 Delaware Avenue
    Suite 1500
    Wilmington, DE  19801-1494
    Tel: (302) 888-6800
    mmatterer@morrisjames.com

    Kevin M. Flowers
    Elliot C. Mendelson
    Rashmi V. Gupta
    MARSHALL, GERSTEIN & BORUN LLP
    6300 Sears Tower
    233 S. Wacker Drive
    Chicago, Illinois  60606-6357
    Tel:  (312) 474-6300
    Fax:  (312) 474-0448

    *Attorneys for Defendant ICOS Corporation*