IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY,                ) <br>                                                              ) <br>                    Plaintiff,              ) Civil Action No.: 05-506 -SLR <br>         v.                                          ) <br>                                                              ) <br> ICOS CORPORATION,                     ) <br>                                                              ) <br>                    Defendant.           ) <br>                                                              ) | |

### NOTICE OF DEPOSITION OF GERALD J. MOSSINGHOFF

Pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendant, ICOS Corporation gives notice that it will take the deposition of Gerald J. Mossinghoff by oral examination. The deposition shall commence at 9:00 a.m. on February 8, 2007, at the offices of Oblon, Spivak, McClelland, Maier & Neustadt, P.C., 1940 Duke Street (Conference Room 6013), Alexandria, Virginia 22314 (or at another time and location that is mutually agreeable between the parties) and continuing day-to-day thereafter if necessary until completed, before a Notary Public or other officer duly authorized to administer oaths, to be recorded by stenographic and videographic means.

Dated: January 24, 2007

By:   */s/ Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES HITCHENS &
  WILLIAMS LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494
Tel: (302) 888-6800
mmatterer@morrisjames.com

Kevin M. Flowers
Elliot C. Mendelson
Rashmi V. Gupta
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendant ICOS Corporation*