IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY | * |
| Plaintiff, | * |
| v. | *   Case No: 05-506-SLR |
| ICOS CORPORATION | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Joseph K. Koury as counsel on behalf of Vanderbilt University in the above-captioned action; and

PLEASE ENTER the appearance of James E. Drnec as counsel on behalf of Vanderbilt University in the above-captioned action.

BIFFERATO GENTILOTTI & BALICK, L.L.C.

_____          _____
Joseph K. Koury (#4272)            James E. Drnec (#3789)
1308 Delaware Avenue               1308 Delaware Avenue
P.O. Box 2165                      P.O. Box 2165
Wilmington, DE 19899               Wilmington, DE 19899
(302)429-1900                      (302)429-1900

1

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of January, 2007, a copy of the foregoing *Substitution of Counsel* was caused to be served via First Class Mail upon the following:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537

By: _____
James E. Drnec (#3789)
Bifferato Gentilotti & Balick, LLC
1308 Delaware Avenue
Wilmington, DE 19806