**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY,              )<br>                                                           )<br>                       Plaintiff,        )<br>                                                           )<br>            v.                                          )<br>                                                           )<br>ICOS CORPORATION,                    )<br>                                                           )<br>                       Defendant.    )<br>_____ ) | Civil Action No. 05-506 SLR<br><br>NON-JURY CASE |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF ICOS CORP.
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ICOS Corporation ("ICOS") states that as of January 29, 2007, ICOS is a wholly owned subsidiary of Eli Lilly and Company.

Dated: January 31, 2007

By: */s/ Mary B. Matterer* _
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Tel: (302) 888-6800
mmatterer@morrisjames.com

Kevin M. Flowers
Thomas I. Ross
Elliot C. Mendelson
Rashmi V. Gupta
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendant ICOS Corporation*