IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | * |
| Plaintiff, | * |
| | *    Case No: 1:05-cv-00506-SLR |
| v. | * |
| ICOS CORPORATION, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 21st day of February, 2007, plaintiff Vanderbilt University served its *Third Set of Interrogatories and Third Set of Requests for Production* upon the following counsel of record for defendant ICOS Corporation in the manner so indicated:

**BY HAND DELIVERY**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

**BY EMAIL/REGULAR MAIL**
Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Thomas I. Ross, Esq.
Rashmi V. Gupta, Esq.
Jennifer E. Flory, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6357

**BIFFERATO GENTILOTTI & BALICK, LLC**

_____
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
James E. Drnec (#3789)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899
(302) 429-1900

*Attorneys for The Vanderbilt University*