IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-506-SLR |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE TO TAKE DEPOSITION OF
## ALAIN DAUGAN

Please take notice that Plaintiff Vanderbilt University, by its undersigned counsel and pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of the designee or designees of Alain Daugan at the officesof Simmons & Simmons, 5 Boulevard Madeline, Paris, France on Thursday, March 22, 2007, commencing at 9 a..m. EDT. The purpose of the deposition is for discovery in the above-captioned matter, according to the Rules of this Court, before a Notary Public of the State of Delaware or some other officer authorized to administer oaths. The deposition will continue thereafter until completed.

DATED this 23rd day of February, 2007.

_James E. Drnec_
Vincent A. Bifferato, Jr.
Ian Connor Bifferato
James E. Drnec
Bifferato, Gentilotti & Balick, L.L.C.
1308 Delaware Avenue
Wilmington, Delaware 19806

Robert S. Brennen
Donald E. English, Jr.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Plaintiff,
Vanderbilt University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2007, a copy of

**PLAINTIFF, VANDERBILT UNIVERSITY'S NOTICE TO TAKE DEPOSITION OF ALAN DAUGAIN** was sent, via facsimile and Federal Express, to:

> Richard K. Herrmann, Esq.
> Mary B. Matterer, Esq.
> Morris James LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, Delaware 19801-1494
>
> Michael F. Borun, Esq.
> Kevin M. Flowers, Esq.
> Thomas I. Ross, Esq.
> Rashmi V. Gupta, Esq.
> Jennifer E. Flory, Esq,
> Marshall, Gerstein & Borun LLP
> 6300 Sears Tower
> 233 S. Wacker Drive
> Chicago, Illinois 60606-6357
>
> Attorneys for Defendant, ICOS Corporation

And

Mary W. Bourke, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19899

Attorneys for GlaxoSmithKline

_____
Robert S. Brennen