IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-506-SLR |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE TO TAKE DEPOSITION DUCES TECUM OF GLAXOSMITHKLINE DESIGNEE

Please take notice that Plaintiff Vanderbilt University, by its undersigned counsel and pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of the designee or designees of GlaxoSmithKline ("Glaxo") with knowledge of the matters identified on the List of Deposition Topics attached as Schedule A hereto, the designee or designees are directed to produce at the deposition the documents and things described in Schedule B hereto. The purpose of the deposition is for discovery in the above-captioned matter. The deposition will be taken at the offices of Bifferato, Gentilotti & Balick, L.L.C., 800 King Street, Wilmington, Delaware 19801, at 10:00 a.m. on Wednesday, March 21, 2007, according to the Rules of this Court, before a Notary Public of the State of Delaware or some other officer authorized to administer oaths. The deposition will continue thereafter until completed.

DATED this 23rd day of February, 2007.

_/s/ James E. Drnec /RB_

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
James E. Drnec
Bifferato, Gentilotti & Balick, L.L.C.
1308 Delaware Avenue
Wilmington, Delaware 19806

_/s/_

Robert S. Brennen
Donald E. English, Jr.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Plaintiff,
Vanderbilt University

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2007, a copy of a

**NOTICE TO TAKE DEPOSITION OF GLAXOSMITHKLINE DESIGNEE** was sent, via

facsimile and Federal Express, to:

>Richard K. Herrmann
>Mary B. Matterer
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, Delaware 19801-1494

>Michael F. Borun
>Kevin M. Flowers
>Thomas I. Ross
>Rashmi V. Gupta
>Jennifer E. Flory
>Marshall, Gerstein & Borun LLP
>6300 Sears Tower
>233 S. Wacker Drive
>Chicago, Illinois 60606-6357

>Attorneys for Defendant, ICOS Corporation

>Mary W. Bourke
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>Wilmington, Delaware 19899

>Attorneys for GlaxoSmithKline

Robert S. Brennen