**<u>SCHEDULE A</u>**

## List of Deposition Topics

1. The installation and use of computer software employed at Glaxo from 1991 through 1994 in connection with the "Chem Base" database referenced in the deposition testimony of Drs. Pascal Grondin and Alain Daugan taken in connection with the above-captioned matter (the "Chem Base database").

2. The policies, rules and protocols employed by Glaxo from 1991 through 1994 with respect to the use of the Chem Base database, including without limitation those relating to access and data entry.

3. The installation and use of computer software employed at Glaxo from 1991 through 1994 in connection with the "Glaxdatabank" referenced in GLAX 02169 and GLAX 02170 (the "Glaxdatabank").

4. The policies, rules and protocols employed by Glaxo from 1991 through 1994 with respect to the use of the Glaxdatabank, including without limitation those relating to access and data entry.

5. The installation and use of computer software employed at Glaxo from 1991 through 1994 in connection with databases, databanks, libraries or other compilations of SAR data, other than the Chem Base database and the Glaxdatabank, employed in connection with efforts to develop PDE V inhibitors.

6. The policies, rules and protocols employed by Glaxo with respect to the use of databases, databanks, libraries or other compilations of SAR data, other than the Chem Base database and Glaxdatabank, employed in connection with efforts to develop PDE V inhibitors, including without limitation those relating to access and data entry privileges.

7. The policies, rules and protocols employed by Glaxo from 1991 through 1994 with respect to the assignment of compound numbers to compounds.

8. The source and origin of all documents produced by Glaxo to ICOS or Vanderbilt in response to requests for documents by Vanderbilt.