AO88 (DE Rev 01/07) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

VANDERBILT UNIVERSITY, Plaintiff

v.

ICOS CORPORATION, Defendant

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-506-SLR

(Currently Pending in the United States District Court for the District of Delaware)

TO: Richard Labaudiniere
258 Western Avenue
Sherborn, Massachusetts 01770

*A TRUE COPY ATTEST DAVID D. AYLES PROCESS SERVER AND DISINTERESTED PERSON*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Davis Malm & D'Agostine P.C., One Boston Place, Boston, Massachusetts 02108 | 03/20/07 at 9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Thomas Frisardi, Esquire, Attorney for Plaintiff | Feb. 26, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas Frisardi, Esquire, Davis Malm & D'Agostine P.C., One Boston Place, Boston, Massachusetts 02108, Tel: 617-589-3816

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>)<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-506-SLR |

**NOTICE TO TAKE DEPOSITION DUCES TECUM OF**
**RICHARD LABAUDINIERE**

Please take notice that Plaintiff Vanderbilt University, by its undersigned counsel, will take the deposition upon oral examination of Richard Labaudiniere. The purpose of the deposition is for discovery in the above-captioned matter. The deposition will be taken at the offices of Davis, Malm & D'Agostine, P.C., One Boston Place, Boston, Massachusetts 02108 on Tuesday, March 20, 2007 at 9:30 a.m., according to the Rules of this Court, before a Notary Public or some other officer authorized to administer oaths, and will be recorded by stenographic and/or videographic means. The deposition will continue thereafter until completed.

Dated: March 6, 2007

BIFFERATO, GENTILOTTI & BALICK

Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
James E. Drnec (#3789)
1308 Delaware Avenue
Wilmington, Delaware 19806
(302) 429-1900

-and-

Robert S. Brennen
Donald E. English, Jr.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

*Attorneys for Plaintiff,*
*Vanderbilt University*

## CERTIFICATE OF SERVICE

I, James E. Drnec, hereby certify that on this 6th day of March, 2007, copies of the foregoing NOTICE TO TAKE DEPOSITION DUCES TECUM OF RICHARD LABAUDINIERE were caused to be served upon the following by hand delivery.

>Richard K. Herrmann, Esq.
>Mary B. Matterer, Esq.
>Morris James Hitchens & Williams LLP
>500 Delaware Avenue
>Wilmington, Delaware 19801

- and -

by first-class mail, postage prepaid, upon

>Michael F. Borun, Esq.
>Kevin M. Flowers, Esq.
>Thomas I. Ross, Esq.
>Rashmi V. Gupta, Esq.
>Jennifer E. Flory, Esq.
>Marshall, Gerstein & Borun LLP
>6300 Sears Tower
>233 S. Wacker Drive
>Chicago, Illinois 60606-6357

James E. Drnec (#3789)