MARCH 2, 2007

# RETURN OF SERVICE

*I this day summoned the within named* RICHARD LABAUDINIERE

*to appear as within directed by delivering to*   RICHARD LABAUDINIERE, 12:05 PM. ADDRESS CORRECTION. (5) ATTEMPTS MADE BEFORE SERVING RICHARD IN HAND.

**X**   *in hand, or*
  *leaving at last and usual place of abode, to wit:*

*No.*   100 ACORN PARK
*in the*   DANVERS       *District of said*   ESSEX         *County an attested copy of the subpoena together with*   $ 55        *fees for attendance and travel*

| | | |
|---|---|---|
| *Service and travel* | 140 | *it being necessary I actually used a motor vehicle in the distance of* 25 *miles in the service of this process* |
| *Paid Witness* | 55 | |

_____
Process Server