IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-506 SLR |
| | ) | |
| ICOS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 23rd day of March, 2007, copies of the following documents, **ICOS'S RESPONSES TO VANDERBILT'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS and ICOS' RESPONSES TO VANDERBILT'S THIRD SET OF INTERROGATORIES,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Ian Connor Bifferato, Esq.
James E. Drnec, Esq.
Bifferato Gentilotti & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE 19806

**VIA EMAIL AND FEDEX**
Robert S. Brennan, Esq.
Donald E. English, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202
410.727.6464
rbrennan@milesstockbridge.com
denglish@milesstockbridge.com

Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102-3833
703.903.9000
krommel@milesstockbridge.com

Dated: March 23, 2007

    */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
302.888.6800
rherrmann@morrisjames.com

*Attorneys for Defendant ICOS Corporation*