# BIFFERATO GENTILOTTI LLC
*Attorneys at Law*

800 N. KING STREET, PLAZA LEVEL
POST OFFICE BOX 2165
WILMINGTON, DE 19899-2165

(302) 429-1900
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: JED@BGBDE.COM

March 29, 2007

**VIA E-FILE & HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Vanderbilt University v. ICOS Corporation*
             Civil Action No. 05-506

Dear Judge Robinson:

      I am local counsel for the plaintiff, Vanderbilt University, in the above-referenced action. As you will recall, at the conclusion of our last hearing on January 29, 2007, Your Honor indicated that you wished to convene an in-person status conference on the morning of March 30, 2007 at 10:00 a.m. Your Honor also indicated that, if the parties had resolved their respective discovery disputes, such a conference could be held telephonically.

      The current status is as follows: Since the last discovery conference, ICOS has produced additional Glaxo documents totaling approximately 9,000 pages. The documents were produced on March 3, 5, 19, 20 and as recently as March 27. On March 23, 2007, ICOS served its answers to supplemental interrogatories and written responses to supplemental document requests, which Vanderbilt received on March 26. As of this date, Vanderbilt is still awaiting a further production of possibly significant, but as yet undetermined documents. ICOS has indicated that we will receive the remaining documents shortly. Vanderbilt's counsel has not had an opportunity to review all of what has been produced, let alone been able to review and discuss the same with their clients and outside experts, and will not be able to do so before Friday, March 30, 2007, even assuming that the remaining documents were to be produced by then, which is uncertain. Until the production is complete, Vanderbilt will be unable to determine if there will be additional discovery issues with ICOS or Glaxo, or whether any such issues will require

The Honorable Sue L. Robinson
March 29, 2007
Page 2

the Court's attention. At this writing, however, Vanderbilt does not have any discovery issues to discuss with the Court on Friday. As they have in the past, both parties will attempt to amicably resolve any issues that arise without involving the Court. However, in light of the status of document production, Vanderbilt would like to reserve the right to petition the Court for relief and/or to seek a further discovery conference should such a situation arise.

In light of the foregoing, the parties would like to proceed at the scheduled time on Friday, March 30, 2007 at 10:00 a.m. to discuss scheduling and the calendaring of this matter for trial. Under the current circumstances, the parties wish to proceed with the conference by telephone. I will make the necessary arrangements to will contact the Court tomorrow morning at 10:00 a.m. when all parties are on the line.

If any matter addressed herein raises any question or concern, I remain, as always, available at the call of the Court.

Respectfully Submitted,

JAMES E. DRNEC

JED:cml