# BIFFERATO GENTILOTTI LLC
*Attorneys at Law*

800 N. KING STREET, PLAZA LEVEL
POST OFFICE BOX 2165
WILMINGTON, DE 19899-2165

(302) 429-1900
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: JED@BGBDE.COM

March 30, 2007

**VIA E-FILE & FACSIMILE**

The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Vanderbilt University v. ICOS Corporation*
              Civil Action No. 05-506

Dear Judge Robinson:

    I am local counsel for the plaintiff, Vanderbilt University, in the above-referenced action. As a starting point for the discussions in this morning's teleconference, Vanderbilt suggests the following schedule going forward. These dates were provided to opposing counsel this morning via e-mail, but Vanderbilt has not yet heard their position.

Complete document production and fact witness depositions by April 30, 2007;

Plaintiff's Expert reports due June 15, 2007

Defendants' Expert reports due July 15, 2007;

Expert Depositions completed August 15, 2007;

Trial September 17, 2007 or the next two-week period available on the Court's calendar.

    If the parties and the Court are amenable, I will prepare a draft Order at the conclusion of our teleconference. If any matter addressed herein raises any question or concern, I remain, as always, available at the call of the Court.

Respectfully Submitted,

JAMES E. DRNEC