IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY,              )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>   v.                                                 )<br>                                                        )<br>                                                        )<br>                                                        )<br>                                                        )<br>                                                        )<br>ICOS CORPORATION,                )<br>                                                        )<br>            Defendant.                      )<br>                                                        ) | Civil Action No.: 05-506-SLR |

SUPPLEMENTAL SCHEDULING ORDER

At Wilmington, this ___4th___ day of ___April___, 2007, the Court having conducted a teleconference with all parties for the purpose of supplementing the December 7, 2005 Scheduling Order for the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1) **Discovery:**

   a. The parties will complete document production and fact witness depositions no later than April 30, 2007;

   b. Plaintiff's Expert reports will be produced no later than June 15, 2007;

   c. Defendant's Expert reports will be produced no later than July 15, 2007;

   d. All Expert Depositions will be completed no later than August 15, 2007.

2) **Pre-Trial:**

   a. The parties shall submit to the Court the Pre-Trial Order no later than December 13, 2007;

    b. The Pre-Trial Conference shall be held on December 18, 2007 at 3:00 p.m. in Courtroom 6B on the sixth floor, Federal Building, 844 King Street, Wilmington, Delaware.

3) **Trial:**

    a. This matter is scheduled for a two-week (i.e., 10-day) trial beginning on January 3, 2008 in Courtroom 6B on the sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. In the event that the Court's trial calendar allows, the Court will notify the parties and determine whether trial may begin earlier than the dates set forth herein. In such an event, the dates for Pre-trial matters set forth in paragraph 2 shall be revised at the discretion of the Court.

_____
United States District Judge