**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY,           ) | |
|                                                      ) | |
|              Plaintiff,                        ) | |
|                                                      ) | |
|      v.                                           ) | Civil Action No. 05-506 SLR |
|                                                      ) | |
| ICOS CORPORATION,               ) | |
|                                                      ) | |
|              Defendant.                     ) | |
|                                                      ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 17th day of April, 2007, copies of the following document, **ICOS'S SUPPLEMENTAL RESPONSE TO VANDERBILT'S INTERROGATORY NO. 11,** were served on counsel as indicated:

**VIA EMAIL AND HAND DELIVERY**
Ian Connor Bifferato, Esq.
James E. Drnec, Esq.
Bifferato Gentilotti & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE  19806

**VIA EMAIL AND FEDEX**
Robert S. Brennan, Esq.
Donald E. English, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202
410.727.6464
rbrennan@milesstockbridge.com
denglish@milesstockbridge.com

Kurt C. Rommel, Esq.
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA  22102-3833
703.903.9000
krommel@milesstockbridge.com

Dated: April 17, 2007

  */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
302.888.6800
rherrmann@morrisjames.com
*Attorneys for Defendant ICOS Corporation*