IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
VANDERBILT UNIVERSITY,          :    C.A. No.: 05-506-SLR
                                :
           Plaintiff,           :
                                :
     v.                         :
                                :
ICOS CORPORATION,               :
                                :
           Defendant.           :
------------------------------- x

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of James E. Drnec as counsel on behalf of Vanderbilt University in the above-captioned action; and

PLEASE ENTER the appearance of Chad J. Toms as counsel on behalf of Vanderbilt University in the above-captioned action.

|  | BIFFERATO GENTILOTTI LLC |
|---|---|
| _____ | _____ |
| James E. Drnec (#3789) | Chad J. Toms (#4155) |
| 800 N. King Street, Plaza Level | 800 N. King Street, Plaza Level |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 429-1900 | Tel: (302) 429-1900 |

Dated: April 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2007, a copy of the foregoing Substitution of Counsel was caused to be served via first class mail upon the following:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
**MARSHALL GERSTEIN & BORUN LLP**
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6537

By: _____
James E. Drnec (#3789)
Bifferato Gentilotti LLC
800 N. King Street; Plaza Level
Wilmington, DE 19801