## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2007, a copy of a **NOTICE TO TAKE DEPOSITION OF DR. ALBERT PADWA** was sent, via first class mail, postage prepaid, to:

>Richard K. Herrmann
>Mary B. Matterer
>Morris James LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, Delaware 19801
>
>Michael F. Borun
>Kevin M. Flowers
>Marshall, Gerstein & Borun LLP
>6300 Sears Tower
>233 S. Wacker Drive
>Chicago, Illinois 60606-6357
>
>James D. Heisman
>Connolly, Bove, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

_____
Chad J. Toms (No. 4155)