## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of July, 2007, a copy of a **NOTICE TO TAKE DEPOSITION OF DR. RICK COTE** was sent, via first class mail, postage prepaid, to:

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801

Michael F. Borun
Kevin M. Flowers
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357

James D. Heisman
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

_____
Chad J. Toms (No. 4155)