IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-506-SLR |

**NOTICE TO TAKE DEPOSITION OF**
**DR. MICHAEL F. RAFFERTY**

Please take notice that Plaintiff, Vanderbilt University, by its undersigned counsel and pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Dr. Michael F. Rafferty. The purpose of the deposition is for discovery in the above-captioned matter. Dr. Rafferty is directed to produce at the deposition any and all documents, articles, treatises, books, and/or references to which he expects to reference during the trial in this case or which he consulted in connection with formulating his opinions related to this case. The deposition will be taken at the offices of Marshall, Gerstein & Borun, LLP, 233 S. Wacker Dr., 6300 Sears Tower, Chicago, IL 60606, on Friday, August 3, 2007 at 9:30 a.m., according to the Rules of this Court, before a Notary Public of the State of Illinois or some other officer authorized to administer oaths. The deposition will continue thereafter until completed.

Dated: July 20, 2007

_____
Vincent A. Bifferato, Jr. (No. 2465)
Ian Connor Bifferato (No. 3273)
Chad J. Toms (No. 4155)
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

-and-

Robert S. Brennen, Esquire
Donald E. English, Jr., Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Plaintiff,
Vanderbilt University