IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-506 -SLR |
| v. ) | |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AMENDED NOTICE OF DEPOSITION OF GERALD J. MOSSINGHOFF

Pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendant, ICOS Corporation gives notice that it will take the deposition of Gerald J. Mossinghoff by oral examination. The deposition shall commence at 9:00 a.m. on August 14, 2007, at the offices of Miles & Stockbridge, P.C., 1751 Pinnacle Drive, Suite 500, McLean, Virginia 22102 (or at another time and location that is mutually agreeable between the parties) and continuing day-to-day thereafter if necessary until completed, before a Notary Public or other officer duly authorized to administer oaths, to be recorded by stenographic means.

Dated: July 24, 2007

By:   */s/ Richard K. Herrmann*
    Richard K. Herrmann (I.D. #405)
    Mary B. Matterer (I.D. #2696)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801-1494
    Tel: (302) 888-6800
    rherrmann@morrisjames.com

    Kevin M. Flowers
    Thomas I. Ross
    Elliot C. Mendelson
    Rashmi V. Gupta
    MARSHALL, GERSTEIN & BORUN LLP
    6300 Sears Tower
    233 S. Wacker Drive
    Chicago, Illinois  60606-6357
    Tel:  (312) 474-6300
    Fax:  (312) 474-0448

    *Attorneys for Defendant ICOS Corporation*