# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05-506-SLR |

## NOTICE TO TAKE DEPOSITION OF
## MICHAEL SOFOCLEOUS

Please take notice that Plaintiff, Vanderbilt University, by its undersigned counsel and pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Michael Sofocleous. The purpose of the deposition is for discovery in the above-captioned matter. Mr. Sofocleous is directed to produce at the deposition any and all documents, articles, treatises, books, and/or references to which he expects to reference during the trial in this case or which he consulted in connection with formulating his opinions related to this case. The deposition will be taken at the offices of Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, Virginia 22102, at 1:00 p.m. on Tuesday, August 14, 2007, according to the Rules of this Court, before a Notary Public or some other officer authorized to administer oaths. The deposition will continue thereafter until completed.

Dated: August 2, 2007
      Wilmington, DE

                                      /s/ Chad J. Toms
                                      Vincent A. Bifferato, Jr. (No. 2465)
                                      Ian Connor Bifferato (No. 3273)
                                      Chad J. Toms (No. 4155)
                                      Bifferato Gentilotti LLC
                                      800 North King Street, Plaza Level
                                      Wilmington, Delaware  19801
                                      (302) 429-1900

                                      -and-

                                      Robert S. Brennen, Esquire
                                      Donald E. English, Jr., Esquire
                                      Miles & Stockbridge P.C.
                                      10 Light Street
                                      Baltimore, Maryland  21202
                                      (410) 727-6464

                                      Attorneys for Plaintiff,
                                      Vanderbilt University