## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2007, a copy of **PLAINTIFF, VANDERBILT UNIVERSITY'S NOTICE TO TAKE DEPOSITION OF MICHAEL SOFOCLEOUS** was served on the following parties in the manner indicated:

**VIA HAND DELIVERY**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494

**VIA HAND DELIVERY**
James D. Heisman, Esq.
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

**VIA U.S. MAIL, POSTAGE PREPAID**
Michael F. Borun, Esq.
Kevin M. Flowers, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357

/s/ Chad J. Toms
Chad J. Toms (No. 4155)