# BifferatoGentilotti
**ATTORNEYS AT LAW**
www.bglawde.com

Ian Connor Bifferato
Wilmington Office
Direct Phone: (302) 429-0907
Direct Facsimile: (302) 792-7470
cbifferato@bglawde.com

October 16, 2007

**VIA E-FILE & HAND DELIVERY**
The Honorable Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Room 6124

Wilmington, Delaware 19801

       Re:    <u>Vanderbilt University v. ICOS Corporation</u>
              Case No. 05-506 SLR

Dear Judge Robinson:

      The purpose of this letter is to inform the Court of an apparent error on the civil docket for this case. The docket erroneously reflects that the January 3, 2008 trial is set for a bench trial rather than a jury trial, which was requested in the original pleadings and civil cover sheet (copies of the civil cover sheet and the original complaint are attached hereto as Exhibits A and B).

      As this Court will note, Vanderbilt filed its Complaint and Jury Demand on July 20, 2005, which is reflected on the civil docket (attached hereto as Exhibit C). On December 7, 2005, the Court entered its initial Scheduling Order, which set the trial for March 6, 2007. The December 7, 2005 Scheduling Order did not provide that the trial was set for a bench trial; however, the docket entry that was made on December 7, 2005 reflecting the Scheduling Order does mistakenly indicate that the trial was set for a bench trial. There were no motions or pleadings that would have supported that change on the docket (a copy of the December 7, 2005 Scheduling Order is attached hereto as Exhibit D).

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

Bifferato Gentilotti LLC
2 of 2
October 16, 2007

      On April 4, 2007, the Court entered a Supplemental Scheduling Order, which set the trial for January 3, 2008. The April 4, 2007 Supplemental Scheduling Order similarly did not provide that the trial was set for a bench trial; however, the docket entry that was made on April 4, 2007 reflecting the Supplemental Scheduling Order again mistakenly indicates that the trial is set for a bench trial (a copy of the April 4, 2007 Supplemental Scheduling Order is attached hereto as Exhibit E).

      The case should thus be docketed for trial by jury. Vanderbilt respectfully brings this issue to the Court's attention because counsel for the defendants have suggested that they believe that this matter will go forward on January 3, 2008 as a bench trial. Should the Court deem it appropriate, the Court may wish to direct the Clerk of the Court to correct the docket entries accordingly.

      Respectfully,

      Ian Connor Bifferato

Enclosures
cc:    Robert S. Brennen, Esquire (via email w/enclosures)
        Kevin Flowers, Esquire (via email w/enclosures)
        Richard Hermann, Esquire (via email w/enclosures)
        Kurt Rommel, Esquire (via email w/enclosures)