EXHIBIT C

MEDIATION, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00506-SLR

Vanderbilt University v. ICOS Corporation
Assigned to: Honorable Sue L. Robinson
Cause: 28:1338 Patent Infringement

Date Filed: 07/20/2005
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Vanderbilt University**   represented by   **Chad J. Toms**
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801
(302) 429-1900
Email: ctoms@bglawde.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Connor Bifferato**
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801
(302) 429-1900
Email: cbifferato@bglawde.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Drnec**
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
(302) 658-4265
Fax: (302) 658-1682
Email: jdrnec@balick.com
*TERMINATED: 04/27/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kendall Koury**
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
(302) 429-1900

        Email: jkk@bgbblaw.com
*TERMINATED: 01/26/2007*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ICOS Corporation**      represented by    **Mary Matterer**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Fax: (302) 571-1750
Email: mmatterer@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer E. Flory**
Pro Hac Vice
Email: jflory@marshallip.com
*ATTORNEY TO BE NOTICED*

**Kevin M. Flowers**
Pro Hac Vice
Email: kflowers@marshallip.com
*ATTORNEY TO BE NOTICED*

**Michael F. Borun**
Pro Hac Vice
Email: mborun@marshallip.com
*ATTORNEY TO BE NOTICED*

**Rashmi V. Gupta**
Pro Hac Vice
Email: rgupta@marshallip.com
*ATTORNEY TO BE NOTICED*

**Thomas I. Ross**
Pro Hac Vice
Email: tross@marshallip.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Glaxosmithkline**      represented by    **James D. Heisman**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

                   (302) 658-9141
                   Email: jheisman@cblh.com
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Esquire Mark Rachlin**      represented by **James D. Heisman**
                   (See above for address)
                   *LEAD ATTORNEY*
                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2005 | 1 | COMPLAINT filed with Jury Demand against ICOS Corporation - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 140011.) - filed by Vanderbilt University. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Civil Cover Sheet # 9 Acknowledgement of Consent Form) (els, ) (Entered: 07/21/2005) |
| 07/20/2005 | | Summons Issued as to ICOS Corporation on 7/20/2005. (els, ) (Entered: 07/21/2005) |
| 07/21/2005 | 2 | Report to the Commissioner of Patents for Patent Number(s) 5,859,006; 6,140,329; (els, ) (Entered: 07/21/2005) |
| 07/21/2005 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Vanderbilt University identifying N/A as Corporate Parent. (Bifferato, Ian) (Entered: 07/21/2005) |
| 07/21/2005 | 4 | MOTION & proposed order for Pro Hac Vice Appearance of Attorney Kurt C. Rommel - filed by Vanderbilt University. (Bifferato, Ian) Modified on 7/25/2005 (dab, ). (Entered: 07/21/2005) |
| 07/21/2005 | 5 | MOTION & proposed order for Pro Hac Vice Appearance of Attorney Robert S. Brennen - filed by Vanderbilt University. (Bifferato, Ian) Modified on 7/25/2005 (dab, ). (Entered: 07/21/2005) |
| 07/21/2005 | 6 | MOTION & proposed order for Pro Hac Vice Appearance of Attorney Donald E. English - filed by Vanderbilt University. (Bifferato, Ian) Modified on 7/25/2005 (dab, ). (Entered: 07/21/2005) |
| 07/21/2005 | 7 | MOTION & proposed order for Pro Hac Vice Appearance of Attorney Leona Marx - filed by Vanderbilt University. (Bifferato, Ian) Modified on 7/25/2005 (dab, ). (Entered: 07/21/2005) |
| 07/25/2005 | | CORRECTING ENTRY: DI # 4,5,6 & 7 modified to show proposed order (dab, ) (Entered: 07/25/2005) |
| 07/27/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 07/27/2005) |

