IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br><br><br><br>ICOS CORPORATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 05-506-SLR |

### ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of the PLAINTIFF'S MOTION FOR CORRECTION OF THE DOCKET (the "Motion"), the Court hereby rules as follows:

IT IS ORDERED, that the Motion is GRANTED;

IT IS FURTHER ORDERED, that the Clerk of the Court shall correct civil docket entries #22 and #107 to reflect that the trial in this matter is set for a jury trial.

                                                           Sue L. Robinson
                                                           UNITED STATES DISTRICT JUDGE