## CERTIFICATE OF SERVICE

I, Chad J. Toms, hereby certify this 23rd day of October, 2007, that copies of the foregoing *Plaintiff's Motion for Correction of the Docket and Certification Pursuant to Local District Court Civil Rule 7.1.1* were caused to be served upon the following by first class mail:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19801

Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6537

Chad J. Toms (#4155)