IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, )<br><br>Plaintiff, )<br><br>v. )<br><br>ICOS CORPORATION, )<br><br>Defendant. ) | Civil Action No.: 05-506-SLR |

## CERTIFICATION PURSUANT TO LOCAL DISTRICT COURT CIVIL RULE 7.1.1

I, Chad J. Toms, Esquire, attorney for Plaintiff, hereby certify that Plaintiff has made

reasonable effort to reach agreement with the opposing attorneys on the matters set forth in

Plaintiff's Motion for Correction of the Docket. Those efforts include the following:

1.    On or about October 16, 2007, Plaintiff submitted a letter to the Court informing the

Court of the errors in the civil docket. A copy of Plaintiff's October 16, 2007 letter, without

exhibits, is attached hereto as Exhibit "A."

2.    The next day, Defendant submitted an E-Mail Request for Emergency Relief stating that

Plaintiff should have used the Emergency Email Procedures or filed a formal motion. A copy of

Defendant's October 17, 2007 E-Mail Request for Emergency Relief is attached hereto as

Exhibit "B."

3.    On or about October 19, 2007, the Court directed the parties to confer "and determine

whether this matter can be resolved informally through [the Court's] email procedure, or whether

the matter must be resolved through a motion practice." A copy of the Court's October 19, 2007

ruling is attached hereto as Exhibit "C."

4.    The parties conferred to discuss the issue via e-mail but have been unable to reach

resolution.  A copy of the most recent correspondence between the parties is attached hereto as

Exhibit "D."

5.    After reasonable efforts to reach agreement the matter remains unresolved.


Dated:  October 23, 2007

Chad J. Toms (#4155)
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900


Attorney for Plaintiff,
Vanderbilt University

2

# EXHIBIT A



**BifferatoGentilotti**

**ATTORNEYS AT LAW**
www.bglawde.com

Ian Connor Bifferato
Wilmington Office
Direct Phone:  (302) 429-0907
Direct Facsimile:  (302) 792-7470
cbifferato@bglawde.com

October 16, 2007

**VIA E-FILE & HAND DELIVERY**
The Honorable Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Room 6124

Wilmington, Delaware 19801

> Re:    <u>Vanderbilt University v. ICOS Corporation</u>
>          Case No. 05-506 SLR

Dear Judge Robinson:

The purpose of this letter is to inform the Court of an apparent error on the civil docket for this case.  The docket erroneously reflects that the January 3, 2008 trial is set for a bench trial rather than a jury trial, which was requested in the original pleadings and civil cover sheet (copies of the civil cover sheet and the original complaint are attached hereto as Exhibits A and B).

As this Court will note, Vanderbilt filed its Complaint and Jury Demand on July 20, 2005, which is reflected on the civil docket (attached hereto as Exhibit C).  On December 7, 2005, the Court entered its initial Scheduling Order, which set the trial for March 6, 2007.  The December 7, 2005 Scheduling Order did not provide that the trial was set for a bench trial; however, the docket entry that was made on December 7, 2005 reflecting the Scheduling Order does mistakenly indicate that the trial was set for a bench trial.  There were no motions or pleadings that would have supported that change on the docket (a copy of the December 7, 2005 Scheduling Order is attached hereto as Exhibit D).

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC

10·16·07
Dkt. No. 121

Bifferato Gentilotti LLC
2 of 2
October 16, 2007

On April 4, 2007, the Court entered a Supplemental Scheduling Order, which set the trial for January 3, 2008. The April 4, 2007 Supplemental Scheduling Order similarly did not provide that the trial was set for a bench trial; however, the docket entry that was made on April 4, 2007 reflecting the Supplemental Scheduling Order again mistakenly indicates that the trial is set for a bench trial (a copy of the April 4, 2007 Supplemental Scheduling Order is attached hereto as Exhibit E).

The case should thus be docketed for trial by jury. Vanderbilt respectfully brings this issue to the Court's attention because counsel for the defendants have suggested that they believe that this matter will go forward on January 3, 2008 as a bench trial. Should the Court deem it appropriate, the Court may wish to direct the Clerk of the Court to correct the docket entries accordingly.

Respectfully,

Ian Connor Bifferato

Enclosures
cc:     Robert S. Brennen, Esquire (via email w/enclosures)
        Kevin Flowers, Esquire (via email w/enclosures)
        Richard Hermann, Esquire (via email w/enclosures)
        Kurt Rommel, Esquire (via email w/enclosures)

# EXHIBIT B

## Chad J. Toms

| | |
|---|---|
| **From:** | Hadley, Susan C. [SHadley@morrisjames.com] on behalf of Herrmann, Richard K. [RHerrmann@morrisjames.com] |
| **Sent:** | Wednesday, October 17, 2007 3:49 PM |
| **To:** | Slr_Civil@ded.uscourts.gov |
| **Cc:** | rbrennen@milesstockbridge.com; denglish@milesstockbridge.com; krommel@milesstockbridge.com; Connor Bifferato; Chad J. Toms; mborun@marshallip.com; jdaly@marshallip.com; jflory@marshallip.com; kflowers@marshallip.com; mgreene@marshallip.com; rgupta@marshallip.com; emendelson@marshallip.com; tross@marshallip.com; tweber@marshallip.com; Matterer, Mary B. |
| **Subject:** | Vanderbilt University v. ICOS Corp., C.A. No. 05-506-SLR - Emergency Request for Relief |
| **Attachments:** | ICOS Email Request.pdf |

Your Honor,

Attached please find an E-Mail Request for Emergency Relief submitted on behalf of Defendant ICOS.

