## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2007, I served copies of the following document, *Plaintiff's Answering Brief in Opposition to ICOS's Motion to Strike Vanderbilt's Jury Demand and Reply to ICOS Corporation's Opposition to Plaintiff's Motion to Correct the Docket* upon the following:

**BY CM/ECF NOTIFICATION AND BY U.S. MAIL**
Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801

**By U.S. MAIL**
Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606-6537

Chad J. Toms (#4155)