IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-506-SLR |
| | ) |
| ICOS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of November, 2007, having reviewed plaintiff's motion to correct the docket and defendant's motion to strike plaintiff's demand for a jury trial;

IT IS ORDERED that defendant's motion to strike plaintiff's jury demand (D.I. 124) is granted, consistent with the Federal Circuit's reasoning in <u>Shum v. Intel Corp.</u>, 499 F.3d 1272, 1277 (Fed. Cir. 2007).

IT IS FURTHER ORDERED that plaintiff's motion to correct (D.I. 122) is denied as moot.

_____
United States District Judge