IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** )<br>)<br>      **Plaintiff,**  )<br>)<br>           v.  )<br>)<br>**ICOS CORPORATION,**  )<br>)<br>      **Defendant.**  )<br>) | Civil Action No.:  05-506-SLR |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to District of Delaware Local Rule 83.7, Mary W. Bourke of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enters her appearance as counsel for Third Party, Glaxosmithkline and James D. Heisman of Connolly Bove Lodge & Hutz LLP, withdraws his appearance as counsel for Third Party.

CONNOLLY BOVE LODGE & HUTZ LLP               CONNOLLY BOVE LODGE & HUTZ LLP

  /s/ Mary W. Bourke                                                  /s/ James D. Heisman
Mary W. Bourke (#2356)                                   James D. Heisman (# 2746)
1007 N. Orange Street                                        1007 N. Orange Street
P. O. Box 2207                                                     P. O. Box 2207
Wilmington, DE 19899                                        Wilmington, DE 19899
(302) 658-9141                                                     (302) 658-9141

Dated:  November 19, 2007                                Dated:  November 19, 2007

## CERTIFICATE OF SERVICE

I, Mary W. Bourke, hereby certify that on this 19th day of November, 2007, I caused a true and correct copy of the foregoing **Notice of Substitution of Counsel** to be served on the individuals listed below in the manner indicated:

*Via Federal Express*
Robert S. Brennan, Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202-1487

*Via Hand Delivery*
Joseph K. Koury, Esq.
Bifferato Gentilotti Biden & Balick, P.A.
1308 Delaware Avenue
Wilmington, DE 19806

*Via Federal Express*
Kevin M. Flowers, Esq.
Marshall, Gerstein & Borun L.L.P.
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357

          /s/ Mary W. Bourke
Mary W. Bourke (#2356)

576441