IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY,  ) | |
| ) | |
| Plaintiff,  ) | Civil Action No.: 05-506  SLR |
| v.  ) | |
| ) | |
| ICOS CORPORATION,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

**RULE 83.5(f)(2) APPLICATION AND ORDER**

Pursuant to Local Rule 83.5(f)(2) Elliot C. Mendelson applies to appear as additional counsel on behalf of Defendant ICOS Corporation in this matter.  Mr. Mendelson is an attorney who is admitted to the Delaware bar (#3981) and is in good standing, but who does not maintain an office in the District of Delaware.

Dated: December 13, 2007

By: */s/ Mary B. Matterer*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
Tel: (302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant ICOS Corporation*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's application is granted.

Date: _____             _____
**United States District Court Judge**