# EXHIBIT 4

# EXHIBIT 4

## Vanderbilt University v. ICOS Corporation, No. 05-506 SLR

### Plaintiff's Trial Exhibits

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 1 | | | Jackie D. Corbin, Ph.D. Curriculum Vitae | | NP;802;DI | |
| 2 | | | Sharron Francis, Ph.D. Curriculum Vitae | | NP;802;DI | |
| 3 | | | Sekhar R. Konjeti, Ph.D. Curriculum Vitae | | NP;802;DI | |
| 4 | VU000001-92 | | Vanderbilt University Faculty Manual | | 602;802;901 | |
| 5a | VU000093-99 | | Vanderbilt University Faculty Manual Ch. 4 | | 602;802;901 | |
| 5b | VU000100-101 | | Vanderbilt University Faculty Manual Ch. 5 | | 602;802;901 | |
| 6 | VU000182-183 | | Assignment of Jackie Corbin | | DI;LP;802 | |
| 7 | VU000184-185 | | Assignment of Sekhar Konjeti | | DI;LP;802 | |
| 8 | VU000186-187 | | Assignment of Sharron Francis | | DI;LP;802 | |
| 9 | VK-05391 | | Slide:  Putative Mechanism for cGMP and cAMP in Smooth Muscle Relaxation | | 106;403;802; 901 | |
| 10 | VK-07584 | | Slide: Modification of cGMP at the 8-Position | | 106;403;802; 901 | |
| 11 | VK-05443 | | Slide: Proposed Structure of cGMP-Dependent Protein Kinase | | 106;403;802; 901 | |
| 12 | VC-006519 | | Slide: A cGMP-Binding Site Model for cGMP-Dependent Protein Kinase | | 106;403;901; 802 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 13 | VC-006540 | | Slide: Modification of cGMP at the 8-Position | | 106;403;901; 802 | |
| 14 | VC-006536 | | Slide: cGMP Modifications | | 106;403;901; 802 | |
| 15 | VK-07582 | | Slide: Modification of cGMP at Both the 1, 2-And 8-Positions | | 106;403;802; 901 | |
| 16 | VK-05453 | | Slide: ß-PHENYL-1,N²-ETHENO-cGMP (PET-cGMP) | | 106;403;802; 901 | |
| 17 | VC-006537 | | Slide: 8-Bromo-Cgmp | | 106;403;802; 901 | |
| 18 | VC-006541 | | Slide: ß-PHENYL-1,N²-ETHENO-cGMP (PET-cGMP) | | 106;403;802; 901 | |
| 19 | VK-05405 | | Slide: Hydroxy Phenylthio-cGMP | | 106;403;802; 901 | |
| 20 | VK-05477 | | Slide: Structure Similarities Between cGMP and a Phosphodiesterase Inhibitor | | 106;403;802; 901 | |
| 21 | VK-07580 | | Slide: Molecular Structures of cGMP and Zaprinast | | 106;403;802; 901 | |
| 22 | VK-05467 | | Slide: Possible Modifications of Xanthine Nucleus Required for PDE Inhibition | | 106;403;802; 901 | |
| 23 | VK-05503 | | Slide: Synthesis of 8-phenylthlo-IBMX and 8-phenylamino-IBMX analogues | | 106;403;802; 901 | |
| 24 | VK-05495 | | Slide: Synthesis of 8-styryl-IBMX and 8-allcyclylmethyl-IBMX analogues | | 106;403;802; 901 | |
| 25 | | 1/1/80 | Francis, S.H., Lincoln, T.M., and Corbin, J.D. (1980) Characterization of a Novel cGMP Binding Protein from Rat Lung. J. BioI. Chem 255:620-626 | | NP;402;802 | |
| 26 | | 1/1/85 | Francis, S.H. (1985) Effectors of rat lung cGMP binding protein phosphodiesterase. Current Topics in Cellular Regulation 26:247-262 | | NP;402;802 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 27 | VF000001-143 | 4/24/85 | Francis Notebook | | 106;402;403; 802;901 | |
| 28 | VC004466-784 | 9/23/86 | Withdrawn | | | |
| 29 | VC001431-1436 | 1/25/88 | Francis, S.H., Noblett, B, Todd, B.W., Wells, J.N., and Corbin, J.D., Relaxation of Vascular and Tracheal Smooth Muscle by Cyclic Nucleotide Analogs that Preferentially Activate Purified cGMP-Dependent Protein Kinase, Mole. Pharmacol., 34: 506 | | 402;802;901 | |
| 30 | VC004952-5270 | 4/1/88 | Withdrawn | | | |
| 31 | | 1/1/89 | Gillespie, P.G., and Beavo, J.A. (1989) Inhibition and stimulation of photoreceptor phosphodiesterases by dipyridamole and M&B 22,948, Mol. Pharmacol. 36: 773-81 (Francis Rept. Exh. 5) | | 602;802;901 | |
| 32 | VC000018 | 12/16/88 | Glaxo Cardiovascular Discovery Grants Application | | 402;802;901 | |
| 33 | VC006427-6453 | 1/1/89 | 1989 Calendar | | 402;403;901; 802 | |
| 34 | VC000013-14 | 03/04/89 | Letter from Don F. Kirksey, Ph.D. of Glaxo to Jackie D. Corbin, Ph.D. enclosing list of Discovery Grant Award Awardees | | 106;402; 403; 802;901 | |
| 35 | VM-0567-608 | 7/1/89 | Glaxo Cardiovascular Discovery Grants Research Agreement | | 106;403;802 | |
| 36 | VC000061 | 10/27/89 | Letter from Don F. Kirksey, Ph.D. of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 37 | VC-000184 | 11/1/89 | Corbin's schedule including presentation for November 1 | | 802;901 | |
| 38 | VC006331-332 | 1/1/90 | 1990 Calendar | | 402;403;901; 802 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 39 | | 1/1/90 | Thomas, M.K., Francis, S.H., and Corbin, J.D. (1990) Substrate- And Kinase-Directed Regulation Of Phosphorylation Of A Cgmp-Binding Phosphodiesterase By Cgmp. J. Biol. Chem. 265: 14971-14978 | | NP;402;802 | |
| 40 | VK000252-461 | 1/6/90 | Konjeti Notebook | | 802;901 | |
| 41 | VC000068 | 3/17/90 | List of Attendees at March 1990 Glaxo Discovery Conference | | 802;901 | |
| 42 | VC000069-70 | 3/30/90 | Letter from Jackie D. Corbin, Ph.D to Don F. Kirksey, Ph.D. of Glaxo | | 802;901 | |
| 43 | ICOS001655-661 | 4/11/90 | Thomas, M.K., Francis, S.H., and Corbin, J.D. (1990) Characterization Of A Purified Bovine Lung Cgmp-Binding Cgmp Phosphodiesterase. J. Biol. Chem. 265:14964-14970. | | 802;901 | |
| 44 | VC000078-80 | 6/90 | Cardiovascular Discovery Grant 1989-1990 Annual Report. Project Title - Relaxation of Vascular Smooth Muscle by cGMP Analogs | | 403;V067;802;901 | |
