# EXHIBIT 5

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| A | ICOS000009 | ICOS000035 | 1/12/1999 | |
| B | ICOS000293 | ICOS000302 | 10/31/2000 | |
| C | ICOS000001 - ICOS000008; ICOS000036 - ICOS000287 | | 00/00/0000 | |
| D | ICOS000288 - ICOS000292; ICOS000303 - ICOS000607; ICOS000456A - ICOS000456C | | 00/00/0000 | LP |
| E | ICOS002768 | ICOS002831 | 1/5/1995 | |
| F | ICOS002832 | ICOS002909 | 5/23/1996 | |
| G | ICOS000636 | ICOS000723 | 7/27/1995 | |
| H | ICOS000608 | ICOS000635 | 2/6/1997 | |
| I | ICOS000727 | ICOS000736 | 2/5/2003 | |
| J | ICOS000737 | ICOS000744 | 2/5/2003 | |
| K | GLAX03641 | GLAX03689 | 3/18/1991 | |
| L | GLAX00001 | GLAX00026 | 4/24/1992 | |
| M | GLAX02101 | GLAX02101 | 05/00/1992 | |
| N | GLAX12099 | GLAX12103 | 1/6/1993 | |
| O | GLAX02799 | GLAX02809 | 2/12/1993 | |
| P | GLAX00027 | GLAX00087 | 4/30/1993 | |
| Q | GLAX26175 | GLAX26202 | 5/18/1993 | |
| R | GLAX25373 | GLAX25392 | 6/21/1993 | |
| S | GLAX09771 | GLAX09772 | 11/00/1993 | |
| T | GLAX00088 | GLAX00137 | 11/26/1993 | |
| U | GLAX00138 | GLAX00153 | 12/30/1993 | |
| V | GLAX12693 | GLAX12728 | 4/30/1994 | |
| W | GLAX00183 | GLAX00235 | 6/21/1994 | |
| X | GLAX11339 | GLAX11390 | 11/16/1994 | |
| Y | GLAX12258 | GLAX12260 | 11/30/1994 | |
| Z | GLAX09756 | GLAX09770 | 12/00/1994 | |
| AA | GLAX11391 | GLAX11437 | 12/20/1994 | |
| AB | GLAX00236 | GLAX00269 | 2/24/1995 | |
| AC | GLAX15679 | GLAX15717 | 6/3/1991 | |
| AD | GLAX00502 | GLAX00516 | 7/9/1991 | |

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
*Ex. 5 ICOS's Trial Exhibit List*

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| AE | GLAX00517 | GLAX00529 | 8/27/1991 | |
| AF | GLAX15773 | GLAX15802 | 9/27/1991 | |
| AG | GLAX15810 | GLAX15824 | 11/8/1991 | |
| AH | GLAX15825 | GLAX15840 | 12/19/1991 | |
| AI | GLAX15841 | GLAX15869 | 1/13/1992 | |
| AJ | GLAX15870 | GLAX15898 | 2/21/1992 | |
| AK | GLAX25417 | GLAX25439 | 3/26/1992 | |
| AL | GLAX15913 | GLAX15943 | 4/21/1992 | |
| AM | GLAX00271 | GLAX00274 | 5/13/1992 | |
| AN | GLAX15944 | GLAX15967 | 5/27/1992 | |
| AO | GLAX15985 | GLAX16022 | 6/23/1992 | |
| AP | GLAX16025 | GLAX16082 | 7/28/1992 | |
| AQ | GLAX16083 | GLAX16134 | 9/9/1992 | |
| AR | GLAX16153 | GLAX16189 | 10/20/1992 | |
| AS | GLAX16193 | GLAX16195 | 10/28/1992 | |
| AT | GLAX16254 | GLAX16328 | 10/28/1992 | |
| AU | GLAX25597 | GLAX25598 | 11/00/1992 | |
| AV | GLAX16196 | GLAX16253 | 11/26/1992 | |
| AW | GLAX01899 | GLAX01906 | 12/21/1992 | |
| AX | GLAX16329 | GLAX16377 | 12/21/1992 | |
| AY | GLAX25593 | GLAX25593 | 1/7/1993 | |
| AZ | GLAX01919 | GLAX01939 | 1/20/1993 | |
| BA | GLAX12969 | GLAX12978 | 1/20/1993 | |
| BB | GLAX00373 | GLAX00381 | 2/24/1993 | |
| BC | GLAX12919 | GLAX12927 | 2/24/1993 | |
| BD | GLAX25586 | GLAX25586 | 3/5/1993 | |
| BE | GLAX00383 | GLAX00387 | 3/31/1993 | |
| BF | GLAX25587 | GLAX25587 | 4/5/1993 | |
| BG | GLAX00389 | GLAX00392 | 4/8/1993 | |
| BH | GLAX12896 | GLAX12903 | 4/28/1993 | |
| BI | GLAX12953 | GLAX12960 | 4/28/1993 | |
| BJ | GLAX25588 | GLAX25588 | 5/3/1993 | |
| BK | GLAX00397 | GLAX00403 | 6/1/1993 | |
| BL | GLAX12661 | GLAX12663 | 6/1/1993 | |
| BM | GLAX12904 | GLAX12913 | 6/1/1993 | |

