# EXHIBIT 6

# EXHIBIT 6

## Vanderbilt University v. ICOS Corporation, No. 05-506 SLR
## Vanderbilt's Witness List

The following is a list of witnesses whom Vanderbilt University intends to call live at trial:

1. Jackie D. Corbin
2. Alain Daugan
3. Kenneth M. Ferguson
4. Sharron H. Francis
5. Pascal Grondin
6. Sekhar Raja Konjeti
7. Richard Labaudineire
8. Barry C. Ross
9. Peter A. Crooks, M.Sc., Ph.D., C.SC., C. Chem., F.R.S.C., F.R. Pharm.S.
10. John T. Koh, Ph.D.
11. Hon. Gerald J. Mossinghoff
12. Representative and/or custodian of records of ICOS.
13. Representative and/or custodian of records of Glaxo.
14. Vanderbilt reserves the right to call any witness listed or called by defendant ICOS.
15. Vanderbilt reserves the right to call any witness for the purpose of impeachment and/or rebuttal.
16. Vanderbilt reserves the right to call any witness for the purpose of authenticating any exhibit or document.

17. If any witness subpoenaed to testify at trial fails to appear at trial, Vanderbilt reserves the right to use all or part of that witness's deposition testimony.