# EXHIBIT 7

**EXHIBIT 7**

*Vanderbilt University v. ICOS Corporation*, **Civil Action No. 05-506-SLR**

<u>**ICOS's Witness List**</u>

The following is a list of witnesses whom ICOS intends to call live at trial:

1.    Dr. Rick Cote

2.    Dr. Alain Daugan

3.    Dr. Pascal Grondin

4.    Dr. Albert Padwa

5.    Dr. Michael Rafferty

6.    Michael Sofocleous (as stated in the Pretrial Order, ICOS objects to any testimony by Vanderbilt's proposed witness Mr. Mossinghoff; ICOS will only call Mr. Sofocleous to testify if the Court allows Vanderbilt to offer testimony by Mr. Mossinghoff.)

7.    Jackie Corbin (Vanderbilt University)

8.    Sharron Francis (Vanderbilt University)

9.    Sekhar Konjeti (Vanderbilt University)

10.    ICOS reserves the right to call any witness listed or called by Vanderbilt.

11.    ICOS reserves the right to call any witness for the purpose of impeachment and/or rebuttal.

12.    ICOS reserves the right to call any witness for the purpose of establishing authentication or admissibility of any materials to be proffered at trial.

13.    If any witness identified on either ICOS's or Vanderbilt's witness list fails to appear at trial, ICOS reserves the right to use all or part of the deposition testimony of such witness.