# EXHIBIT 8

EXHIBIT 8

*Vanderbilt University v. ICOS Corporation*, Civil Action No. 05-506-SLR

**Vanderbilt's Deposition Designations with ICOS's Objections**

| DEPONENT | DESIGNATION | OBJECTIONS |
|---|---|---|
| Anis Kadouri 05/23/2007 | 6:1-4 | |
| | 11:15 – 16:4 | |
| | 16:10 – 18:7 | |
| | 18:8 – 20:12 | |
| | 20:17 – 24:11 | |
| | 24:13 – 25:13 | |
| | 25:14 – 26:3 | |
| | 26:4 – 27:24 | |
| | 27:25 – 29:22 | |
| | 29:23 – 30:17 | FRE 402 (30:9-17) |
| | 33:19 – 34:5 | |
| | 34:6 – 21 | |
| | 34:22 – 39:8 | FRE 402 (35:20-24) |
| | 39:9 – 23 | |
| | 40:22 – 42:16 | FRE 402 (40:22-41:1; 41:22-25; and 42:15-16) |
| | 43:10 – 44:6 | |
| | 44:18 – 45:23 | |
| | 46:6 - 20 | |
| | 47:10 – 48:1 | |
| | 50:9 – 23 | |
| | 51:2 – 52:10 | |
| Kenneth Ferguson 11/02/2006 | 10:3 – 6 | FRE 402 |
| | 19:3 – 6 | FRE 402 |
| | 20:3 – 21:16 | FRE 402 |
| | 21:17 -24 | FRE 402 |
| | 24:2 – 13 | FRE 402 |
| | 30:12 – 34 :2 | FRE 402 |
| | 34:4 – 37:3 | FRE 402 |
| | 35:15 – 36:22 | FRE 402 |
| | 37:8 – 40:11 | FRE 402 |
| | 40:20 – 41:15 | FRE 402 |
| | 41:18 – 42:6 | FRE 402 |
| | 42:10 – 45:11 | FRE 402 |
| | 45:20 – 48:1 | FRE 402 |

1

|  | 48:5 – 50:24 | FRE 402 |
|---|---|---|
|  | 51:4 – 53:2 | FRE 402 |
|  | 55:10 – 56:1 | FRE 402 |
|  | 56:2 – 21 | FRE 402 |
|  | 61:1 – 62:1 | FRE 402 |
|  | 64:10 – 16 | FRE 402 |
|  | 67:21 – 68:7 | FRE 402 |
|  | 75:9 – 77:1 | FRE 402 |
|  |  |  |
| **Richard Labaudiniere 10/28/2006** | 27:4 – 13 |  |
|  | 30:21 – 31:5 |  |
|  | 37:3 – 12 |  |
|  | 39:1 – 4 |  |
|  | 58:21 – 59:13 |  |
|  | 60:23 – 61:11 |  |
|  | 72:1 – 2 |  |
|  | 80:4 – 81:6 |  |
|  | 84:11 – 86:17 |  |
|  | 88:8 – 89:3 |  |
|  | 90:1 – 8 |  |
|  | 94:18 – 95:2 |  |
|  | 96:11 – 97:12 |  |
|  | 106:2 – 7 |  |
|  | 108:10 |  |
|  | 108:19 – 109:3 |  |
|  | 111:22 – 114:12 |  |
|  | 115:13 – 117:13 |  |
|  | 117:14 – 22 |  |
|  | 117:23 – 119:19 |  |
|  | 122:1 – 123:18 |  |
|  |  |  |
| **Richard Labaudiniere 04/19/2007** | 164:1 – 18 |  |
|  | 170:14 |  |
|  | 173:1 – 20 |  |
|  | 180:16 – 181:20 |  |
|  | 182:10 – 15 |  |
|  | 186:9 – 188:8 |  |
|  | 189:18 – 190:4 |  |
|  | 194:20 – 195:2 |  |
|  | 195:14 – 20 |  |
|  | 196:3 – 198:16 |  |
|  | 198:17 – 200:17 |  |
|  | 200:18 – 202:13 |  |

|  |  |  |
|---|---|---|
|  | 204:23 – 208:2 |  |
|  | 226:6 – 227:8 |  |
|  | 227:22 – 229:2 |  |
|  | 229:9 – 230:5 |  |
|  | 230:15 – 232:17 |  |
|  | 244:1 – 246:7 |  |
|  | 246:10 – 17 |  |
|  |  |  |
| **Barry Ross** **01/05/2007** | 13:16 – 15:24 |  |
|  | 16:23 – 17:12 |  |
|  | 30:10 – 19 |  |
|  | 39:25 – 40:2 |  |
|  | 40:12 – 42:1 |  |
|  | 42:6 – 23 |  |
|  | 48:1 – 20 |  |
|  | 50:20 – 51:21 |  |
|  | 52:10 – 53:6 |  |
|  | 53:7 – 54:17 |  |
|  | 58:1 – 59:13 |  |
|  | 62:10 – 16 |  |
|  | 66:14 – 25 |  |
|  | 67:1 – 19 |  |
|  | 67:20 – 68:3 |  |
|  | 69:2 – 12 |  |
|  | 73:7 – 15 |  |
|  | 75:8 – 76:12 |  |
|  | 84:17 – 85:11 |  |
|  | 90:3 – 8 |  |
|  | 90:9 – 15 |  |
|  | 94:4 – 19 |  |
|  | 94:22 – 25 |  |
|  | 95:15 – 96:21 |  |
|  | 97:6 – 20 |  |
|  | 98:4 - 23 |  |
|  | 99:24 – 100:2 |  |
|  | 100:11 – 23 |  |
|  | 101:12 – 102:5 |  |
|  | 103:5 – 16 |  |
|  | 103:17 – 104:5 |  |
|  | 104:6 – 10 |  |
|  | 104:16 – 23 |  |
|  | 105:8 – 24 |  |
|  | 106:2 – 20 |  |
|  | 107:22 – 109:4 |  |

|  | 109:13 – 17 |  |
|  | 110:8 – 10 |  |
|  | 111:7 – 112:1 |  |
|  | 112:2 – 14 |  |
|  | 112:24 – 113:8 |  |
|  | 113:21 – 114:10 |  |
|  | 115:5 – 116:17 |  |
|  | 118:12 – 120:1 |  |
|  | 121:24 – 122:3 |  |
|  | 125:1 – 9 |  |
|  | 125:23 – 126:3 |  |
|  | 127:11 – 15 |  |
|  | 128:18 – 129:5 |  |
|  | 129:21 – 130:2 |  |
|  | 130:14 – 16 |  |
|  | 134:19 – 135:2 |  |
|  | 135:15 – 23 |  |
|  | 144:21 – 145:1 |  |
|  | 147:16 – 20 |  |
|  | 151:1 – 7 |  |
|  | 151:23 – 152:5 |  |
|  | 157:11 – 159:1 |  |
|  | 159:5 – 8 |  |