# EXHIBIT 9

## EXHIBIT 9

*Vanderbilt University v. ICOS Corporation*, **Civil Action No. 05-506-SLR**

### ICOS's Deposition Designations and Counter-Designations

The following is a list of the depositions and portions thereof that ICOS may offer at trial. ICOS has not designated testimony which is being relied on by ICOS's experts, but not intended to be read into evidence or played as videotape at trial. If any witness identified on Vanderbilt's or ICOS's witness list does not appear at trial, ICOS reserves the right to designate all or part of that witness's deposition testimony. ICOS also reserves the right to supplement these designations as it completes its work on the pretrial order, including without limitation, to address any issues of authentication that may arise.

Dr. Anis Kadouri (Glaxo 30(b)(6)) 5/23/07

5:21-6:4
6:16-20
6:25-7:13
16:13-17:4
17:9-12
18:1-23:2
23:7-24:11
24:13-30:17
33:19-36:1
errata sheet

Dr. Barry Ross 1/5/2007
8:6-7
13:18-14:2
14:22-16:17
16:23-17:25
19:6-15
21:2-22:23
23:5-16
23:23-24:18
25:22-26:7
27:5-9
28:17-21
29:8-16
30:5-31:19

32:8-25
34:7-35:7
38:19-24
39:25-40:2
40:8-41:4
41:10-15
42:6-23
45:21-25
46:7-22
47-20-25
49:13-50:2
50:20-51:2
51:18-25
55:13-56:24
57:2-13
57:18-25
58:5-14
59:24-60:1
60:10-61:12
61:15-23
63:7-18
63:25-64:4
66:9-67:19
72:23-73:6
74:23-75:7
76:13-18
80:13-22
88:6-89:1
89:21-90:8
90:11-25
92:14-93:8
93:17-94:3
95:15-17
95:20-96:14
100:5-10
101:12-18
103:17-25
104:24-105:10
105:12-18
105:21-107:12
122:14-24
123:4-124:2
126:13-127:2
127:5-15
129:17-24
130:3-16

133:8-13
138:18-139:3
141:4-5
141:15-142:3
142:13-15
147:16-148:5
148:21-149:4
149:7-10
154:3-5
157:13-19
159:5-8
errata sheet


Dr. Richard Labaudiniere 10/28/2006
9:20-22
10:17-19
15:1-19, 23-24
16:2-11, 21-24
17:5-18
24:22-24
25:1-5, 10-12,
25:17-26:4
26:8-27:23
28:5-18
28:24-29:3
29:5-18
30:3-20
31:11-16
32:9-33:9
36:14-20
37:13-20
38:6-11
39:20-24
40:1-5, 13-16
41:8-42:16
42:24-43:7
43:11-14, 16-18
44:3-15
46:6-10
46:15-47:4
47:8-22
48:2-10
48:14-49:4

49:14-50:4
50:7-8, 13-24
51:1-5
51:10-52:18
58:2-59:24
60:1-12
63:18-64:7
65:2-12, 15-18
65:22-66:19
67:2-21
68:4-69:1
69:13-70:2
71:7-17, 21-24
72:1-6, 17-24
73:1-19
74:16-75:1
75:4-24
82:14-23
83:6-19
85:10-17
86:2-5, 8-10
89:12-18
95:5-13, 22-24
96:1-18, 22
97:1-12
106:16-24
107:1-108:9
108:13-23
110:15-18
110:23-111:21
113:10-20
114:5-24
115:1-12
125:22-126:2
126:4-15
126:24-127:3
127:8-10
errata sheet


Dr. Richard Labaudiniere 4/19/2007
163:14-16
168:7-15
170:7-10, 15-24
171:1-4

173:1-11
174:13-23
174:24-175:14
178:23-24
179:1-13
186:16-24
187:1-188:8
189:18-24
190:1-12
191:13-16
196:3-8
196:11-197:24
198:1-24
200:10-17
206:21-24
207:1-18
216:1-9
231:24-232:17
237:15-24
238:1-5
239:24-240:24
244:1-24
245:1-24
246:1-7


Sekhar Raja Konjeti 11/09/2007
6:7-11
6:21-7:3
10:25-11:8
14:19-15:6
15:24-16:6
16:17-19; 22-23
21:3-22:11
22:15-23
22:25-23:5
23:8-24:14
24:17-25:4
25:8-12
25:14-26:3
26:6-28:4
29:10-30:6
30:20-32:12
35:8-40:11
40:21-41:1
41:4-43:13

43:22-25
45:13-46:1
46:9-25
47:3-18
47:20-48:9
48:11-16; 18-22
49:13-17
50:8-16
50:18-51:14
51:18-24
52:2-54:3
54:6
54:15-22
54:25-56:22
56:24-57:20
57:22-23
58:8-15
58:18-59:10
60:14-19
61:18-22
62:6-63:17
64:16-65:25
66:8-67:14
67:18-25
68:3-19
69:8-9; 12-15
69:20-71:17
71:21-74:5;
74:8-12
74:15-75:11
75:13-78:15
78:17-79:8
79:10-81:6
81:8-84:8
84:12-15
84:17-85:6
85:9-86:11
87:2-90:15
90:24-91:25
92:1-7; 13-20
92:22-96:22
96:25-99:24
100:3-22
100:24-101:9
114:10-23
116:12-118:3

