**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDERBILT UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 05-506 SLR |
| v. | ) |
| | ) |
| ICOS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

PLEASE TAKE NOTICE that attorney Elliot C. Mendelson has changed law firms and all notices should be directed to him as follows:

> Elliot C. Mendelson, Esq.
> Marshall, Gerstein & Borun LLP
> 233 South Wacker Drive
> 6300 Sears Tower
> Chicago, IL 60606-6357
> Telephone: (312) 474-6300
> emendelson@marshallip.com

Dated: December 26, 2007

By: _/s/ Richard K. Herrmann_
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Tel: (302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant ICOS Corporation*