| 07/27/2005 | 8 | MOTION for Pro Hac Vice Appearance of Attorney Aaron C. Storm - filed by Vanderbilt University. (Bifferato, Ian) (Entered: 07/27/2005) |
|---|---|---|
| 08/03/2005 | | SO ORDERED, re 4 MOTION for Pro Hac Vice Appearance of Attorney Kurt C. Rommel filed by Vanderbilt University,, 5 MOTION for Pro Hac Vice Appearance of Attorney Robert S. Brennen filed by Vanderbilt University,, 8 MOTION for Pro Hac Vice Appearance of Attorney Aaron C. Storm filed by Vanderbilt University,, 7 MOTION for Pro Hac Vice Appearance of Attorney Leona Marx filed by Vanderbilt University,, 6 MOTION for Pro Hac Vice Appearance of Attorney Donald E. English filed by Vanderbilt University, . Signed by Judge Sue L. Robinson on 8/3/05. (rld, ) (Entered: 08/03/2005) |
| 08/08/2005 | 9 | STIPULATION TO EXTEND TIME to respond to complaint to September 9, 2005 - filed by Vanderbilt University, ICOS Corporation. (Matterer, Mary) (Entered: 08/08/2005) |
| 08/08/2005 | | SO ORDERED, re 9 STIPULATION TO EXTEND TIME to respond to complaint to September 9, 2005 filed by ICOS Corporation,, Vanderbilt University,, Set/Reset Answer Deadlines: ICOS Corporation answer due 9/9/2005. Signed by Judge Sue L. Robinson on 8/8/05. (rld, ) (Entered: 08/08/2005) |
| 09/09/2005 | 10 | ANSWER to Complaint by ICOS Corporation.(Matterer, Mary) (Entered: 09/09/2005) |
| 09/09/2005 | 11 | Disclosure Statement pursuant to Rule 7.1 filed by ICOS Corporation. (Matterer, Mary) (Entered: 09/09/2005) |
| 09/12/2005 | 12 | MOTION for Pro Hac Vice Appearance of Attorney Michael F. Borun, Kevin M. Flowers and Thomas I. Ross - filed by ICOS Corporation. (Matterer, Mary) (Entered: 09/12/2005) |
| 09/14/2005 | | SO ORDERED, re 12 MOTION for Pro Hac Vice Appearance of Attorney Michael F. Borun, Kevin M. Flowers and Thomas I. Ross filed by ICOS Corporation, . Signed by Judge Sue L. Robinson on 9/14/05. (fmt, ) (Entered: 09/14/2005) |
| 10/25/2005 | 13 | ORDER Setting Hearings Scheduling TeleConference set for 11/18/2005 08:30 AM before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 10/25/05. (rld, ) (Entered: 10/25/2005) |
| 11/04/2005 | 14 | NOTICE of Service of Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) by Vanderbilt University (Koury, Joseph) (Entered: 11/04/2005) |
| 11/14/2005 | 15 | NOTICE OF SERVICE of Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) by ICOS Corporation.(Herrmann, Richard) (Entered: 11/14/2005) |
| 11/15/2005 | 16 | Letter to Chief Judge Robinson from Joseph K. Koury regarding Proposed Scheduling Order. (Koury, Joseph) (Entered: 11/15/2005) |
| 11/15/2005 | 17 | PROPOSED ORDER Scheduling Order re 16 Letter by Vanderbilt |

| | | |
|---|---|---|
| | | University. (Koury, Joseph) (Entered: 11/15/2005) |
| 11/18/2005 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Scheduling TeleConference held on 11/18/2005. (Court Reporter V. Gunning.) (rld, ) (Entered: 11/18/2005) |
| 11/21/2005 | 18 | MOTION for Pro Hac Vice Appearance of Attorney Rashmi V. Gupta and Jennifer Embry Flory - filed by ICOS Corporation. (Matterer, Mary) (Entered: 11/21/2005) |
| 11/30/2005 | | SO ORDERED, re 18 MOTION for Pro Hac Vice Appearance of Attorney Rashmi V. Gupta and Jennifer Embry Flory filed by ICOS Corporation. Signed by Judge Sue L. Robinson on 11/30/05. (rld, ) (Entered: 11/30/2005) |
| 12/02/2005 | 19 | Letter to Chief Judge Robinson from Joseph K. Koury regarding Proposed Scheduling Order. (Koury, Joseph) (Entered: 12/02/2005) |
| 12/02/2005 | 20 | PROPOSED ORDER Scheduling Order re 19 Letter by Vanderbilt University. (Koury, Joseph) (Entered: 12/02/2005) |
| 12/02/2005 | 21 | NOTICE OF SERVICE of First Set of Interrogatories and First Request for Production of Documents Directed to Defendant ICOS Corporation by Vanderbilt University.(Koury, Joseph) (Entered: 12/02/2005) |
| 12/07/2005 | 22 | SCHEDULING ORDER: Case referred to the Magistrate Judge for the purpose of exploring ADR. Joinder of Parties due by 4/30/2006. Amended Pleadings due by 4/30/2006. Discovery due by 1/18/2007. Discovery Conference set for 2/23/2006 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. 2nd Discovery Conference set for 3/30/2006 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. 3rd Discovery Conference set for 9/13/2006 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. Daubert Motions due 3/18/07. Oral Argument re claim construction set for 11/30/2006 03:30 PM in Courtroom 6B before Honorable Sue L. Robinson. Claims Construction Opening Brief due by 8/31/2006. Pretrial Conference set for 3/6/2007 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. Bench Trial set for 3/19/2007 09:30 AM in Courtroom 6B before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 12/7/05. (rld, ) (Entered: 12/07/2005) |
| 12/07/2005 | | CASE REFERRED to Mediation. (cab, ) (Entered: 12/07/2005) |
| 12/07/2005 | 23 | Order Setting Teleconference: Telephone Conference set for 1/27/2006 09:30 AM before Honorable Mary Pat Thynge to discuss ADR. Signed by Judge Mary Pat Thynge on 12/7/2005. (cab, ) (Entered: 12/07/2005) |
| 12/30/2005 | | Counsel is hereby notified to view Chief Judge Robinson's website for the most recent version of the Scheduling Order for patent cases noting the revisions/additions to paragraphs numbered 7 and 8(c). (Visit www.ded.courts.gov following these links: Chambers of Chief Judge Robinson; Forms; Scheduling Orders; Patent.) (rld, ) (Entered: 12/30/2005) |
| | | |