Respectfully,

## Morris James LLP

**Richard K. Herrmann**
Attorney at Law
rherrmann@morrisjames.com

500 Delaware Ave., Ste. 1500 | Wilmington, DE 19801-1494
Mailing Address P.O. Box 2306 | Wilmington, DE 19899-2306
**T** 302.888.6816    **F** 302.571.1750

**www.morrisjames.com**

This communication may be subject to the attorney-client privilege or the attorney work product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**E-Mail Request for Emergency Relief**

1. Case Number:               05 -cv- 506  -SLR

2. Check the box that applies:

☐ Requesting a teleconference with the parties and the court
☐ Requesting an in-person conference with the parties and the court
☑ Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

Plaintiff Vanderbilt University filed a letter yesterday afternoon (DI #121) regarding whether the upcoming trial in January will be a bench trial or a jury trial. We believe that if counsel for Vanderbilt was going to bring this to your attention at this point, they should have used Your Honor's Emergency Email Procedure or filed a formal motion but they did not. Please let us know if the Court would like ICOS to respond in a letter format or if the Court will strike Vanderbilt's letter.
If following the meet and confer required by L.R. 7.1.1., the parties are unable to agree that a 35 U.S.C. § 256 action is a purely equitable claim that must be tried to the Court, ICOS is prepared to file a motion to strike the jury demand.

*Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request:

5. Response of opposing counsel to this request:

6. Name of local counsel making this request: Richard K. Herrmann

7. Today's Date: October 17, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For court use only:
☐ A teleconference will be held on                    to be coordinated and
   initiated by

☐ An in-person discovery conference will be held on:

☐ Other:

# EXHIBIT C

**E-Mail Request for Emergency Relief**

1. Case Number:                05-cv-506  -SLR

2. Check the box that applies:

       Requesting a teleconference with the parties and the court
       Requesting an in-person conference with the parties and the court
   ✓   Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   Plaintiff Vanderbilt University filed a letter yesterday afternoon (DI #121) regarding
   whether the upcoming trial in January will be a bench trial or a jury trial. We believe
   that if counsel for Vanderbilt was going to bring this to your attention at this point,
   they should have used Your Honor's Emergency Email Procedure or filed a formal
   motion but they did not. Please let us know if the Court would like ICOS to respond in
   a letter format or if the Court will strike Vanderbilt's letter.
   If following the meet and confer required by L.R. 7.1.1., the parties are unable to
   agree that a 35 U.S.C. § 256 action is a purely equitable claim that must be tried to
   the Court, ICOS is prepared to file a motion to strike the jury demand.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request:

5. Response of opposing counsel to this request:

6. Name of local counsel making this request: Richard K. Herrmann

7. Today's Date: October 17, 2007

*********************************************************************************************

For court use only:
   ☐   A teleconference will be held on                        to be coordinated and
       initiated by

   ☐   An in-person discovery conference will be held on:

   ☑   Other:

       I do not respond to letters. Plaintiff should confer with opposing counsel and determine
       whether this matter can be resolved informally through my email procedure, or whether
       the matter must be resolved through a motion practice.

# EXHIBIT D

## Chad J. Toms

| | |
|---|---|
| **From:** | Chad J. Toms |
| **Sent:** | Tuesday, October 23, 2007 10:56 AM |
| **To:** | Chad J. Toms |
| **Subject:** | FW: Motion to Correct Docket |


----- Original Message -----
From: Kevin Flowers <kflowers@marshallip.com>
To: Brennen, Robert S.
Cc: Thomas Ross <tross@marshallip.com>; Elliot Mendelson <emendelson@marshallip.com>;
Rashmi Gupta <RGupta@marshallip.com>
Sent: Mon Oct 22 22:11:20 2007
Subject: RE: Motion to Correct Docket

Bob:

ICOS has no reason to believe that the docket entry was a mistake.
Consequently, ICOS does not consent to any "correction" of the docket.
ICOS also does not consent to motion practice regarding this matter.
Pursuant to Judge Robinson's order, Vanderbilt should first use the Court's e-mail
procedure to seek resolution of this issue.

Regards,

Kevin

---

From: Brennen, Robert S. [mailto:RBRENNEN@MilesStockbridge.com]
Sent: Fri 10/19/2007 2:56 PM
To: Kevin Flowers
Cc: Rommel, Kurt C.; English, Donald E.; cbifferato@bglawde.com
Subject: Motion to Correct Docket


Dear Kevin,

As you know, Vanderbilt University's complaint was accompanied by a demand for jury trial,
but the Clerk mistakenly docketed the matter for a bench trial. In the absence of an
agreement with ICOS that the docket should be corrected to reflect Vanderbilt's jury
demand, Vanderbilt intends to file a motion reqyesting that docket be corrected.
Please advise as soon as possible whether ICOS consents to the correction of the docket.

Best regards,

Bob Brennen

---

In accordance with Internal Revenue Service rules, any federal tax advice provided in this
communication is not intended or written by the author to be used, and cannot be used by
the recipient, for the purpose of avoiding penalties which may be imposed on the recipient
by the IRS.

Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Confidentiality Notice: This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun by telephone (312) 474-6300. Thank you.

In accordance with Internal Revenue Service rules, any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS.  Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Confidentiality Notice: This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.