| 45 | VC000074 | 10/23/90 | Letter from Don F. Kirksey, Ph.D. of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 46 | VC000075-77 | 11/2/90 | Letter from Jackie D. Corbin, Ph.D to Don F. Kirksey, Ph.D. of Glaxo enclosing updated progress report | | 802;901 | |
| 47 | VC-00081-82 | 11/28/90 | Letter from Corbin (Vanderbilt) to Kirksey enclosing a copy of the abstract which is to be published in the FASEB Abstracts | | 402;802;901 | |
| 48 | VC-06313-330 | 1/1/91 | 1991 Calendar | | | |
| 49 | VC000085 | 1/17/91 | Letter from Don F. Kirksey, Ph.D. of Glaxo to Jackie D. Corbin, Ph.D. | | 402;403;802;901 | |
| 50 | VC006176 | 2/1/91 | Withdrawn | | | |
| 51 | GLAX15561-678 | 3/18/91 | Glaxo Research Laboratories Glaxo Inc. Cardiovascular Status Report | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 52 | GLAX03641-689 | 3/18/91 | Glaxo Research Laboratories Glaxo, Inc. Cardiovascular Status Report | | | |
| 53 | VC-000905 | 3/18/91 | Glaxo Discovery Conference, Pittsboro, NC   Schedule for March 18th | | 802;901 | |
| 54 | VK000985-1165 | 3/19/91 | Konjeti Notebook | | 802;901 | |
| 55 | VC000086-89 | 3/28/91 | Letter from Jackie D. Corbin, Ph.D. to David Levy of Glaxo | | 802;901 | |
| 56 | VC-00135-153 | 4/18/91 | Relaxation of Pig Coronary Arteries By New And Potent cGMP Analog That Selectively Activate Type Ia Compared to Type Ib cGMP-Defendant Protein Kinases, by Sekhar, Hatchett, Shabb, Francis, Wells and Corbin | | 403;802;901 | |
| 57 | VM-00702-745 | 4/18/91 | Letter dated from David J. Levy (Glaxo) to Jackie D. Corbin, Ph.D. regarding a literature search for the compounds listed in Corbin's letter | | 106;802;901 | |
| 58 | GLAX 15734-15771 | 6/17/91 | Report of Jorge Kirilovsky and his visit to Glaxo USA | | | |
| 58A | VU-000466-483 | 6/17/91 | English Translation of GLAX15734-15771 | | LP;402;602;802 | |
| 59 | VC000158 | 5/29/91 | Letter from Ronald E. Keeney, M.D. and Don F. Kirksey, Ph.D. of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 59A | VC000156-157 | 5/29/91 | Letter from Dr, M.W. Elves of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 60 | GLAX25372 | 6/91 | Handwritten notes | | 106;402;602;802; 901 | |
| 60A | VU000188-189 | 6/91 | English translation of GLAX 25372 | | LP;602;802 | |
| 61 | GLAX00487-501 | 6/3/91 | Project Phosphodiesterase (PDE) Compte-rendu de la reunion du 3 Juin 1991 | | | |
| 62 | VU000190-193 | 6/3/91 | English translation of GLAX 00487-88 | | LP;602;802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 63 | GLAX10263-271 | 6/11/91 | International Research Strategy Meeting Minutes of the Meeting Held at Glaxo Group Research, Ware, Hertfordshire | | | |
| 64 | GLAX02203-2271 | 6/14/91 | Cinquin Notebook, dated 6/14/91-8/23/91 | | | |
| 65 | VC000159 | 6/20/91 | Letter from Ronald E. Keeney, M.D. of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 66 | VC0001595 | 6/24/91 | Withdrawn | | | |
| 67 | VC000161-163 | 6/27/91 | Cardiovascular Discovery Grant 1990-1991 Annual Report | | 403;802;901 | |
| 68 | GLAX00502-516 | 7/9/91 | Projet PDE Compte-rendu de la reunion du 9 Juillet 1991 (AC, BD, DC, FH, PG) | | | |
| 69 | VU000194-197 | 7/9/91 | English translation of GLAX 00502-04 | | LP;802;901 | |
| 70 | VC000164 | 7/11/91 | Letter from Ronald Keeney, M.D. of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 71 | VC000165 | 7/24/91 | Letter from Jackie D. Corbin, Ph.D. to Dr. Michael W. Elves of Glaxo | | 802;901 | |
| 72 | GLAX11649-660 | 9/91 | Withdrawn | | | |
| 73 | VC006182-183 | 9/25/91 | Withdrawn | | | |
| 74 | GLAX00574 | 9/27/91 | Reunion P.D.E. Mercredi 9 Octobre 1991, 10 H Ordre Du Jour | | | |
| 75 | GLAX16596 | 9/27/91 | Compound Data Card for AH19041XX | | | |
| 76 | GLAX15773-802 | 10/9/91 | PDE Project Meeting Agenda and Minutes | | | |
| 77 | VU000198-201 | 10/9/91 | English translation of GLAX 15773-75 | | LP;802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 78 | GLAX15803-809 | 9/91 | Davey, D.D., Erhardt, P.W., Cantor, E.H., Greenberg, S.S., Ingebretsen, W.R. and Wiggins, J., Novel Compounds Possessing Potent cAMP and cGMP Phosphodiesterase Activity. Synthesis and Cardiovascular Effects of a Series of Imidazo [1,2] quinoxalinones and Imidazo[1,5]quinoxalinones and Their Aza Analogues, J.Med. Chem. 1991, 34, 2671-2677. | | | |
| 79 | GLAX14240 | 10/18/91 | ISIS Print: AH18975, AH19041 | | | |
| 80 | GLAX13938 | 10/18/91 | ISIS Print: AH19041 | | | |
| 81 | VC000171 | 10/30/91 | Letter from Jackie D. Corbin, Ph.D. to Fiona Roberts of Glaxo | | 802;901 | |
| 82 | GLAX15450 | 10/30/91 | ISIS Print: GR35028X, GR35112X | | | |
| 83 | VC000173 | 10/31/91 | Facsimile from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 84 | GLAX14402 | 10/31/91 | ISIS Print: GF148445X, GF148447X | | | |
| 85 | GLAX14403 | 10/31/91 | ISIS Print:  GF148448X, GF148450X | | | |
| 86 | GLAX14404 | 10/31/91 | ISIS Print GF148451X, 148452X | | | |
| 87 | VC000182-183 | 11/1/91 | Letter dated 11/1/91 from Jackie Corbin (Vanderbilt) to Ken Ferguson (ICOS) | | 402;403;802;901 | |
| 88 | VK001641-762 | 11/2/91 | Konjeti Notebook | | 402;802;901 | |
| 89 | VC-000185 | 11/12/91 | Letter  from Jackie Corbin to Jackie Schrago | | 402;802;901 | |
| 90 | GLAX14399 | 11/19/91 | ISIS Print: GF14598X, GF147123X | | | |
| 91 | GLAX14400 | 11/19/91 | ISIS Print: GF147124X, GF147888X | | | |
| 92 | GLAX14405 | 11/19/91 | ISIS Print: GF148455A, GF149426X | | | |