2

Vanderbilt University v. ICOS Corporation
Civil Action No. 05-506-SLR
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| BN | GLAX25589 | GLAX25589 | 6/1/1993 | |
| BO | GLAX12891 | GLAX12895 | 6/29/1993 | |
| BP | GLAX00422 | GLAX00429 | 8/10/1993 | |
| BQ | GLAX25595 | GLAX25596 | 8/30/1993 | |
| BR | GLAX00409 | GLAX00414 | 9/16/1993 | |
| BS | GLAX25590 | GLAX25590 | 9/28/1993 | |
| BT | GLAX00485 | GLAX00486 | 10/13/1993 | |
| BU | GLAX25591 | GLAX25591 | 10/28/1993 | |
| BV | GLAX01941 | GLAX01966 | 11/22/1993 | |
| BW | GLAX25592 | GLAX25592 | 12/3/1993 | |
| BX | GLAX01907 | GLAX01916 | 12/21/1993 | |
| BY | GLAX01847 | GLAX01887 | 1/19/1994 | |
| BZ | GLAX00560 | GLAX00560 | 1/31/1994 | |
| CA | GLAX25594 | GLAX25594 | 1/31/1994 | |
| CB | GLAX25603 | GLAX25605 | 04/00/1994 | |
| CC | GLAX15733 | GLAX15733 | 9/25/1991 | |
| CD | GLAX00574 | GLAX00574 | 9/27/1991 | |
| CE | GLAX00576 | GLAX00576 | 1/20/1992 | |
| CF | GLAX15972 | GLAX15975 | 4/16/1992 | |
| CG | GLAX00484 | GLAX00484 | 5/6/1992 | |
| CH | GLAX00578 | GLAX00579 | 7/28/1992 | |
| CI | GLAX00329 | GLAX00339 | 10/20/1992 | |
| CJ | GLAX00582 | GLAX00582 | 2/24/1993 | |
| CK | GLAX00388 | GLAX00388 | 3/31/1993 | |
| CL | GLAX00396 | GLAX00396 | 4/28/1993 | |
| CM | GLAX00404 | GLAX00404 | 6/1/1993 | |
| CN | GLAX00408 | GLAX00408 | 6/29/1993 | |
| CO | GLAX00430 | GLAX00430 | 8/10/1993 | |
| CP | GLAX00415 | GLAX00415 | 9/16/1993 | |
| CQ | GLAX00431 | GLAX00431 | 10/8/1993 | |
| CR | GLAX00443 | GLAX00443 | 11/22/1993 | |
| CS | GLAX00447 | GLAX00448 | 12/21/1993 | |
| CT | GLAX00452 | GLAX00452 | 1/19/1994 | |
| CU | GLAX01725 | GLAX01725 | 3/28/1994 | |
| CV | GLAX25706 | GLAX25714 | 6/11/1991 | |

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
*Ex. 5 ICOS's Trial Exhibit List*

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| CW | GLAX25992 | GLAX26003 | 12/12/1991 | |
| CX | GLAX25798 | GLAX25807 | 1/6/1992 | |
| CY | GLAX25937 | GLAX25947 | 4/9/1992 | |
| CZ | GLAX25733 | GLAX25741 | 5/1/1992 | |
| DA | GLAX25751 | GLAX25759 | 5/14/1992 | |
| DB | GLAX25715 | GLAX25723 | 6/3/1992 | |
| DC | GLAX25599 | GLAX25600 | 6/3/1992 | |
| DD | GLAX13925 | GLAX13925 | 6/5/1992 | |
| DE | GLAX26160 | GLAX26174 | 6/11/1992 | |
| DF | GLAX25948 | GLAX25958 | 6/25/1992 | |
| DG | GLAX26076 | GLAX26088 | 7/9/1992 | |
| DH | GLAX25818 | GLAX25827 | 7/20/1992 | |
| DI | GLAX25828 | GLAX25837 | 9/11/1992 | |
| DJ | GLAX10208 | GLAX10219 | 9/22/1992 | |
| DK | GLAX26052 | GLAX26063 | 10/8/1992 | |
| DL | GLAX10503 | GLAX10514 | 10/16/1992 | |
| DM | GLAX12079 | GLAX12090 | 11/12/1992 | |
| DN | GLAX25970 | GLAX25980 | 11/23/1992 | |
| DO | GLAX10252 | GLAX10262 | 12/10/1992 | |
| DP | GLAX25681 | GLAX25688 | 1/14/1993 | |
| DQ | GLAX25742 | GLAX25750 | 1/14/1993 | |
| DR | GLAX26102 | GLAX26115 | 1/26/1993 | |
| DS | GLAX25959 | GLAX25969 | 2/11/1993 | |
| DT | GLAX25808 | GLAX25817 | 2/18/1993 | |
| DU | GLAX25860 | GLAX25870 | 3/11/1993 | |
| DV | GLAX26145 | GLAX26159 | 3/22/1993 | |
| DW | GLAX25882 | GLAX25892 | 4/26/1993 | |
| DX | GLAX25893 | GLAX25903 | 5/24/1993 | |
| DY | GLAX10301 | GLAX10311 | 6/3/1993 | |
| DZ | GLAX25849 | GLAX25859 | 7/8/1993 | |
| EA | GLAX25689 | GLAX25696 | 8/19/1993 | |
| EB | GLAX25838 | GLAX25848 | 9/15/1993 | |
| EC | GLAX25584 | GLAX25584 | 10/13/1993 | |
| ED | GLAX26130 | GLAX26144 | 10/13/1993 | |
| EE | GLAX25651 | GLAX25656 | 10/21/1993 | |