118:15-24
119:4-122:6
122:18-124:24
125:3-8
126:20-129:2
129:7:25
130:4-131:1
131:14-25
132:5-134:24
135:2-139:4
139:6-142:23
143:5-23
144:6-145:22
145:24-25
146:2-147:11
147:13-148:18
148:22-152:24
153:3-5
153:12-15
153:23-154:10
154:12-13
154:23-25
155:2-4
155:14-160:22
161:1-166:10
166:17-22
167:17-174:2
174:6-188:1
188:3-194:10
194:12-14
194:17-196:21
196:24-208:23
209:1-2
209:5-13
210:2-212:24
213:2-214:14
214:17
214:19-215:17
215:23-219:20
219:23-24
220:1-10
220:12-221:10
221:12-229:1
229:4-231:5
231:8-22
231:24-232:23

232:25
233:11-237:17
237:20-238:17
239:6-242:2
242:13-245:25
246:8-12


Jackie D. Corbin 11/08/2006
6:8-10
7:14-25
38:18-39:20
42:17-43:4
45:11-14
45:18-46:4
46:11-12
46:20-25
47:16-17
48:17-49:2
52:8-53:5
54:11-55:13
56:18-24
62:2-63:18
63:24-65:3
65:22-66:2
76:24-77:13
84:23-85:12
85:19-23
86:2-88:9
89:1-10
107:7-108:5
110:11-112:1
114:25-115:15
129:6-22
134:3-9
135:1-11
143:25-144:22
163:21-165:16
165:19-166:12
173:23-174:5
174:8-20
182:25-184:7
188:9-25
190:2-10
191:24-192:13

194:3-195:6
196:13-14
196:16-197:8
197:13-198:13
198:24-199:8
201:9-15
202:2-12
203:6-14
204:17-23
205:10-206:7
206:15-18
206:23-207:1
207:13-22
208:5-20
210:7-18
214:8-216:5
216:8
216:20-217:10
217:16-218:4
218:9-219:22
220:4-221:5
221:9-23
222:5-223:6
224:23-227:2
230:4-231:3
233:2-10
233:12-235:23
235:25-236:18
236:23-237:23
238:16-239:5
239:19-20
240:20-22
241:5-18
245:8-25
246:2-7
246:10-15
248:21-249:23
250:5-8
251:4-13
251:15-252:1
252:3-253:14
253:16
253:18-254:15
254:17
256:15-257:15
257:17

257:23-258:15
258:17
258:19-259:14
259:16-13
260:16-261:19
261:21-262:12
268:21-269:5
269:7-14
269:16
275:20-25
276:4-277:23
277:25-278:2
278:13-280:1
281:5-15
281:19-282:3
285:20-286:3
286:5-7
286:13-15
289:13-24
290:15-291:3
293:14-18
293:20-24
295:5-13
295:15-16
295:21-296:1
298:1-24
299:1-17
301:20-302:17
306:21-25
307:2-5
307:16-308:15
308:22-309:17
317:14-17
318:11-15
322:14-22
323:23-325:9
326:9-21
327:20-328:6
330:2-331:2
332:22-333:3
334:15-337:8
338:6-341:6
342:1-345:5
346:12-15
346:19-347:4
347:6-21

Sharron Francis 11/10/2006
6:6-8
7:12-15
8:12-9:16
9:21-10:9
49:7-13; 16-20
49:22-52:6
53:8-17
58:10-24
59:3-17; 20-22
59:24-60:3
60:7-11
61:24-64:7
70:6-71:20
72:15-73:5
73:24-75:8
75:23-76:19
77:12-78:12
78:22-79:14
78:17-23
79:20-23
80:3-12
80:14-81:6
81:20-25
82:12-83:3
86:2-20
87:13-17
87:20-88:1
88:3-8
93:3-15
94:25-95:18
95:21-96:14
101:4-24
102:2-4
102:16-103:2
112:2-12
112:16-25-113:9
115:3-117:1-2
117:12-118:4
118:17-22
118:25-119:5
119:16-123:19
124:25-125:3
125:6-8 and 10-15

127:22-128:13
131:12-25
132:5-133:19

Pursuant to Fed. R. Civ. P. 32(a)(4), the following is a list of the depositions and portions

thereof that ICOS may offer at trial as counter-designations to Vanderbilt's deposition

designations. ICOS reserves the right to supplement these counter-designations as it completes

its work on the pretrial order, including without limitation, to address any issues of

authentication that may arise. Vanderbilt's deposition designations of Drs. Ross and

Labaudiniere were received too late for ICOS to identify its counter-designations herein.

Consequently, ICOS reserves the right to provide its counter-designations for these depositions,

if any, at the Pretrial Conference on December 18, 2007.

**ICOS's counter-designations**

Anis Kadouri (Glaxo 30(b)(6)) 5/23/07
5:21-25
6:16-20, 25
7:1-13
20:12-16
39:24-40:16
49:9-16


Ken Ferguson (ICOS 30(b)(6)) 11/2/2006

5:12-17
9:11-19
14:13-15:10
17:6-8
18:23-19:6
19:11-20:2
21:25-22:24
23:4-15
24-2-13
25:4-26:22
29:23-30:1
35:5-14

54:15-55:9
60:22-25
65:3-13
69:13-25
70:4-8
74:12-75:8