| 01/04/2006 | 24 | NOTICE OF SERVICE of (1) ICOS' Responses to Vanderbilt's First Set of Interrogatories (Nos. 1-16) and (2) ICOS' Responses to Vanderbilt's First Set of Requests for Production (Nos. 1-21) by ICOS Corporation. (Matterer, Mary) (Entered: 01/04/2006) |
|---|---|---|
| 01/09/2006 | 25 | NOTICE OF SERVICE of (1) First Set of Requests for Admissions (Nos. 1-12) to Vanderbilt; (2) First Set of Interrogatories (Nos. 1-17) to Vanderbilt; and (3) First Set of Requests for Documents and Things (Nos. 1-51) to Vanderbilt by ICOS Corporation.(Matterer, Mary) (Entered: 01/09/2006) |
| 01/27/2006 | 26 | ORDER Setting Mediation Conferences: Mediation Conference set for 9/18/2006 09:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 1/27/2006. (cab, ) (Entered: 01/27/2006) |
| 02/08/2006 | 27 | NOTICE OF SERVICE of Responses to ICOS' Requests for Admissions, Answers to ICOS' Interrogatories, and Responses to ICOS' Requests for Production of Documents by Vanderbilt University.(Koury, Joseph) (Entered: 02/08/2006) |
| 03/17/2006 | 28 | NOTICE OF SERVICE of Second Set of Requests for Documents and Things (Nos. 52-56) to Vanderbilt University by ICOS Corporation. (Matterer, Mary) (Entered: 03/17/2006) |
| 03/22/2006 |  | ReSet Deadlines/Hearings: Discovery Conference set for 4/5/2006 02:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld, ) (Entered: 03/22/2006) |
| 03/27/2006 | 29 | Letter to The Honorable Sue L. Robinson from Joseph K. Koury, Esquire regarding Stipulated Protective Order. (Attachments: # 1 Exhibit Fully Executed Stipulated Protective Order)(Koury, Joseph) (Entered: 03/27/2006) |
| 03/27/2006 | 30 | Stipulated Protective Order by Vanderbilt University, ICOS Corporation. (fmt, ) Additional attachment(s) added on 3/27/2006 (fmt, ). (Entered: 03/27/2006) |
| 03/27/2006 |  | CORRECTING ENTRY: The Stipulated Protective Order attached to D.I. 29 has been docketed with its own separate docket item number (D.I. 30); the entry was docketed initially without a pdf attachment; the pdf is now attached (fmt, ) (Entered: 03/27/2006) |
| 03/28/2006 |  | SO ORDERED, re 30 Stipulated Protective Order filed by ICOS Corporation, Vanderbilt University. Signed by Judge Sue L. Robinson on 3/28/06. (rld, ) (Entered: 03/28/2006) |
| 04/17/2006 | 31 | PROTECTIVE ORDER (signed version of D.I. 30 which was "so ordered" by the court on March 28, 2006). Signed by Judge Sue L. Robinson on 4/17/06. (rld, ) (Entered: 04/17/2006) |
| 05/05/2006 | 32 | NOTICE OF SERVICE of Responses to ICOS Corporation's Second Set of Requests for Documents and Things by Vanderbilt University. (Attachments: # 1 Exhibit Certificate of Service)(Koury, Joseph |