| 93 | GLAX14406 | 11/19/91 | ISIS Print: GF149427X, GF149428X | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 94 | GLAX14408 | 11/19/91 | ISIS Print:  GF149965X, GF150338X | | | |
| 95 | VC000175-178 | 11/19/91 | Facsimile from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. enclosing Proposal Form and Conditions for the Provision of Compounds to Outside Investigators | | 602;802;901 | |
| 96 | GLAX10746-749 | 11/20/91 | Memorandum from Dr. Barry Ross of Glaxo to Dr. Barry Ross of Glaxo | | | |
| 97 | GLAX14410 | 12/4/91 | ISIS Print: GF151202A, GF151203X | | | |
| 98 | GLAX14411 | 12/4/91 | ISIS Print: GF151205X, GF151292X | | | |
| 99 | GLAX14412 | 12/4/91 | ISIS Print:  GF151294A, GF151297X | | | |
| 100 | GLAX15825-840 | 12/9/91 | PDE Project Meeting Agenda and Minutes | | | |
| 101 | | 12/9/91 | Sekhar, RR, Hatchett, RJ, Shabb, JB, Wolfe, L, Francis,SH, Wells, JN, Jastorff, B, Butt, E, Chakinala, MM,and Corbin, J.D. (1992) Relaxation of pig coronary arteries by new and potent cGMP analogs that selectively activate type I-alpha, compared with type I-beta, cGMP-dependent protein kinase.  Molecular Pharmacolology. 42, 103-108 | | NP;402 | |
| 102 | GLAX14415 | 12/13/91 | ISIS Print:  GF151640X, GF151831X | | | |
| 103 | GLAX14416 | 12/13/91 | ISIS Print: GF151833X, GF152508X | | | |
| 104 | VC-000224 | 12/26/91 | Withdrawn | | | |
| 105 | VC006211 | 12/31/91 | Corbin notes regarding telephone call with Barry Ross | | 106;402;602; 802;901 | |
| 106 | VC000813-821 | 1/1/92 | Thomas, M.K., et al. , Partial Mapping of Cyclci Nucleotide Sites and Studies of Regulatory Mechanisms of Phosphodiesterases Using Cyclic Nucleotide Analogues, Advances in Second Messenger and Phosphoprotein Research, Vol. 25. | | 802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 107 | VC000225-227 | 1/3/92 | Letter from Jackie D. Corbin, Ph.D. to Dr. Barry Ross of Glaxo | | | |
| 108 | VC000084 | 1/6/92 | Facsimile from Jackie D. Corbin, Ph.D. to Heidi Edward of Glaxo | | | |
| 109 | VC-000228 | 1/6/92 | Facsimile from Heidi Edward of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 110 | GLAX15841-869 | 1/13/92 | PDE Project Meeting Agenda and Minutes | | | |
| 111 | VC000232 | 1/20/92 | Facsimile from Jackie D. Corbin, Ph.D. to Heidi Edward of Glaxo | | 802;901 | |
| 112 | VC000230 | 1/20/92 | Facsimile from Heidi Edward of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 113 | VC000234 | 1/23/92 | Letter from Jackie D. Corbin, Ph.D. to Heidi Edward of Glaxo | | 802;901 | |
| 114 | ICOS001267 | 2/01/92 | Handwritten notes | | 106;602;802;901 | |
| 115 | GLAX17645 | 2/11/92 | Compound Data Card: GR35028 | | | |
| 116 | GLAX15870-898 | 2/21/92 | Project PDE Meeting Agenda and Minutes | | | |
| 117 | VC000249-254 | 2/24/92 | Proposal for a Glaxo/Corbin Research Project," Synthesizing cGNP Analogs and Phosphodiesterase Inhibitors to Probe the Mechanism and Roles of Smooth Muscle Protein Kinases and Phosphodiesterases | | 802;901 | |
| 118 | VC000248 | 2/24/92 | Letter from Jackie D. Corbin, Ph.D. to Dr. Barry Ross of Glaxo | | 802;901 | |
| 119 | | 3/5/92 | Shabb, JB, and Corbin, JD. (1992) Cyclic nucleotide-binding domains in proteins having diverse functions. J. Biol. Chern. 267, 5723-5726 | | NP;402 | |
| 120 | GLAX22474-689 | 4/2/92 | Research Notebook B148  Florence Godard | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 121 | GLAX13186, 01999-02004 | 4/8/92 | Memorandum from Dr. Barry Ross of Glaxo to Dr. R. Labaudiniere, et. al. of Glaxo enclosing Vanderbilt research proposal | | | |
| 122 | GLAX25937-947 | 4/9/92 | PDE V Project Status Report to the Cardiovascular Research Management Committee | | | |
| 123 | GLAX25733-741 | 4/9/92 | Cardiovascular Research Management Committee Meeting minutes | | | |
| 124 | VC007169 | 4/13/92 | Letter from Jackie D. Corbin, Ph.D. to Barry Ross, Ph.D. | | 106;901;802 | |
| 125 | GLAX15972-975 | 4/16/92 | Project PDE Meeting Agenda and Minutes | | | |
| 126 | VU000202-203 | 4/16/92 | English translation of Exhibit 83 [GLAX15972-75] | | LP;802;901 | |
| 127 | GLAX15913-943 | 4/21/92 | Project PDE Meeting Agenda and Minutes | | | |
| 128 | VU000204-207 | 4/21/92 | English translation of GLAX 15913-15 | | LP;802;901 | |
| 129 | GLAX14477 | 4/22/92 | ISIS Print: GF160167X, GF160168X | | | |
| 130 | GLAX14478 | 4/22/92 | ISIS Print: GF160171X, GF160175X | | | |
| 131 | GLAX14479 | 4/22/92 | ISIS Print: GF160178X, GF160179X | | | |
| 132 | GLAX14476 | 4/22/92 | ISIS Print GF159818X, GF159826X | | | |
| 133 | GLAX14480 | 4/22/92 | ISIS Print GF160180X, GF160375X | | | |
| 134 | GLAX15515 | 4/23/92 | ISIS Print: GR76505X, GR77123A | | | |
| 135 | GLAX15526 | 4/23/92 | ISIS Print: GR82778X, GR83104A | | | |
| 136 | GLAX15401 | 4/23/92 | ISIS Print: GR143577X, GR143657X | | | |
| 137 | GLAX15460 | 4/23/92 | ISIS Print: GR37540X, GR37913X | | | |
| 138 | GLAX15495 | 4/23/92 | ISIS Print: GR65357A, GR66022X | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 139 | GLAX14251 | 4/23/92 | ISIS Print: AH20899XX, AH20905XX | | | |
| 140 | GLAX15438 | 4/23/92 | ISIS Print: GR30040X, GR30075A | | | |
| 141 | GLAX15458 | 4/23/92 | ISIS Print: GR37019X, GR37113A | | | |
| 142 | GLAX14271 | 4/23/92 | ISIS Print: AH22608X, AH22815X | | | |
| 143 | GLAX15274 | 4/23/92 | ISIS Print: GI144264A, GI147404X | | | |