4

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| EF | GLAX25585 | GLAX25585 | 11/11/1993 | |
| EG | GLAX26203 | GLAX26232 | 11/11/1993 | |
| EH | GLAX25630 | GLAX25634 | 11/23/1993 | |
| EI | GLAX25657 | GLAX25662 | 12/9/1993 | |
| EJ | GLAX25871 | GLAX25881 | 12/17/1993 | |
| EK | GLAX25669 | GLAX25674 | 1/20/1994 | |
| EL | GLAX13903 | GLAX13923 | 1/21/1994 | |
| EM | GLAX13924 | GLAX13924 | 1/21/1994 | |
| EN | GLAX26116 | GLAX26129 | 12/00/1994 | |
| EO | GLAX16564 | GLAX16594 | 00/00/0000 | |
| EP | GLAX25163 | GLAX25180 | 3/21/1990 | |
| EQ | GLAX10778 | GLAX10809 | 5/7/1991 | |
| ER | GLAX11649 | GLAX11660 | 9/12/1991 | |
| ES | GLAX25157 | GLAX25162 | 1/7/1992 | |
| ET | GLAX25154 | GLAX25156 | 5/1/1992 | |
| EU | GLAX25319 | GLAX25319 | 1/10/1993 | |
| EV | GLAX25320 | GLAX25320 | 4/23/1993 | |
| EW | GLAX25313 | GLAX25313 | 7/23/1993 | |
| EX | GLAX25314 | GLAX25314 | 9/1/1993 | |
| EY | GLAX25315 | GLAX25315 | 9/1/1993 | |
| EZ | GLAX25316 | GLAX25316 | 9/2/1993 | |
| FA | GLAX25317 | GLAX25317 | 9/2/1993 | |
| FB | GLAX00416 | GLAX00421 | 9/29/1993 | |
| FC | GLAX25318 | GLAX25318 | 11/30/1993 | |
| FD | GLAX02016 | GLAX02031 | 12/30/1993 | |
| FE | GLAX09974 | GLAX09974 | 00/00/1995 | |
| FF | GLAX00583 | GLAX00591 | 00/00/1995 | |
| FG | GLAX11826 | GLAX11835 | 01/00/1995 | |
| FH | GLAX00815 | GLAX00826 | 00/00/1996 | |
| FI | ICOS000929 | ICOS000940 | 00/00/1998 | 402,802 |
| FJ | GLAX25470 | GLAX25482 | 1/31/1992 | |
| FK | GLAX25538 | GLAX25548 | 5/25/1992 | |
| FL | GLAX25520 | GLAX25522 | 12/15/1992 | |
| FM | GLAX26480 | GLAX26484 | 7/9/1993 | |
| FN | ICOS001388 | ICOS001388 | 00/00/0000 | 106,402,602,802,901 |

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
*Ex. 5 ICOS's Trial Exhibit List*

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| FO | ICOS001301 | ICOS001310 | 6/9/1992 | 602,802,901 |
| FP | ICOS001324 | ICOS001326 | 10/12/1992 | 602,802,901 |
| FQ | ICOS001318 | ICOS001323 | 10/26/1992 | 602,802,901 |
| FR | ICOS001315 | ICOS001317 | 11/2/1992 | 602,802,901 |
| FS | ICOS001312 | ICOS001314 | 11/17/1992 | 602,802,901 |
| FT | ICOS001339 | ICOS001339 | 12/00/1992 | 602,802,901 |
| FU | GLAX25330 | GLAX25331 | 4/12/1993 | |
| FV | ICOS001335 | ICOS001335 | 7/7/1993 | 106,602,802,901 |
| FW | ICOS001333 | ICOS001333 | 10/12/1993 | 106,602,802,901 |
| FX | ICOS001822 | ICOS001823 | 10/12/1993 | 602,802,901 |
| FY | ICOS001334 | ICOS001334 | 10/12/1993 | 106,602,802,901 |
| FZ | ICOS001331 | ICOS001331 | 12/6/1993 | 602,802,901 |
| GA | ICOS001332 | ICOS001332 | 12/6/1993 | 602,802,901 |
| GB | ICOS001336 | ICOS001336 | 5/17/1994 | 602,802,901 |
| GC | ICOS001337 | ICOS001337 | 9/20/1994 | 106,602,802,901 |
| GD | GLAX12564 | GLAX12579 | 1/9/1991 | |
| GE | GLAX00604 | GLAX00809 | 9/21/1992 | |
| GF | GLAX10534 | GLAX10745 | 2/15/1994 | |
| GG | GLAX26269 | GLAX26469 | 3/6/1992 | |
| GH | GLAX13819 | GLAX13902 | 10/14/1992 | |
| GI | GLAX13603 | GLAX13818 | 8/6/1993 | |
| GJ | GLAX12561 | GLAX12563 | 7/1/1988 | |
| GK | GLAX19362 | GLAX19572 | 1/8/1990 | |
| GL | GLAX24571 | GLAX24749 | 5/14/1990 | |
| GM | GLAX12496 | GLAX12499 | 6/1/1990 | |
| GN | GLAX02810 | GLAX03009 | 8/24/1990 | |
| GO | GLAX03010 | GLAX03210 | 7/23/1991 | |
| GP | GLAX03211 | GLAX03411 | 9/12/1991 | |
| GQ | GLAX09773 | GLAX09973 | 10/2/1991 | |
| GR | GLAX03412 | GLAX03614 | 11/20/1991 | |
| GS | GLAX10815 | GLAX11014 | 12/30/1991 | |
| GT | GLAX08510 | GLAX08712 | 2/12/1992 | |
| GU | GLAX04258 | GLAX04466 | 6/10/1992 | |
| GV | GLAX04891 | GLAX05099 | 8/10/1992 | |
| GW | GLAX03615 | GLAX03621 | 9/21/1992 | |