| | | (Entered: 05/05/2006) |
|---|---|---|
| 05/30/2006 | 33 | NOTICE OF SERVICE of Supplemental Response to ICOS Corporation's First Set of Interrogatories re 25 Notice of Service, by Vanderbilt University. Related document: 25 Notice of Service, filed by ICOS Corporation,.(Koury, Joseph) (Entered: 05/30/2006) |
| 07/31/2006 | 34 | Joint MOTION for Extension of Time to File *Joint Claim Construction Statement* - filed by Vanderbilt University. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Koury, Joseph) (Entered: 07/31/2006) |
| 08/02/2006 | | SO ORDERED, re 34 Joint MOTION for Extension of Time to File *Joint Claim Construction Statement* filed by Vanderbilt University, Setting Scheduling Order Deadlines: Statement due 8/11/06 . Signed by Judge Sue L. Robinson on 8/1/06. (rld, ) (Entered: 08/02/2006) |
| 08/14/2006 | 35 | CLAIM Construction Chart by Vanderbilt University, ICOS Corporation. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service) (Koury, Joseph) (Entered: 08/14/2006) |
| 09/20/2006 | 36 | ORDER Setting Mediation Conferences:The continued telephonic mediation has been scheduled for 11/7/2006 at 4:00 PM with Judge Thynge. Signed by Judge Mary Pat Thynge on 9/20/2006. (cab, ) (Entered: 09/20/2006) |
| 09/22/2006 | 37 | NOTICE OF SERVICE of Second Set of Interrogatories (Nos. 18-26) by ICOS Corporation.(Matterer, Mary) (Entered: 09/22/2006) |
| 09/29/2006 | 38 | NOTICE OF SERVICE of Second Set of Requests for Admissions (Nos. 13-26) to Vanderbilt by ICOS Corporation.(Herrmann, Richard) (Entered: 09/29/2006) |
| 10/03/2006 | 39 | NOTICE to Take Deposition of Dr. Jackie Corbin on November 1, 2006 by ICOS Corporation.(Herrmann, Richard) (Entered: 10/03/2006) |
| 10/03/2006 | 40 | NOTICE to Take Deposition of Dr. Sekhar Raja Konjeti on November 2, 2006 by ICOS Corporation.(Herrmann, Richard) (Entered: 10/03/2006) |
| 10/03/2006 | 41 | NOTICE to Take Deposition of Dr. Sharron Francis on November 3, 2006 by ICOS Corporation.(Herrmann, Richard) (Entered: 10/03/2006) |
| 10/03/2006 | 42 | NOTICE to Take Deposition of Plaintiff Vanderbilt University (30(b)(6) Notice) on October 31, 2006 by ICOS Corporation.(Herrmann, Richard) (Entered: 10/03/2006) |
| 10/06/2006 | 43 | SUBPOENA Returned Executed as to Richard Labaudiniere c/o FoldRx Pharmaceuticals, Inc. on 9/11/06 (Attachments: # 1 Executed Proof of Service)(Koury, Joseph) (Entered: 10/06/2006) |
| 10/12/2006 | 44 | NOTICE of Deposition of ICOS Corporation Designee by Vanderbilt University (Attachments: # 1 Schedule A# 2 Certificate of Service) (Koury, Joseph) (Entered: 10/12/2006) |
| 10/12/2006 | 45 | NOTICE of Deposition of Kenneth M. Ferguson, PHD by Vanderbilt |

| | | |
|---|---|---|
| | | University (Attachments: # 1 Certificate of Service)(Koury, Joseph) (Entered: 10/12/2006) |
| 10/13/2006 | 46 | NOTICE of Service of First Request for Admission, Second Set of Interrogatories, and Second Request for Production of Documents by Vanderbilt University (Koury, Joseph) (Entered: 10/13/2006) |
| 10/18/2006 | 47 | NOTICE of Service of Supplemental Discovery Responses by Vanderbilt University (Koury, Joseph) (Entered: 10/18/2006) |
| 10/25/2006 | 48 | Amended NOTICE of Deposition of ICOS Corporation Designee by Vanderbilt University (Attachments: # 1 Schedule A# 2 Certificate of Service)(Koury, Joseph) (Entered: 10/25/2006) |
| 10/25/2006 | 49 | Amended NOTICE of Deposition of Kenneth M. Ferguson, PhD. by Vanderbilt University (Attachments: # 1 Certificate of Service)(Koury, Joseph) (Entered: 10/25/2006) |
| 10/27/2006 | 50 | MOTION for Issuance of Letters Rogatory *Plaintiff Vanderbilt University's Motion for Issuance of Letter Rogatory (and Statement Pursuant to D. Del. L.R. 7.1.1)* - filed by Vanderbilt University. (Attachments: # 1 Request for International Judicial Assistance (Letter Rogatory)# 2 Text of Proposed Order Proposed Order# 3 Certificate of Service)(Koury, Joseph) (Entered: 10/27/2006) |
| 10/30/2006 | 51 | Order Setting Teleconference: The continued telephonic mediation presently scheduled for November 7, 2006 at 4:00 p.m. is canceled. A Telephone Conference (not a mediation teleconference) has been scheduled for 12/13/2006 04:00 PM before Honorable Mary Pat Thynge to discuss the status of the case and its effect on further mediation. Signed by Judge Mary Pat Thynge on 10/30/2006. (cab, ) (Entered: 10/30/2006) |
| 10/30/2006 | 52 | SUBPOENA Returned Executed as to Mark Rachlin on 10/30/06 (Attachments: # 1 Schedule A# 2 Executed Proof of Service)(Koury, Joseph) (Entered: 10/30/2006) |
| 10/30/2006 | 53 | NOTICE of Deposition Duces Tecum by Vanderbilt University *of Mark Rachlin* (Attachments: # 1 Schedule A# 2 Certificate of Service)(Koury, Joseph) (Entered: 10/30/2006) |
| 10/30/2006 | 54 | NOTICE to Take Deposition of Vanderbilt University (Amended 30(b)(6) Notice) on November 8, 2006 by ICOS Corporation.(Matterer, Mary) (Entered: 10/30/2006) |
| 10/30/2006 | 55 | NOTICE to Take Deposition of Dr. Jackie Corbin (amended) on November 8, 2006 by ICOS Corporation.(Matterer, Mary) (Entered: 10/30/2006) |
| 10/30/2006 | 56 | NOTICE to Take Deposition of Dr. Sekhar Raja Konjeti on November 9, 2006 by ICOS Corporation.(Matterer, Mary) (Entered: 10/30/2006) |
| 10/30/2006 | 57 | NOTICE to Take Deposition of Dr. Sharron Francis (Amended) on November 10, 2006 by ICOS Corporation.(Matterer, Mary) (Entered: |