| 144 | GLAX15486 | 4/23/92 | ISIS Print: GR60781X, GR60805A | | | |
| 145 | GLAX15452 | 4/23/92 | ISIS Print: GR35223A, GR35273X | | | |
| 146 | GLAX14304 | 4/23/92 | ISIS Print: AH4213, AH4217 | | | |
| 147 | GLAX14394 | 4/23/92 | ISIS Print: GI199435X, GI199546A | | | |
| 148 | GLAX15278 | 4/23/92 | ISIS Print: GI199435X, GR119668A | | | |
| 149 | GLAX15457 | 4/23/92 | ISIS Print:  GR36621X, GR36822X | | | |
| 150 | GLAX15459 | 4/23/92 | ISIS Print GR37277X, GR37539X | | | |
| 151 | GLAX15461 | 4/23/92 | ISIS Print GR38053X, GR39500X | | | |
| 152 | GLAX15491 | 4/23/92 | ISIS Print GR62719X, GR65184A, | | | |
| 153 | GLAX15494 | 4/23/92 | ISIS Print GR64406X, GR64544X | | | |
| 154 | GLAX01450-475 | 4/24/92 | PDE V Inhibitors Project Annual Report for the Year Ending 30/04/92 | | | |
| 155 | VC005614-6039 | 4/29/92 | Francis Notebook | | 802;901 | |
| 156 | VC-000256 | 4/30/92 | Letter from Dr. Barry Ross of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 157 | GLAX25154 | 5/1/92 | Abstract – Relaxant effects of beta-carbolines on rat aortic rings 5/1/92 | | | |
| 158 | GLAX00484; GLAX00271-274 | 5/13/92 | PDE Strategy Meeting Minutes | | | |
| 159 | VU000208-212 | 5/13/92 | English translation of GLAX 00271-74 | | LP;602;802 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 160 | GLAX10352-GLAX10360 | 5/14/92 | Cardiovascular Diseases Research Management Committee PDE V Project Status Report | | | |
| 161 | VC004014-187 | 5/30/92 | Withdrawn | | | |
| 162 | GLAX13120 | 6/3/92 | Research Strategy Meeting Agenda | | | |
| 163 | VC000259, 261-74 | 6/8/92 | Letter from Jackie D. Corbint, Ph.D. to Dr. M.W. Elves of Glaxo | | 106;901;802 | |
| 164 | GLAX10361-375 | 6/11/92 | Cardiovascular Diseases Research Management Committee PDE V Project Status Report | | | |
| 165 | VC-000257 | 6/14/92 | Letter from Elves (Glaxo) to Jadkie D. Corbin, Ph.D. | | 802;901 | |
| 166 | GLAX15985-16022 | 6/23/92 | Projet PDE Meeting Agenda and Minutes | | | |
| 167 | | 6/25/92 | List of Analogues "Bzd" | | 602;802;901;DI | |
| 168 | VC-000711-725 | 7/6/92 | Letter from Elves (Glaxo) to Jackie D. Corbin, Ph.D enclosing draft research agreement | | 802;901 | |
| 169 | GLAX14341 | 7/7/92 | ISIS Print: CCI17953, CCI19232 | | | |
| 170 | GLAX14347 | 7/7/92 | ISIS Print: CCI23002A, CCI23005 | | | |
| 171 | GLAX14348 | 7/7/92 | ISIS Print: CCI23006, CCI23009 | | | |
| 172 | GLAX14349 | 7/7/92 | ISIS Print: CCI23020, CCI23026 | | | |
| 173 | GLAX15440 | 7/7/92 | ISIS Print: GR30338A, GR30413X | | | |
| 174 | GLAX15533 | 7/7/92 | ISIS Print: GR89208X, GR89229A | | | |
| 175 | VK001166-1359 | 7/17/92 | Konjeti Research Notebook | | 402;802;901 | |
| 176 | GLAX01148-151 | 7/24/92 | Excerpt from Pascal Grondin Research Notebook | | | |
| 177 | VU000213-218 | 7/28/92 | English translation of GLAX 16025-29 | | LP;802 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 178 | GLAX16025-82 | 7/28/92 | Projet PDE Meeting Agenda and Minutes | | | |
| 179 | VC000279 | 7/31/92 | Letter from Dr. B.C. Ross of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 180 | VC000278 | 8/3/92 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. B. C. Ross of Glaxo | | 802;901 | |
| 181 | GLAX00853-855 | 8/6/92 | Letter from Dr. F. Hyafil of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 182 | VC000307 | 8/10/92 | Letter from Jackie D. Corbin, Ph.D. to Dr. F. Hyafil of Glaxo | | 403;802;901 | |
| 183 | VC000316 | 8/14/92 | Letter from Jackie D. Corbin, Ph.D. to Dr. F. Hyafil of Glaxo | | 402;203;802;901 | |
| 184 | VC000311 | 8/14/92 | Facsimile from Dr. F. Hyafil of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 185 | VC000323 | 8/19/92 | Letter from Dr. GM Drew of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 186 | VK000032-33 | 8/20/92 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. GM Drew of Glaxo | | 402;802;901 | |
| 187 | VC000322 | 8/28/92 | Facsimile from Dr. GM Drew of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 187A | VC000315 | 9/3/92 | Letter from Jackie D. Corbin, Ph.D. to Isabelle Couleon of Glaxo | | 403;802;901 | |
| 188 | GLAX318, 309-317 | 9/9/92 | Projet PDE Meeting Agenda and Minutes | | | |
| 189 | VU000219-232 | 9/9/92 | English translation of GLAX318, 309-317 | | LP;802;901 | |
| 190 | GLAX13096-105 | 9/11/92 | Cardiovascular Diseases Research Management Committee PDE Project Status Report | | | |
| 191 | GLAX07600-806 | 9/22/92 | Narina Dodic Research Notebook | | | |
| 192 | GLAX16135-149 | 9/29/92 | Hyafil Slide Presentation | | | |
| 193 | GLAX25343 | 9/30/92 | Data provided to Hyafil by Konjeti | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 194 | GLAX25338 | 9/30/92 | Handwritten notes | | | |
| 195 | ICOS001289-300 | 10/1/92 | Progress In the Chemistry and Biology of PDE Inhibitors | | 602;802;901 | |
| 196 | GLAX03622-628 | 10/5/92 | Annie Penfornis Notebook, dated 10/5/92-11/12/93 | | | |
| 197 | GLAX18476 | 10/6/92 | Compound Data Card GF173320X | | | |
| 198 | GLAX18474 | 10/6/92 | Compound Data Card GF173218X | | | |
| 199 | GLAX18475 | 10/6/92 | Compound Data Card GF173219X | | | |
| 200 | GLAX17638 | 10/6/92 | Compound Data Card GI 120547X | | | |
| 201 | GLAX02005 | 10/7/92 | Letter from Dr. F. Hyafil of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 202 | GLAX10422-430 | 10/8/92 | Cardiovascular Diseases Research Management Committee  PDE V Project Status Report | | | |