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| GX | GLAX08713 | GLAX08919 | 9/21/1992 | |
| GY | GLAX07600 | GLAX07806 | 9/22/1992 | |
| GZ | GLAX24750 | GLAX24950 | 10/2/1992 | |
| HA | GLAX03622 | GLAX03628 | 10/5/1992 | |
| HB | GLAX05728 | GLAX05935 | 10/5/1992 | |
| HC | GLAX03629 | GLAX03640 | 10/26/1992 | |
| HD | GLAX06140 | GLAX06350 | 10/26/1992 | |
| HE | GLAX06969 | GLAX07180 | 1/11/1993 | |
| HF | GLAX21117 | GLAX21322 | 2/17/1993 | |
| HG | GLAX07394 | GLAX07599 | 3/1/1993 | |
| HH | GLAX04467 | GLAX04678 | 3/4/1993 | |
| HI | GLAX22293 | GLAX22473 | 3/4/1993 | |
| HJ | GLAX05100 | GLAX05309 | 4/29/1993 | |
| HK | GLAX08234 | GLAX08413 | 5/3/1993 | |
| HL | GLAX07807 | GLAX08019 | 5/4/1993 | |
| HM | GLAX08920 | GLAX09127 | 5/5/1993 | |
| HN | GLAX02272 | GLAX02484 | 10/12/1993 | |
| HO | GLAX09128 | GLAX09335 | 11/3/1993 | |
| HP | GLAX09550 | GLAX09755 | 11/17/1993 | |
| HQ | GLAX02485 | GLAX02685 | 11/24/1993 | |
| HR | GLAX09336 | GLAX09549 | 11/29/1993 | |
| HS | GLAX07181 | GLAX07393 | 12/2/1993 | |
| HT | GLAX04679 | GLAX04890 | 12/31/1993 | |
| HU | GLAX05310 | GLAX05517 | 2/7/1994 | |
| HV | GLAX08414 | GLAX08509 | 2/14/1994 | |
| HW | GLAX08020 | GLAX08233 | 6/15/1994 | |
| HX | GLAX12582 | GLAX12650 | 8/1/1994 | |
| HY | GLAX23006 | GLAX23206 | 9/10/1991 | |
| HZ | GLAX23419 | GLAX23621 | 10/2/1991 | |
| IA | GLAX12580 | GLAX12581 | 10/6/1992 | |
| IB | GLAX12500 | GLAX12560 | 5/12/1993 | |
| IC | GLAX22085 | GLAX22292 | 8/4/1993 | |
| ID | GLAX00908 | GLAX01129 | 6/13/1991 | |
| IE | GLAX01130 | GLAX01337 | 7/10/1992 | |
| IF | GLAX09975 | GLAX10180 | 7/15/1993 | |

7

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| IG | GLAX13187 | GLAX13391 | 3/2/1992 | |
| IH | GLAX22474 | GLAX22689 | 4/2/1992 | |
| II | GLAX20603 | GLAX20843 | 7/17/1992 | |
| IJ | GLAX22690 | GLAX22896 | 8/13/1992 | |
| IK | GLAX02686 | GLAX02798 | 10/30/1992 | |
| IL | GLAX13392 | GLAX13602 | 11/17/1992 | |
| IM | GLAX22897 | GLAX23005 | 12/9/1992 | |
| IN | GLAX03690 | GLAX03894 | 8/9/1993 | |
| IO | GLAX03895 | GLAX04099 | 8/11/1993 | |
| IP | GLAX06351 | GLAX06556 | 1/3/1994 | |
| IQ | GLAX04100 | GLAX04257 | 1/19/1994 | |
| IR | GLAX06557 | GLAX06762 | 4/25/1994 | |
| IS | GLAX06763 | GLAX06968 | 8/18/1994 | |
| IT | GLAX16595 - GLAX16627; GLAX16629 - GLAX18488; GLAX25440 - GLAX25440; GLAX25579 - GLAX25583 | | | |
| IU | GLAX25300 | GLAX25300 | 00/00/0000 | |
| IV | GLAX25301 | GLAX25301 | 6/11/1992 | |
| IW | GLAX25265 | GLAX25265 | 8/26/1992 | |
| IX | GLAX25266 | GLAX25266 | 10/5/1992 | |
| IY | GLAX25267 | GLAX25267 | 10/7/1992 | |
| IZ | GLAX25268 | GLAX25268 | 11/23/1992 | |
| JA | GLAX25269 | GLAX25270 | 11/24/1992 | |
| JB | GLAX25299 | GLAX25299 | 11/25/1992 | |
| JC | GLAX25271 | GLAX25271 | 12/1/1992 | |
| JD | GLAX25272 | GLAX25272 | 12/16/1992 | |
| JE | GLAX25273 | GLAX25273 | 1/8/1993 | |
| JF | GLAX25274 | GLAX25274 | 1/8/1993 | |
| JG | GLAX25275 | GLAX25275 | 1/8/1993 | |
| JH | GLAX25276 | GLAX25276 | 1/26/1993 | |
| JI | GLAX25277 | GLAX25278 | 2/8/1993 | |
| JJ | GLAX25279 | GLAX25280 | 2/8/1993 | |
| JK | GLAX25281 | GLAX25281 | 2/8/1993 | |
| JL | GLAX25282 | GLAX25282 | 2/9/1993 | |