| | | 10/30/2006) |
|---|---|---|
| 10/31/2006 | 58 | MOTION for Extension of Time to Complete Discovery *Pursuant to The Scheduling Order of December 7, 2005 and D. Del. LR 16.5 (Including Counsel for Defendant's Statement Pursuant to D. Del. LR 7.1.1) Solely for Purpose of Conducting Deposition of Dr. Barry Clive Ross* - filed by Vanderbilt University. (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Koury, Joseph) (Entered: 10/31/2006) |
| 10/31/2006 | 59 | NOTICE of Service of Discovery Responses by Vanderbilt University (Koury, Joseph) (Entered: 10/31/2006) |
| 10/31/2006 | 60 | Letter to The Honorable Sue L. Robinson from Joseph K. Koury, Esquire regarding Error contained in Motion for Extension of Time to Complete Discovery Pursuant to The Scheduling Order of December 7, 2005 and D. Del. LR 16.5 (D.I. 58) - re 58 MOTION for Extension of Time to Complete Discovery *Pursuant to The Scheduling Order of December 7, 2005 and D. Del. LR 16.5 (Including Counsel for Defendant's Statement Pursuant to D. Del. LR 7.1.1) Solely for Purpose of Conducting Deposition.* (Koury, Joseph) (Entered: 10/31/2006) |
| 11/01/2006 | 61 | Discovery Dispute Resolution between counsel and Chief Judge Robinson dated 11/1/06. (rld, ) (Entered: 11/01/2006) |
| 11/02/2006 | 62 | SUBPOENA Returned Executed as to Corporate Designee of Eli Lilly and Company on 11/1/06 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proof of Service)(Koury, Joseph) (Entered: 11/02/2006) |
| 11/02/2006 | 63 | NOTICE of Deposition of Corporate Designee for Eli Lilly and Company by Vanderbilt University (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service)(Koury, Joseph) (Entered: 11/02/2006) |
| 11/13/2006 | 64 | MOTION to Compel *Compliance with Subpoena Served on Mark Rachlin and for the Imposition of Contempt Sanctions Upon Mark Rachlin* - filed by Vanderbilt University. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Text of Proposed Order # 7 Certificate of Service)(Koury, Joseph) (Entered: 11/13/2006) |
| 11/14/2006 | 65 | ORDER granting 50 Motion for Issuance of Letters Rogatory. Signed by Judge Sue L. Robinson on 11/14/06. (rld) Additional attachment(s) added on 11/14/2006 (rld, ). (Entered: 11/14/2006) |
| 11/14/2006 | | CORRECTING ENTRY: The pdf of the Letter Rogatory to the UK signed by Chief Judge Robinson on 11/14/06 has been added to the Order entry of the same date (D.I. 65). (rld) (Entered: 11/14/2006) |
| 11/14/2006 | 66 | NOTICE OF SERVICE of (1) Responses to Vanderbilt's First Request for Admissions; (2) Responses to Vanderbilt's Second Request for Production of Documents; and (3) Responses to Vanderbilt's Second Set of Interrogatories by ICOS Corporation.(Herrmann, Richard) (Entered: 11/14/2006) |
| 11/15/2006 | 67 | RESPONSE to Motion re 58 MOTION for Extension of Time to Complete Discovery *Pursuant to The Scheduling Order of December 7,* |