| 203 | GLAX14605 | 10/14/92 | ISIS Print: GF173220X, GF173317X | | | |
| 204 | GLAX14607 | 10/15/92 | ISIS Print: GF173320X, GF173321X | | | |
| 205 | VK000039-41 | 10/21/92 | Letter from Dr. GM Drew of Glaxo to Sekhar R. Konjeti | | 802;901 | |
| 206 | VC-000336-338 | 10/27/92 | Facsimile from Jackie D. Corbin, Ph.D. to Pascal Grondin of Glaxo | | | |
| 207 | GLAX16254-328 | 10/28/92 | Projet PDE Meeting Minutes | | | |
| 208 | VU000233-308 | 10/28/92 | English translation of GLAX 16254-16328 | | LP;802 | |
| 209 | GLAX14629 | 11/4/92 | ISIS Print: GF175353X, GF175402X | | | |
| 210 | GLAX15255 | 11/5/92 | ISIS Print: GI120546X, GI120547X | | | |
| 211 | VC000325-33 | 11/14/92 | Letter from Michael Borun, Esq.  of Marshall, O'Toole, Gerstein, Murray & Bicknell to Judith Woods, Esq. of ICOS | | 402;403;602; 802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 212 | GLAX14604 | 11/15/92 | ISIS Print: GF173218X, GF173219X | | | |
| 213 | VK000042 | 11/19/92 | Letter from Sekhar R. Konjeti to Dr. GM Drew of Glaxo | | 802;901 | |
| 214 | GLAX16196-200, 16212, 16215 | 11/26/92 | Projet PDE Meeting Agenda and Minutes | | | |
| 215 | GLAX14664 | 11/27/92 | ISIS Print: GF177704X, GF177705X | | | |
| 216 | VC000366-386 | 11/30/92 | Letter from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. enclosing research agreement and check | | 802;901 | |
| 217 | VC000387-388 | | Chemical depictions of five compounds with handwritten notes | | 106;602;802; 901 | |
| 218 | VC000390 | | Computer generated graph with handwritten notes | | 106;602;802; 901 | |
| 219 | GLAX15366 | 12/02/92 | ISIS Print: GR121867X, GR122058X | | | |
| 220 | GLAX17220 | 12/04/92 | Compound Data Card GF178533X | | | |
| 221 | GLAX17221 | 12/04/92 | Compound Data Card GF178534X | | | |
| 222 | GLAX14676 | 12/09/92 | ISIS Print:  GF178533X, GF178534X | | | |
| 223 | GLAX00860-862 | 12/11/92 | Letter from Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 224 | VC000393-394 | 12/15/92 | Letter from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | 802;901 | |
| 225 | GLAX12039-40 | 12/16/92 | Potencies of Various Cyclic Nucleotide and IBMX analogs as Activators of cGMP Defendant Protein Kinases, as Inhibitors of cG-BPDE and as Relaxants of Pig Coronary Arteries | | | |
| 226 | VC000396 | 12/17/92 | Letter from Dr. F. Hyafil of Glaxo to Jackie D. Corbin, Ph.D. | | 602;802;901 | |
| 227 | GLAX16329-377 | 12/21/92 | Projet PDE Meeting Agenda and Minutes | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 228 | VU000309-358 | 12/21/92 | English translation of GLAX 16329-77 | | LP;602;802 | |
| 229 | GLAX14697 | 12/23/92 | ISIS Print: GF179505X, GF179506X | | | |
| 230 | VC006240-256 | 1/1/93 | Jackie Corbin, Ph.D.'s 1993 Calendar | | 402;403;901;802 | |
| 231 | VC000421-422 | 2/3/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo. | | 802;901 | |
| 232 | VK001360-1516 | 1/8/93 | Konjeti Notebook | | 802;901 | |
| 233 | GLAX02006-8 | 1/12/93 | Letter from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 234 | GLAX17320 | 1/12/93 | Compound Data Card GF180811X | | | |
| 235 | GLAX17321 | 1/12/93 | Compound Data Card GF180814X | | | |
| 236 | GLAX14725 | 1/19/93 | ISIS Print:  GF180808X, GF180811X | | | |
| 237 | GLAX14726 | 1/19/93 | ISIS Print: GF180814X, GF180817X | | | |
| 238 | GLAX02009-10 | 1/20/93 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 239 | VC000409-410 | 1/22/93 | Letter from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 240 | VC000419-420 | 1/25/93 | Letter from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 241 | GLAX02013 | 2/1/93 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 242 | GLAX02014 | 2/3/93 | Facsimile from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 243 | VK000021-22 | 2/3/93 | Letter from Jackie D. Corbin, Ph.D. to Pascal Grondin of Glaxo | | 802;901 | |
| 244 | GLAX01998 | 2/3/93 | Letter from Jackie D. Corbin, Ph.D. to Pascal Grondin of Glaxo | | | |
| 245 | GLAX16424-440 | 2/4/93 | Pde V Inhibitors: Azapurinone-Like Series, Beta-Carboline Series | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 246 | GLAX17401 | 2/11/93 | Compound Data Card GF184257X | | | |
| 247 | GLAX17404 | 2/16/93 | Compound Data Card GF184648X | | | |
| 248 | GLAX17405 | 2/16/93 | Compound Data Card GF184654X | | | |
| 249 | GLAX17406 | 2/16/93 | Compound Data Card GF184657X | | | |
| 250 | VC000428 | 3/1/93 | Letter from Dr. F. Hyafil of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 251 | GLAX18479 | 3/4/93 | Compound Data Card GF186202A | | | |
| 252 | GLAX18480 | 3/4/93 | Compound Data Card GF186203A | | | |
| 253 | VC000423-424 | 3/5/93 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | 802;901 | |
| 254 | GLAX01995 | 3/9/93 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 255 | VC000425 | 3/9/93 | Facsimile from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 256 | VK000143-227 | 3/19/93 | Sekhar Konjeti Notebook | | 802;901 | |
| 257 | VC000430-431 | 4/1/93 | Facsimile from Dr. F. Hyafil to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 258 | GLAX15248 | 4/1/93 | ISIS Print: GI118611A, GI11815A | | | |
| 259 | GLAX15253 | 4/1/93 | ISIS Print: GI119835X, GI119890A | | | |
| 260 | GLAX15254 | 4/1/93 | ISIS Print: GI119894X, GI120179A | | | |