Vanderbilt University v. ICOS Corporation
Civil Action No. 05-506-SLR
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| JM | GLAX25283 | GLAX25285 | 2/26/1993 | |
| JN | GLAX25286 | GLAX25287 | 2/26/1993 | |
| JO | GLAX25288 | GLAX25289 | 2/26/1993 | |
| JP | GLAX25290 | GLAX25290 | 3/2/1993 | |
| JQ | GLAX25291 | GLAX25293 | 4/16/1993 | |
| JR | GLAX25295 | GLAX25296 | 4/26/1993 | |
| JS | GLAX25297 | GLAX25298 | 5/6/1993 | |
| JT | GLAX25294 | GLAX25294 | 5/12/1993 | |
| JU | GLAX25310 | GLAX25310 | 5/24/1993 | |
| JV | GLAX25302 | GLAX25303 | 5/28/1993 | |
| JW | GLAX25304 | GLAX25304 | 6/3/1993 | |
| JX | GLAX25305 | GLAX25306 | 8/2/1993 | |
| JY | GLAX25307 | GLAX25308 | 8/2/1993 | |
| JZ | GLAX25309 | GLAX25309 | 11/3/1993 | |
| KA | GLAX25264 | GLAX25264 | 3/1/1994 | |
| KB | GLAX13926 | GLAX15560 | 00/00/0000 | |
| KC | GLAX26470 | GLAX26470 | 00/00/0000 | |
| KD | GLAX18489 | GLAX18496 | 08/00/1987 | |
| KE | GLAX18497 | GLAX18906 | 08/00/1987 | |
| KF | GLAX18907 | GLAX19152 | 08/00/1987 | |
| KG | Appendix A to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 1/26/2007 | |
| KH | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1973 | 602,802,901 |
| KI | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1979 | 602,802,901 |
| | | | | 602,802,901 |

**Vanderbilt University v. ICOS Corporation**
**Civil Action No. 05-506-SLR**
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| KJ | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1986 | |
| KK | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 1/31/1986 | 602,802,901 |
| KL | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 9/19/1986 | 602,802,901 |
| KM | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 8/31/1987 | 602,802,901 |
| KN | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1988 | 602,802,901 |
| KO | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1989 | 602,802,901 |
| KP | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1989 | 602,802,901 |

Vanderbilt University v. ICOS Corporation
Civil Action No. 05-506-SLR
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| KQ | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1989 | |
| KR | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1989 | 602,802,901 |
| KS | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 1/23/1989 | 602,802,901 |
| KT | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1990 | 602,802,901 |
| KU | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 04/00/1990 | 602,802,901 |
| KV | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 7/31/1990 | 602,802,901 |
| KW | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 8/24/1990 | 602,802,901 |

11

**Vanderbilt University v. ICOS Corporation**
**Civil Action No. 05-506-SLR**
**Ex. 5 ICOS's Trial Exhibit List**

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| KX | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1991 | |
| KY | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1991 | 602,802,901 |
| KZ | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1991 | 602,802,901 |
| LA | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 3/19/1991 | 602,802,901 |
| LB | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 4/16/1991 | 602,802,901 |
| LC | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 07/00/1991 | 602,802,901 |
| LD | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 7/9/1991 | 602,802,901 |

12

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| LE | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 10/00/1991 | |
| LF | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 1/1/1992 | 602,802,901 |
| LG | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 1/3/1992 | 602,802,901 |
| LH | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 1/6/1992 | |
| LI | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 06/00/1992 | 602,802,901 |
| LJ | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 6/2/1992 | 602,802,901 |
| LK | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1993 | 602,802,901 |

13

**Vanderbilt University v. ICOS Corporation**
**Civil Action No. 05-506-SLR**
**Ex. 5 ICOS's Trial Exhibit List**

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| LL | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/1994 | |
| LM | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 12/22/1995 | 602,802,901 |
| LN | Exhibit to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 00/00/2005 | 602,802,901 |
| LO | Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Rick Cote, Ph.D. dated 01/26/07 | | 1/26/2007 | 602,802,901 |
| LP | Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 1/26/2007 | 602,802 |
| LQ | Appendix 1 to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 1/26/2007 | 602,802 |
| LR | Appendix 2 to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 1/26/2007 | 602,802 |
| | | | | 602,802,901 |

14

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
*Ex. 5 ICOS's Trial Exhibit List*

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| LS | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1948 | |
| LT | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1966 | 602,802,901 |
| LU | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1970 | 602,802,901 |
| LV | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 1/5/1971 | 602,802,901 |
| LW | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 5/29/1971 | 602,802,901 |
| LX | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 2/17/1972 | 602,802,901 |
| LY | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1973 | 602,802,901 |