| | | |
|---|---|---|
| | | *2005 and D. Del. LR 16.5 (Including Counsel for Defendant's Statement Pursuant to D. Del. LR 7.1.1) Solely for Purpose of Conducting Deposition MOTION for Extension of Time to Complete Discovery Pursuant to The Scheduling Order of December 7, 2005 and D. Del. LR 16.5 (Including Counsel for Defendant's Statement Pursuant to D. Del. LR 7.1.1) Solely for Purpose of Conducting Deposition filed by ICOS Corporation.* (Matterer, Mary) (Entered: 11/15/2006) |
| 11/16/2006 | 68 | REPLY to Response to Motion re 58 MOTION for Extension of Time to Complete Discovery *Pursuant to The Scheduling Order of December 7, 2005 and D. Del. LR 16.5 (Including Counsel for Defendant's Statement Pursuant to D. Del. LR 7.1.1) Solely for Purpose of Conducting Deposition MOTION for Extension of Time to Complete Discovery Pursuant to The Scheduling Order of December 7, 2005 and D. Del. LR 16.5 (Including Counsel for Defendant's Statement Pursuant to D. Del. LR 7.1.1) Solely for Purpose of Conducting Deposition filed by Vanderbilt University.* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Certificate of Service)(Koury, Joseph) (Entered: 11/16/2006) |
| 11/22/2006 | 69 | MOTION to Compel *Defendant to Produce Documents and Testimony* - filed by Vanderbilt University. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order # 3 Certificate of Service)(Koury, Joseph) (Entered: 11/22/2006) |
| 11/22/2006 | 70 | SEALED MOTION to Compel *Deposition Testimony of Kenneth M. Ferguson, PhD (FILED UNDER SEAL)* - filed by Vanderbilt University. (Koury, Joseph) Modified on 11/27/2006 (fmt, ). (Entered: 11/22/2006) |
| 11/27/2006 | 71 | REDACTED VERSION of 70 MOTION to Compel *Deposition Testimony of Kenneth M. Ferguson, PhD (FILED UNDER SEAL)* by Vanderbilt University. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Text of Proposed Order # 5 Certificate of Service)(Koury, Joseph) (Entered: 11/27/2006) |
| 11/28/2006 | 72 | NOTICE of Appearance by James D. Heisman on behalf of Glaxosmithkline, Mark Rachlin (Heisman, James) (Entered: 11/28/2006) |
| 11/28/2006 | 73 | SEALED MEMORANDUM in Opposition re 64 MOTION to Compel *Compliance with Subpoena Served on Mark Rachlin and for the Imposition of Contempt Sanctions Upon Mark Rachlin* filed by Glaxosmithkline, Mark Rachlin.Reply Brief due date per Local Rules is 12/8/2006. (Heisman, James) Modified on 11/28/2006 (fmt, ). (Entered: 11/28/2006) |
| 11/28/2006 | 74 | SEALED DECLARATION re 73 Memorandum in Opposition, *of Mark Rachlin* by Glaxosmithkline, Mark Rachlin. (Heisman, James) (Entered: 11/28/2006) |
| 11/28/2006 | 75 | SEALED DECLARATION re 73 Memorandum in Opposition, *of Mary W. Bourke* by Glaxosmithkline, Mark Rachlin. (Heisman, James) (Entered: 11/28/2006) |
| | | |

| | | |
|---|---|---|
| 11/28/2006 | 76 | DECLARATION re 73 Memorandum in Opposition, *of Kevin M. Flowers* by Glaxosmithkline, Mark Rachlin. (Heisman, James) (Entered: 11/28/2006) |
| 12/07/2006 | 77 | Discovery Dispute Resolution between counsel and Chief Judge Robinson dated 11/27/06; court has set a discovery conference for 12/12/06 at 3:00 p.m. and will deny all outstanding discovery related motions. (rld) (Entered: 12/07/2006) |
| 12/07/2006 | | Set Deadlines/Hearings: Discovery Conference set for 12/12/2006 03:00 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld) (Entered: 12/07/2006) |
| 12/07/2006 | 78 | REDACTED VERSION of 73 Memorandum in Opposition, *to Plaintiff's Motion for Order Compelling Compliance with Subpoena and for the Imposition of Contempt Sanctions* by Glaxosmithkline, Mark Rachlin. (Heisman, James) (Entered: 12/07/2006) |
| 12/07/2006 | 79 | REDACTED VERSION of 74 Declaration *of Mark Rachlin* by Glaxosmithkline, Mark Rachlin. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Heisman, James) (Entered: 12/07/2006) |
| 12/07/2006 | 80 | REDACTED VERSION of 75 Declaration *of Mary W. Bourke* by Glaxosmithkline, Mark Rachlin. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Heisman, James) (Entered: 12/07/2006) |
| 12/12/2006 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 12/12/2006. Next discovery conf. set for 1/23/07 at 4:30 p.m. (Court Reporter V. Gunning.) (rld) (Entered: 12/20/2006) |
| 12/13/2006 | 81 | ORDER construing claims of the U.S. Patents 5,859,006 and 6,140,329 in consideration of the parties Joint Claim Construction Statement; the hearing on claim construction hearing is vacated. Signed by Judge Sue L. Robinson on 12/12/06. (rld) (Entered: 12/13/2006) |
| 12/14/2006 | | ReSet Deadlines/Hearings: Discovery Conference reset for 1/23/2007 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld) (Entered: 12/14/2006) |
| 12/18/2006 | 82 | NOTICE of Service of Plaintiff's Rule 26(a)(2)(B) Disclosures by Vanderbilt University (Koury, Joseph) (Entered: 12/18/2006) |
| 01/04/2007 | | Note to Counsel: Chief Judge Robinson has revised the language in paragraph (f)(1) of the patent scheduling order regarding motions to compel and motions for protective order. Please review this information by downloading the pdf for Scheduling Order-Patent on Her Honors website under Forms. (rld) (Entered: 01/04/2007) |
| 01/08/2007 | 83 | Emergency Discovery Dispute Resolution between counsel and Chief Judge Robinson dated 1/8/2007. (rld) (Entered: 01/08/2007) |
| 01/09/2007 | 84 | Witness List by Vanderbilt University. (Koury, Joseph) (Entered: |