| 261 | GLAX15266 | 4/1/93 | ISIS Print: GI126072X, GI126923A | | | |
| 262 | GLAX15267 | 4/1/93 | ISIS Print: GI127039X, GI127431A | | | |
| 263 | GLAX15269 | 4/1/93 | ISIS Print: GI128058X, GI128633X | | | |
| 264 | GLAX15272 | 4/1/93 | ISIS Print: GI132723X, GI132724A | | | |
| 265 | VC000433 | 4/2/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. F. Hyafil of Glaxo | | 403;802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 266 | GLAX13926-937 | 4/19/93 | Lot summaries for GF190126, GF190127, GF190128, GF190129, GF190130, GF190131, GF190133, GF190134, GF190135, GF190136, GF190137, and GF190138 | | | |
| 267 | GLAX18484 | 4/19/93 | Compound Data Card GF190128X | | | |
| 268 | GLAX18485 | 4/19/93 | Compound Data Card GF190129X | | | |
| 269 | GLAX18486 | 4/19/93 | Compound Data Card GF190130X | | | |
| 270 | GLAX18487 | 4/19/93 | Compound Data Card GF190131X | | | |
| 271 | GLAX18488 | 4/19/93 | Compound Data Card GF190134X | | | |
| 272 | GLAX17604 | 4/19/93 | Compound Data Card GF190135X | | | |
| 273 | GLAX17605 | 4/19/93 | Compound Data Card GF190133X | | | |
| 274 | GLAX17603 | 4/19/93 | Compound Data Card GF190136X | | | |
| 275 | GLAX17606 | 4/19/93 | Compound Data Card GF190137X | | | |
| 276 | GLAX17607 | 4/19/93 | Compound Data Card GF190138X | | | |
| 277 | GLAX17608 | 4/19/93 | Compound Data Card GF190126X | | | |
| 278 | VC000458 | 4/22/93 | Letter from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 279 | DEPEX000405-452 | 4/28/93 | Projet PDE Meeting Agenda and Minutes | | LP;802 | |
| 280 | VU000360-363 | 4/28/93 | English translation of DEPEX00405-407 | | LP;802;901;DI | |
| 281 | GLAX14839 | 5/10/93 | ISIS Print: GF190126X, GF190127X | | | |
| 282 | GLAX14842 | 5/10/93 | ISIS Print: GF190133X, GF190134X | | | |
| 283 | GLAX14841 | 5/10/93 | ISIS Print: GF190130X, GF190131X | | | |
| 284 | GLAX14843 | 5/10/93 | ISIS Print: GF190135X, GF190136X | | | |
| 285 | GLAX14844 | 5/10/93 | ISIS Print: GF190137X, GF190138X | | | |
| 286 | GLAX14840 | 5/10/93 | ISIS Print GF190128X, GF190129X | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 287 | VC000664 | 5/27/93 | Notice of Receipt | | 402;403;602; 802;901 | |
| 288 | GLAX25334-337 | 6/1/93 | Compound diagrams | | | |
| 289 | GLAX25327 | 6/7/93 | Non specific compounds | | | |
| 290 | VC000434 | 6/9/93 | Flight Itinerary | | 802;901 | |
| 291 | VC000437 | 6/13/93 | Schedule for Corbin Paris visit | | 802;901 | |
| 292 | VC000443 | 6/18/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. Ann Charlotte de Gouville of Glaxo | | 802;901 | |
| 293 | GLAX01984 | 6/18/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 294 | VC000440 | 6/18/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. Harvey Coste of Glaxo | | 802;901 | |
| 295 | VC000441 | 6/18/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. Jorge Kirilovsky of Glaxo | | 802;901 | |
| 296 | VC000442 | 6/18/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. R. Labaudiniere of Glaxo | | 802;901 | |
| 297 | GLAX00811 | 6/18/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. F. Hyafil of Glaxo | | | |
| 298 | GLAX01988-989 | 7/1/93 | Letter from Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 299 | GLAX01987 | 7/8/93 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin | | | |
| 300 | GLAX01985-986 | 7/8/93 | Facsimile from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 301 | GLAX25440 | 7/8/93 | Compound Data Card for GF19696OX | | | |
| 302 | GLAX06969-7180 | 7/11/93 | Myriam Ajakane Notebook | | | |
| 303 | GLAX01983 | 7/13/93 | Letter from Sekhar Konjeti, Ph.D. to Pascal Grondin of Glaxo | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 304 | GLAX14783 | 7/26/93 | ISIS Print: GF186202A, GF186203A | | 602;802 | |
| 305 | VK000013-17 | 7/27/93 | Facsimile from Grondin (Glaxo) to Corbin (Vanderbilt) regarding analog comparisons | | | |
| 306 | GLAX17806 | 7/30/93 | Compound Data Card GF196960X | | | |
| 307 | GLAX13603-638 | 8/6/93 | Cecile Bertko Notebook | | | |
| 308 | VK000029-30 | 8/10/93 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | 802;901 | |
| 309 | GLAX25342 | 8/10/93 | Potencies of cGMP Analogs as Activators of cG Kinases and cA Kinases | | | |
| 310 | GLAX01981 | 8/13/93 | Letter from Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 311 | GLAX01980 | 11/10/93 | Letter from Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 312 | VK000043 | 11/15/93 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | 802;901 | |
| 313 | VC000489 | 11/22/93 | Letter from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | 402;802;901 | |
| 314 | VC000494 | 12/02/93 | Letter from Jackie D. Corbin, Ph.D. to Fiona Roberts of Glaxo | | 402;802;901 | |
| 315 | VK000052 | 12/02/93 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | 402;802;901 | |
| 316 | VK000053 | 12/02/93 | Letter from Sekhar R. Konjeti to Dr. F. Hyafil of Glaxo | | 402;802;901 | |
| 317 | VK000049 | 12/03/93 | Facsimile from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901 | |
| 318 | VK000046 | 12/06/93 | Letter from Jackie D. Corbin, Ph.D. to Fiona Roberts at Glaxo | | 402;802;901 | |
| 319 | VC000496 | 12/07/93 | Facsimile from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 320 | VC000502 | 12/08/93 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 321 | VC000505-7 | 1/4/94 | Letter from Dr. Pascal Grondin of Glaxo to Sekhar R. Konjeti | | 802;901 | |