15

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| LZ | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1974 | |
| MA | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 04/00/1977 | 602,802,901 |
| MB | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1979 | 602,802,901 |
| MC | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1979 | 602,802,901 |
| MD | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1980 | 602,802,901 |
| ME | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1980 | 602,802,901 |
| MF | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1981 | 602,802,901 |

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| MG | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1983 | |
| MH | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1984 | 602,802,901 |
| MI | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1986 | 602,802,901 |
| MJ | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1986 | NP,602,802,901 |
| MK | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1986 | NP,602,802,901 |
| ML | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1987 | 602,802,901 |
| MM | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1988 | 602,802,901 |
| | | | | NP,602,802,901 |

**Vanderbilt University v. ICOS Corporation**
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| | | | 00/00/1990 | |
| MN | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | | 602,802,901 |
| MO | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1990 | |
| MP | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1990 | NP,602,802,901 |
| MQ | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 6/20/1991 | 602,802,901 |
| MR | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1992 | NP,602,802,901 |
| MS | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1992 | 602,802,901 |
| MT | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1992 | 602,802,901 |

18

**Vanderbilt University v. ICOS Corporation**
**Civil Action No. 05-506-SLR**
**Ex. 5 ICOS's Trial Exhibit List**

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| MU | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 1/7/1992 | |
| MV | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1993 | 602,802,901 |
| MW | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael F. Rafferty dated 01/26/07 | | 00/00/1995 | 602,802,901 |
| MX | Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Albert Padwa, Ph.D. dated 01/26/07 | | 1/26/2007 | NP,602,802,901 |
| MY | Appendix 1 to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Albert Padwa, Ph.D. dated 01/26/07 | | 1/26/2007 | 602,802 |
| MZ | Appendix 2 to Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Albert Padwa, Ph.D. dated 01/26/07 | | 1/26/2007 | 602,802,901 |

19

**Vanderbilt University v. ICOS Corporation**
**Civil Action No. 05-506-SLR**
**Ex. 5 ICOS's Trial Exhibit List**

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| NA | Attachment to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 1/26/2007 | |
| NB | Attachment to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 1/26/2007 | 602,802 |
| NC | Attachment to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 1/26/2007 | NP,402,602,802 |
| ND | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 10/04/1897 | NP,402,602,802 |
| NE | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 4/1/1946 | 602,802 |
| NF | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 7/13/1960 | 602,802 |
| | | | | 602,802 |

20

**Vanderbilt University v. ICOS Corporation**
**Civil Action No. 05-506-SLR**
**Ex. 5 ICOS's Trial Exhibit List**

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| NG | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 3/18/1965 | |
| NH | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 7/24/1969 | 602,802 |
| NI | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 9/19/1986 | 602,802 |
| NJ | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 3/5/1991 | 602,802 |
| NK | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 3/11/1993 | 602,802 |
| NL | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 11/22/1994 | 602,802 |
| NM | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 2/18/1997 | 602,802 |

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| NN | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 2/1/2001 | |
| NO | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 6/23/2003 | 602,802 |
| NP | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 8/6/2003 | 602,802 |
| NQ | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 9/3/2003 | 602,802 |
| NR | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 7/20/2004 | 602,802 |
| NS | Exhibit to Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous dated 01/26/07 | | 8/18/2006 | 602,802 |
| NT | Expert Report Fed. R. Civ. P. 26(A)(2)(B) Rebuttal Expert Statement of Michael Sofocleous | | 1/26/2007 | 602,802 |
| NU | ICOS000724 | ICOS000724 | 00/00/0000 | 402 |
| NV | ICOS000725 | ICOS000726 | 00/00/0000 | 402,602,802,901 |
| NW | VC-000038 | VC-000038 | 4/26/1989 | 602,802,901 |