| | | 01/09/2007) |
|---|---|---|
| 01/09/2007 | 85 | NOTICE OF SERVICE of ICOS's List of Fact Witnesses to be Called at Trial by ICOS Corporation.(Herrmann, Richard) (Entered: 01/09/2007) |
| 01/16/2007 | 86 | TRANSCRIPT of Discovery Conference held on 12/12/06 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt) (Entered: 01/16/2007) |
| 01/16/2007 | | ReSet Deadlines/Hearings: Discovery Conference reset for 1/29/2007 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld) (Entered: 01/16/2007) |
| 01/24/2007 | 87 | NOTICE to Take Deposition of Peter A. Crooks on February 6, 2007 by ICOS Corporation.(Matterer, Mary) (Entered: 01/24/2007) |
| 01/24/2007 | 88 | NOTICE to Take Deposition of Dr. John T. Koh on February 9, 2007 by ICOS Corporation.(Matterer, Mary) (Entered: 01/24/2007) |
| 01/24/2007 | 89 | NOTICE to Take Deposition of Dr. Jackie D. Corbin on February 2, 2007 by ICOS Corporation.(Matterer, Mary) (Entered: 01/24/2007) |
| 01/24/2007 | 90 | NOTICE to Take Deposition of Dr. Sharron Francis on January 31, 2007 by ICOS Corporation.(Matterer, Mary) (Entered: 01/24/2007) |
| 01/24/2007 | 91 | NOTICE to Take Deposition of Dr. Sekhar Raja Konjeti on February 1, 2007 by ICOS Corporation.(Matterer, Mary) (Entered: 01/24/2007) |
| 01/24/2007 | 92 | NOTICE to Take Deposition of Gerald J. Mossinghoff on February 8, 2007 by ICOS Corporation.(Matterer, Mary) (Entered: 01/24/2007) |
| 01/26/2007 | 93 | NOTICE OF SUBSTITUTION OF COUNSEL re Vanderbilt University: Entry of appearance of attorney James Edward Drnec. Attorney Joseph K. Koury terminated. (Drnec, James) (Entered: 01/26/2007) |
| 01/29/2007 | 94 | AMENDED DOCUMENT by ICOS Corporation. Amendment to 89 Notice to Take Deposition *of Dr. Jackie D. Corbin*. (Matterer, Mary) (Entered: 01/29/2007) |
| 01/29/2007 | 95 | AMENDED DOCUMENT by ICOS Corporation. Amendment to 90 Notice to Take Deposition *of Dr. Sharron Francis*. (Matterer, Mary) (Entered: 01/29/2007) |
| 01/29/2007 | | Minute Entry for proceedings held before Judge Sue L. Robinson, Discovery conference; trial and pretrial are removed from the court's calendar at this time; a status conf. will be held on 3/30/07 at 10:00 a.m. (Court Reporter V. Gunning.) (rld) (Entered: 01/30/2007) |
| 01/31/2007 | 96 | Disclosure Statement pursuant to Rule 7.1 filed by ICOS Corporation identifying Eli Lilly and Company as Corporate Parent. (Matterer, Mary) (Entered: 01/31/2007) |
| 02/21/2007 | 97 | NOTICE OF SERVICE of Third Set of Interrogatories and Third Request for Production by Vanderbilt University.(Bifferato, Ian) (Entered: 02/21/2007) |