| 322 | VK000059-60 | 1/7/94 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | 802;901;402 | |
| 323 | VC000509 | 1/13/94 | Facsimile from Fiona Roberts to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 324 | VC000508 | 1/14/94 | Letter from Jackie D. Corbin, Ph.D. to Fiona Roberts of Glaxo | | 402;802;901 | |
| 325 | GLAX25344-346 | 1/18/94 | Facsimile from Allan Baxter of Glaxo to R. Labaudiniere and F. Hyafil of Glaxo | | | |
| 326 | GLAX25204-236 | 1/18/94 | Hyafil Slide Presentation | | | |
| 327 | VK000057 | 1/21/94 | Facsimile from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 328 | ICOS000211-215 | 1/21/94 | Request for Grant of a Patent – Title of Invention: Chemical Compounds | | 106-602;901 | |
| 329 | VC000525 | 1/28/94 | Facsimile from Dr. Pascal Grondin to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 330 | GLAX01975 | 1/31/94 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 331 | GLAX01979 | 2/02/94 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 332 | VC000527 | 2/11/94 | Letter from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | 402;802;901 | |
| 333 | VC000529 | 2/24/94 | Facsimile from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 334 | VK000018 | 3/21/94 | Facsimile from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 335 | VK000019 | 4/5/94 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | 402;802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 336 | GLAX00849 | 4/14/94 | Facsimile from Dr. Pascal Grondin of Glaxo to Sekhar R. Konjeti | | | |
| 337 | GLAX00850 | 4/19/94 | Letter from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 338 | GLAX01967, 13182-85 | 5/9/94 | Letter from Pascal Grondin of Glaxo to Dr. Jackie D. Corbin, Ph.D. | | | |
| 338A | GLAX01971 | 6/7/94 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | | |
| 339 | VC000540 | 6/23/94 | Letter from Pascal Grondin of Glaxo to Dr. Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 340 | GLAX01974 | 8/16/94 | Letter from Jackie D. Corbin, Ph.D. to Dr. Tore Jahnsen of the University of Oslo | | | |
| 341 | VC000545 | 8/24/94 | Letter from Dr. Tore Jahnsen of the University of Oslo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 342 | VC000546-47 | 9/2/94 | Facsimile from Urlich Walter, M.D. to Jackie D. Corbin, Ph.D. | | | |
| 343 | VC00548-551 | 9/5/94 | Facsimile from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 344 | GLAX01970 | 9/9/94 | Letter and note from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | | |
| 345 | VC000554 | 9/16/94 | Facsimile from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | 402;802;901 | |
| 346 | VC000640 | 9/30/94 | Letter from Fiona Roberts of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 347 | GLAX01973 | 10/19/94 | Letter from Jackie D. Corbin, Ph.D. to Christian Schudt | | | |
| 348 | GLAX01972 | 10/19/94 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | | |
| 349 | VK000002 | 10/20/94 | Facsimile from Dr. Pascal Grondin of Glaxo to Jackie D. Corbin and Sekhar R. Konjeti | | 402;802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 350 | GLAX10811-812 | 10/20/94 | Letter from Jackie D. Corbin, Ph.D. to Dr. F. Hyafil of Glaxo | | | |
| 351 | GLAX10810 | 10/28/94 | Letter from Dr. F. Hyafil of Glaxo to Jackie D. Corbin, Ph.D. | | | |
| 352 | GLAX10813-814 | 12/01/94 | Letter from Jackie D. Corbin, Ph.D. to Dr. Michael Elves of Glaxo | | | |
| 353 | VC000560 | 12/07/94 | Letter from Dr. Michael Elves of Glaxo to Jackie D. Corbin, Ph.D. | | 402;802;901 | |
| 354 | | 12/20/94 | Withdrawn | | | |
| 355 | GLAX01976 | 12/28/94 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | | |
| 356 | ICOS001756-788 | 1/1/95 | Synthesis and Biological Activity of New and Potent 3-Isobutyl-1 Methylxanthine Analogs and cGMP Analogs | | 403;802;901 | |
| 357 | GLAX11826-835 | 1/1/95 | PDE V Project Indentification of a Back-Up | | | |
| 358 | GLAX00866-907 | 1/16/95 | Facsimile from Allan Baxter of Glaxo to Dr. F. Hyafil of Glaxo | | | |
| 359 | VC000561 | 1/19/95 | Letter from Dr. Clive A. Halliday of Glaxo to Jackie D. Corbin, Ph.D. | | 402;901;802 | |
| 360 | GLAX01977 | 2/3/95 | Letter from Sekhar R. Konjeti to Dr. Pascal Grondin of Glaxo | | | |
| 361 | VK000006 | 2/21/95 | Facsimile from Malcolm Skingle of Glaxo to Jackie D. Corbin, Ph.D. | | 802;901;402 | |
| 362 | VK000003-5 | 2/21/95 | Facsimile from Dr. Pascal Grondin of Glaxo to Sekhar R. Konjeti | | 802;901 | |
| 363 | GLAX01978 | 5/15/95 | Note from Sekhar R. Konjeti to Pascal Grondin of Glaxo | | | |
| 364 | GLAX09974 | 5/15/95 | Abstract Form for 9th International Conference on Second Messengers & Phosphoproteins-- | | | |
| 365 | VC000565 | 6/21/95 | Letter from Jackie D. Corbin, Ph.D. to Dr. Pascal Grondin of Glaxo | | 402;802;901 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 366 | GLAX00815-826 | 1/1/96 | Design and Synthesis of Xanthines and Cyclic GMP Analogues as Potent Inhibitors of PDE5 | | | |
| 367 | ICOS002254-282 | 1/22/97 | Appendix B Compounds Jan 22nd. Provisional List at January 22, 1997 | | 402;602;802;901;DI | |
| 368 | ICOS000886-928 | 7/29/97 | US Patent No. 5,652,131 | | 402;403;802;901 | |
| 369 | VC000958-999 | 12/20/97 | US Patent No. 5,702,936 | | 402;403;802;901 | |