22

Vanderbilt University v. ICOS Corporation
Civil Action No. 05-506-SLR
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| NX | VC-000084 | VC-000084 | 1/6/1991 | |
| NY | VC-000173 | VC-000173 | 10/31/1991 | 602,802,901 |
| NZ | ICOS000944 | ICOS000951 | 00/00/1992 | 602,802,901 |
| OA | VC-000311 | VC-000311 | 8/14/1992 | |
| OB | VC-000336 | VC-000338 | 10/27/1992 | |
| OC | GLAX00863 | GLAX00864 | 12/15/1992 | |
| OD | GLAX02006 | GLAX02008 | 1/12/1993 | |
| OE | VC-000415 | VC-000417 | 1/12/1993 | 602,802,901 |
| OF | GLAX02012 | GLAX02012 | 1/22/1993 | |
| OG | GLAX02013 | GLAX02013 | 2/1/1993 | |
| OH | GLAX01998 | GLAX01998 | 2/3/1993 | |
| OI | GLAX02014 | GLAX02015 | 2/3/1993 | |
| OJ | GLAX01995 | GLAX01995 | 3/9/1993 | |
| OK | GLAX01984 | GLAX01984 | 6/4/1993 | |
| OL | GLAX01989 | GLAX01990 | 7/1/1993 | |
| OM | GLAX01987 | GLAX01987 | 7/7/1993 | |
| ON | GLAX01996 | GLAX01997 | 9/3/1993 | |
| OO | GLAX01980 | GLAX01980 | 11/10/1993 | |
| OP | VC-000508 | VC-000508 | 1/14/1994 | |
| OQ | GLAX01979 | GLAX01979 | 2/2/1994 | |
| OR | GLAX01974 | GLAX01974 | 8/10/1994 | |
| OS | VC-000546 | VC-000547 | 9/2/1994 | |
| OT | GLAX10813 | GLAX10814 | 12/1/1994 | |
| OU | ICOS001651 | ICOS001654 | 2/12/2003 | 402,602,802,901 |
| OV | ICOS002721 | ICOS002761 | 2/7/2006 | 402,602,802,901 |
| OW | VF-000298 | VF-000309 | 1/1/2007 | 402,602,802,901 |
| OX | VC-007789 | VC-007813 | 5/15/2007 | 402,602,802,901 |
| OY | VF-000322 | VF-000361 | 8/9/2007 | |
| OZ | VF-000310 | VF-000321 | 8/16/2007 | 602,802,901 |
| PA | VC-007757 | VC-007788 | 00/00/0000 | 602,802,901 |
| PB | GLAX02009 | GLAX02010 | 1/20/1993 | |
| PC | VC-000409 | VC-000410 | 1/22/1993 | |
| PD | VC-000426 | VC-000426 | 3/9/1993 | 602,802,901 |
| PE | VC-000482 | VC-000482 | 7/1/1993 | 602,802,901 |
| PF | VK-000027 | VK-000028 | 7/1/1993 | 602,802,901 |

23

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| PG | GLAX01983 | GLAX01983 | 7/13/1983 | |
| PH | VK-000013 | VK-000017 | 7/26/1993 | |
| PI | GLAX01982 | GLAX01982 | 8/10/1993 | |
| PJ | VC-000528 | VC-000528 | 2/3/1994 | 602,802,901 |
| PK | VC-000535 | VC-000535 | 3/21/1994 | 602,802,901 |
| PL | GLAX01977 | GLAX01977 | 2/3/1995 | |
| PM | ICOS002334 | ICOS002336 | 3/4/1991 | 402,602,802,901 |
| PN | ICOS002337 | ICOS002350 | 3/13/1991 | 402,602,802,901 |
| PO | ICOS002399 | ICOS002434 | 3/13/1991 | 402,602,802,901 |
| PP | ICOS002707 | ICOS002714 | 3/19/1991 | 402,602,802,901 |
| PQ | ICOS002136 | ICOS002148 | 3/21/1991 | 402,602,802,901 |
| PR | ICOS002351 | ICOS002366 | 4/2/1991 | 402,602,802,901 |
| PS | ICOS002367 | ICOS002380 | 4/2/1991 | 402,602,802,901 |
| PT | ICOS002762 | ICOS002767 | 4/16/1991 | 402,602,802,901 |
| PU | ICOS001444 | ICOS001452 | 00/00/1992 | 402,602,802,901 |
| PV | ICOS002700 | ICOS002706 | 1/9/1992 | 402,602,802,901 |
| PW | ICOS002156 | ICOS002158 | 04/00/1992 | 402,602,802,901 |
| PX | ICOS002715 | ICOS002720 | 06/00/1992 | 402,602,802,901 |
| PY | ICOS001807 | ICOS001810 | 6/2/1992 | 402,602,802,901 |
| PZ | ICOS002159 | ICOS002174 | 6/10/1992 | 402,602,802,901 |
| QA | ICOS002381 | ICOS002394 | 11/30/1992 | 402,602,802,901 |
| QB | ICOS002435 | ICOS002475 | 11/30/1992 | 402,602,802,901 |
| QC | ICOS002500 | ICOS002699 | 00/00/1993 | 402,602,802,901 |
| QD | ICOS001879 | ICOS002074 | 00/00/1993 | 402,602,802,901 |
| QE | ICOS002110 | ICOS002127 | 1/1/1993 | 402,602,802,901 |
| QF | ICOS001453 | ICOS001456 | 5/20/1993 | 402,602,802,901 |
| QG | ICOS002075 | ICOS002083 | 7/7/1993 | 402,602,802,901 |
| QH | ICOS002478 | ICOS002481 | 2/22/1994 | 402,602,802,901 |
| QI | ICOS002175 | ICOS002192 | 2/23/1994 | 602,802,901 |
| QJ | ICOS001045 | ICOS001047 | 2/23/1994 | 402,602,802,901 |
| QK | ICOS002482 | ICOS002496 | 4/23/1994 | 402,602,802,901 |
| QL | ICOS002497 | ICOS002499 | 4/24/1994 | 402,602,802,901 |
| QM | ICOS002128 | ICOS002130 | 5/10/1994 | 402,602,802,901 |
| QN | ICOS002131 | ICOS002135 | 7/12/1999 | 402,602,802,901 |
| QO | ICOS002149 | ICOS002155 | 7/5/2000 | 402,602,802,901 |