| | | |
|---|---|---|
| 02/23/2007 | 98 | NOTICE of Deposition of Alain Daugan by Vanderbilt University (Bifferato, Ian) (Entered: 02/23/2007) |
| 02/23/2007 | 99 | NOTICE of Deposition of GlaxoSmithKline Designee by Vanderbilt University (Attachments: # 1 Schedule A# 2 Schedule B)(Bifferato, Ian) (Entered: 02/23/2007) |
| 03/06/2007 | 100 | SUBPOENA Returned Executed as to Richard Labaudiniere on 3/2/07 (Attachments: # 1 Executed Proof of Service)(Bifferato, Ian) (Entered: 03/06/2007) |
| 03/23/2007 | 101 | NOTICE OF SERVICE of (1) Responses to Vanderbilt's Third Request for Production of Documents and Things and (2) Responses to Vanderbilt's Third Set of Interrogatories by ICOS Corporation.(Matterer, Mary) (Entered: 03/23/2007) |
| 03/29/2007 | 102 | Letter to The Honorable Sue L. Robinson from James E. Drnec regarding 3/30/07 Status Conference. (Drnec, James) (Entered: 03/29/2007) |
| 03/29/2007 | 103 | TRANSCRIPT of Discovery Conference held on 1/29/07 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt) (Entered: 03/29/2007) |
| 03/30/2007 | 104 | Letter to The Honorable Sue L. Robinson from James E. Drnec regarding 3/30/07 Status Conference and proposed discovery schedule. (Drnec, James) (Entered: 03/30/2007) |
| 03/30/2007 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Telephone Conference held on 3/30/2007. Counsel to submit updated scheduling order. (Court Reporter V. Gunning.) (rld) (Entered: 04/02/2007) |
| 04/02/2007 | 105 | (Stricken from record in accordance with D.I. 106) Letter to The Honorable Sue L. Robinson from James E. Drnec regarding Supplemental Scheduling Order. (Attachments: # 1 Supplemental Scheduling Order# 2 Exhibit Email correspondence)(Drnec, James) Modified on 4/4/2007 (rld, ). (Entered: 04/02/2007) |
| 04/04/2007 | 106 | Emergency Discovery Dispute Email Exchange from the parties and Chief Judge Robinson's response, dated 4/4/07 re D.I. 105. (rld) (Entered: 04/04/2007) |
| 04/04/2007 | 107 | Supplemental SCHEDULING ORDER: parties will complete document production and fact witness depositions no later than 4/30/07;Pltf.'s expert reports due 6/15/07; deft.'s expert reports due 7/15/07;All expert depositions due by 8/15/2007. Pretrial Conference set for 12/18/2007 03:00 PM in Courtroom 6B before Honorable Sue L. Robinson. Proposed Pretrial Order due by 12/13/2007. Bench Trial set for 1/3/2008 09:30 AM in Courtroom 6B before Honorable Sue L. Robinson. Signed by Judge Sue L. Robinson on 4/4/07. (rld) (Entered: 04/04/2007) |
| 04/05/2007 | 108 | TRANSCRIPT of Telephone Conference held on 3/30/07 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt) (Entered: 04/05/2007) |

| 04/17/2007 | 109 | NOTICE OF SERVICE of Supplemental Response to Vanderbilt's Interrogatory No. 11 by ICOS Corporation.(Herrmann, Richard) (Entered: 04/17/2007) |
|---|---|---|
| 04/27/2007 | 110 | NOTICE OF SUBSTITUTION OF COUNSEL re Vanderbilt University: Entry of appearance of attorney Chad J. Toms. Attorney James E. Drnec terminated. (Toms, Chad) (Entered: 04/27/2007) |
| 07/20/2007 | 111 | NOTICE to Take Deposition of Dr. Albert Padwa on August 1, 2007 by Vanderbilt University. (Attachments: # 1 Certificate of Service)(Toms, Chad) (Entered: 07/20/2007) |
| 07/20/2007 | 112 | NOTICE to Take Deposition of Dr. Rick Cote on August 2, 2007 by Vanderbilt University. (Attachments: # 1 Certificate of Service)(Toms, Chad) (Entered: 07/20/2007) |
| 07/20/2007 | 113 | NOTICE to Take Deposition of Dr. Michael F. Rafferty on August 3, 2007 by Vanderbilt University. (Attachments: # 1 Certificate of Service) (Toms, Chad) (Entered: 07/20/2007) |
| 07/24/2007 | 114 | NOTICE to Take Deposition of Dr. John T. Koh on August 15, 2007 by ICOS Corporation.(Herrmann, Richard) (Entered: 07/24/2007) |
| 07/24/2007 | 115 | NOTICE to Take Deposition of Gerald J. Mossinghoff on August 14, 2007 by ICOS Corporation.(Herrmann, Richard) (Entered: 07/24/2007) |
| 07/25/2007 | 116 | NOTICE to Take Deposition of Peter A. Crooks on August 6, 2007 by ICOS Corporation.(Herrmann, Richard) (Entered: 07/25/2007) |
| 07/25/2007 | 117 | NOTICE to Take Deposition of Dr. Jackie D. Corbin on August 8, 2007 by ICOS Corporation.(Herrmann, Richard) (Entered: 07/25/2007) |
| 07/25/2007 | 118 | NOTICE to Take Deposition of Dr. Sekhar Raja Konjeti on August 7, 2007 by ICOS Corporation.(Herrmann, Richard) (Entered: 07/25/2007) |
| 07/25/2007 | 119 | NOTICE to Take Deposition of Dr. Sharron Francis on August 8, 2007 by ICOS Corporation.(Herrmann, Richard) (Entered: 07/25/2007) |
| 08/02/2007 | 120 | NOTICE to Take Deposition of Michael Sofocleous on August 14, 2007 by Vanderbilt University. (Attachments: # 1 Certificate of Service) (Toms, Chad) (Entered: 08/02/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/16/2007 08:14:00 | | | |
| PACER Login: | bb0339 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00506-SLR Start date: 1/1/1970 End date: 10/16/2007 |
| Billable | 8 | Cost: | 0.64 |

| Pages: | | | | |