| 370 | | 1/12/99 | U.S. Patent No. 5,859,006 | | NP | |
| 371 | ICOS000801-842 | 9/21/99 | US Patent No. 5,955,583 | | 402;403;802;901 | |
| 372 | ICOS000756-800 | 3/14/00 | U.S. Patent No. 6,037,119 | | 402;403;802;901 | |
| 373 | | 10/31/00 | US Patent No. 6,140,329 | | NP | |
| 374 | VC000886-893 | 9/17/03 | The Discovery of Tadalafil: A Novel and Highly Selective PDE5 Inhibitor. 1: 5,6,11, 11a- Tetrahydro-IH-imidazo [1',5': 1,6] pyrido [3,4-b] indole-1,3 (2H)-dione Analogues | | 402;802;901 | |
| 375 | VC000894-903 | 9/17/03 | The Discovery of Tadalafil: A Novel and Highly Selective PDE5 Inhibitor. 2: 2,3,6,6,,12,121-hexahydropyrazino [1',2': 1,6] pyrido [3,4-b] indole- 1,4-dione Analogues | | 402;802;901 | |
| 376 | | | Barry Ross Resume | | 402;DI;NP | |
| 377 | | | Pascal Grondin Resume | | 402;DI;NP | |
| 378 | | | Notice to Take Deposition Duces Tecum of GlaxoSmithKline | | 402;602;802 | |
| 379 | GLAX24571-749 | 1/1/03 | Information Scientifique Enregistrant Produits Commerciaux Through 9/16/9 | | | |
| 380 | | 10/25/06 | Vanderbilt's Amended Notice to Take Deposition of ICOS Corporation Designee | | 402;602;802 | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 381 | GLAX26471-474 | 1/07 | Standard Operating Procedure re: requests for samples | | | |
| 382 | VU000364-368 | 1/07 | English translation of GLAX 26471-74 | | LP;402;602;802 | |
| 383 | GLAX18489-19152 | 1/07 | Chembase Manual | | | |
| 384 | GLAX25393-416 | 1/07 | Chembase User Guide (French) | | | |
| 385 | VU000369-393 | 1/07 | English translation of GLAX 25393 | | LP;602;802 | |
| 386 | GLAX25456-460 | 1/07 | SOP re: how to do an SOP | | | |
| 387 | GLAX25470-482 | 1/07 | SOP re: Compound Data Cards | | | |
| 388 | VU000394-407 | 1/07 | English translation of GLAX 25470-82 | | LP;602;802 | |
| 389 | GLAX25538-548 | 1/07 | SOP re: registering chemical information in the GUS database | | | |
| 390 | VU000408-419 | 1/07 | English translation of GLAX 25538 | | LP;602;802 | |
| 391 | GLAX25520-522 | 1/07 | SOP: re maintaining lab notebooks | | | |
| 392 | VU000420-423 | 1/07 | English translation of GLAX 25520-22 | | LP;602;802 | |
| 393 | GLAX25549-554 | 1/07 | SOP re: maintaining chemistry lab notebooks | | | |
| 394 | VU000424-430 | 1/07 | English translation of GLAX 25549-54 | | LP;602;802 | |
| 395 | GLAX26480-484 | 1/07 | SOP re transfer of information from GUS and CCGC databases | | | |
| 396 | VU000431-436 | 1/07 | English translation of GLAX 26480-84 | | LP;402;802 | |
| 397 | GLAX25441-446 | 1/07 | SOP re: CCGC database | | | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 398 | VU000437-443 | 1/07 | English translation of GLAX 25441-46 | | LP;402;802 | |
| 399 | GLAX26475-479 | 1/07 | SOP re: requests for samples | | | |
| 400 | GLAX25483-519 | 1/07 | International SOP re: registration and numbering of chemical substances | | | |
| 401 | GLAX25523-537 | 1/07 | SOP: re registering chemical information in the GUS database/ISISbase | | | |
| 402 | VU000444-459 | 1/07 | English translation of GLAX 25523-37 | | LP;402;602;802 | |
| 403 | GLAX25555-559 | 1/07 | SOP re: maintaining biology lab notebooks | | | |
| 404 | GLAX25465-469 | | Bon Usage des Procedures | | | |
| 405 | VU000460-465 | 1/07 | English translation of GLAX 25465 | | LP;602;802 | |
| 406 | ICOS2193-297 | | Glaxo/ICOS Collaboration Agreement, As Amended | | 402;602;802;DI | |
| 407 | | 3/23/07 | ICOS's Response to Vanderbilt's Third Set of Interrogatories | | 602;802 | |
| 408 | | 4/17/07 | ICOS's Supplemental Response to Vanderbilt's Interrogatory No. 11 | | 602;802 | |
| 409 | | 1/3/06 | ICOS's Response to Vanderbilt's First Set of Interrogatories (Nos. 1-16) | | 602 | |
| 410 | | 11/14/06 | ICOS's Reponses to Vanderbilt's Second Set of Interrogatories (Nos. 17-19) | | 602;402;403 | |
| 411 | | 12/18/06 | Opinions of Sekhar R. Konjeti, Ph.D. as Expert Witness, including attachments | | 802;901 | |
| 412 | | 12/15/06 | Expert Report of Sharron H. Francis, Ph.D., including exhibits | | 602;802;901;106;NP;LP | |

| | Bates Number | Date | Description | Identified | Objection | Admitted |
|---|---|---|---|---|---|---|
| 413 | | 12/1/06 | Curriculum Vitae of Peter Anthony Crooks, MSc, PhD, FRPharmS, CSci, CChem, FRSC (Crooks Rept. Attachment) | | 802;901 | |
| 414 | | 12/16/06 | Expert Report of Peter A. Crooks, including attachments | | 802;901 | |
| 415 | | 12/18/06 | Curriculum Vitae of John T. Koh, Ph.D. (Koh Rept. Attachment) | | 802 | |
| 416 | | 12/18/06 | Expert Report of Professor John T. Koh, Ph.D., including attachments | | 802 | |
| 417 | | 12/18/06 | Curriculum Vitae of the Honorable Gerald J. Mossinghoff (Mossinghoff Rept. Exh. A) | | 402;802;901 | |
| 418 | | 12/18/06 | Expert Report of Gerald J. Mossinghoff, including exhibits | | 402;403;802; 901;106 | |
| 419 | | 12/18/06 | Documents listed in List of Documents and Materials Reviewed, (Mossinghoff Rept. Exh. E | | 106;402;802 | |

| KEY | |
|---|---|
| FRE 106 | Completeness |
| FRE 402 | Relevance |
| FRE 403 | Prejudice or Confusion, cumulative waste of time |
| FRE 602 | Foundation |
| FRE 802 | Hearsay |
| FRE 901 | Authentication |
| LP | Late Produced Document (See FRCP 37 (c)(1)) |
| NP | Document Not Produced (See FRCP 37(c)(1)) |
| DI | Description of Document Inadequate to Identify |