*Vanderbilt University v. ICOS Corporation*
*Civil Action No. 05-506-SLR*
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| QP | ICOS002395 | ICOS002398 | 7/11/2000 | 402,602,802,901 |
| QQ | ICOS002328 | ICOS002333 | 8/17/2000 | 402,602,802,901 |
| QR | ICOS002476 | ICOS002477 | 9/12/2000 | 402,602,802,901 |
| QS | ICOS002298 | ICOS002327 | 10/10/2000 | 402,602,802,901 |
| QT | ICOS002084 | ICOS002109 | 5/3/2001 | 402,602,802,901 |
| QU | ICOS001000 | ICOS001000 | 8/8/1991 | 402,602,802,901 |
| QV | ICOS000998 | ICOS000999 | 10/4/1991 | 402,602,802,901 |
| QW | ICOS001001 | ICOS001002 | 10/4/1991 | 402,602,802,901 |
| QX | ICOS000941 | ICOS000943 | 10/7/1991 | 402,602,802,901 |
| QY | ICOS001803 | ICOS001806 | 10/7/1991 | 402,602,802,901 |
| QZ | ICOS000952 | ICOS000997 | 10/2/1998 | 402,602,802,901 |
| RA | ICOS001457 | ICOS001503 | 10/2/1998 | 402,602,802,901 |
| RB | Complaint | | 7/20/2005 | |
| RC | Vanderbilt's Response to ICOS's First Set of Interrogatories | | 2/8/2006 | |
| RD | Vanderbilt's Response to ICOS's First Request for Admissions | | 2/8/2006 | |
| RE | Vanderbilt's Supplemental Responses to ICOS's First Set of Interrogatories | | 6/1/2006 | |
| RF | Vanderbilt's 2nd Supplemental Response to ICOS's First Set of Interrogatories | | 9/27/2006 | |
| RG | Vanderbilt's Response to ICOS's Second Set of Request for Admissions | | 10/31/2006 | |
| RH | Vanderbilt's Response to ICOS's Second Set of Interrogatories | | 10/31/2006 | |
| RI | ICOS002910 | ICOS002998 | 12/26/1991 | I.P., 402, 602, 802, 901 |
| RJ | ICOS002999 | ICOS003012 | 05/00/1992 | I.P., 402, 602, 802, 901 |
| RK | ICOS003026 | ICOS003039 | 00/00/1979 | I.P., 402, 602, 802, 901 |
| RL | ICOS003040 | ICOS003049 | 00/00/1984 | I.P., 402, 602, 802, 901 |
| RM | ICOS003050 | ICOS003052 | 1/9/1992 | I.P., 402, 602, 802, 901 |
| RN | ICOS003053 | ICOS003055 | 09/00/1992 | I.P., 402, 602, 802, 901 |
| RO | ICOS003056 | ICOS003060 | 2/15/1993 | I.P., 402, 602, 802, 901 |
| RP | ICOS003061 | ICOS003063 | 01/00/1993 | I.P., 402, 602, 802, 901 |
| RQ | ICOS003064 | ICOS003085 | 12/22/1994 | I.P., 402, 602, 802, 901 |

Vanderbilt University v. ICOS Corporation
Civil Action No. 05-506-SLR
Ex. 5 ICOS's Trial Exhibit List

| Trial Exhibit No. | Beginning Bates No. | End Bates No. | Document Date | Objections |
|---|---|---|---|---|
| RR | ICOS003086 | ICOS003120 | 5/31/2005 | LP, 402, 602, 802, 901 |
| RS | ICOS003127 | ICOS003138 | 10/22/2002 | LP, 402, 602, 802, 901 |
| RT | GLAX02203 | GLAX02271 | 6/14/1991 | |
| RU | VC-000230 | VC-000230 | 1/20/1992 | |
| RV | VC-000389 | VC-000389 | 00/00/0000 | |
| RW | VC-000083 | VC-000083 | 1/7/1992 | 402,602,802,901 |
| RX | VC-001108 | VC-001110 | 10/5/1998 | 402,602,802,901 |
| RY | VC-000558 | VC-000559 | 12/1/1994 | 402,602,802,901 |
| RZ | GLAX00810 | GLAX00814 | 6/4/1993 | |
| SA | VC-000438 | VC-000438 | 6/4/1993 | 402,602,802,901 |
| SB | VC-000444 | VC-000445 | 6/4/1993 | 402,602,802,901 |
| SC | VC-001195 | VC-001199 | 00/00/1998 | 402,602,802,901 |
| SD | VC-001213 | VC-001224 | 5/13/1994 | 402,602,802,901 |
| SE | VC-001162 | VC-001162 | 11/8/1995 | |
| SF | VC-001103 | VC-001103 | 5/19/1998 | 402,602,802,901 |
| SG | VC-006313 | VC-006330 | 00/00/1991 | |
| SH | VC-000335 | VC-000335 | 10/27/1992 | 402,602,802,901 |
| SI | VC-000502 | VC-000502 | 12/8/1993 | |
| SJ | VC-000406 | VC-000407 | 1/20/1993 | 402,602,802,901 |
| SK | VK-000018 | VK-000018 | 3/21/1994 | |
| SL | VK-002236 | VK-002238 | 10/20/2005 | 402,602,802,901 |
| SM | VK-002506 | VK-002511 | 00/00/0000 | 402,602,802,901 |
| SN | VK-002234 | VK-002235 | 10/20/2005 | 402,602,802,901 |
| SO | ICOS003139 | ICOS003139 | 2/15/2006 | LP,106,402,602,802,901 |
| SP | ICOS's Amended Notice of Deposition of Vanderbilt University Pursuant to Fed. R. Civ. P. 30(B)(6) | | 10/30/2006 | |

26