✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

✎AO 187A (Rev. 7/87)　　　　　　　　　　　　　　　DISTRICT OF　　　　　　　　DELAWARE

| Vanderbilt University | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| ICOS Corporation | Case Number:　05-506　-SLR |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Chad J. Toms, Esquire | Mary Matterer, Esquire |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/7/2008-1/15/2008 | V. Gunning | N. Fasano-Newman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 9 | | 1/7/2008 | | YES | Muscle relaxation chart ( Corbin) |
| 1 | | 1/7/2008 | | YES | Curriculum Vitae of Dr. Corbin ( Corbin) |
| 25 | | 1/7/2008 | | YES | Article (1980)- Characterization of a Novel cGMP Binding Protein from rat lung |
| 14 | | 1/7/2008 | | YES | Slide: cGMP Modifications(Corbin) |
| 13 | | 1/7/2008 | | YES | Slide - Modification of cGMP at the 8-Position (Corbin) |
| 32 | | 1/7/2008 | | YES | Glaxo Cardiovascular Discovery Grants Application (Corbin) |
| 34 | | 1/7/2008 | | YES | Letter from Dr. Don Kirksey to Dr. Corbin re: list of Discovery Grant Award Awardees |
| 35 | | 1/7/2008 | | YES | Glaxo Cardiovascular Discovery Grants Research Agreement (Corbin) |
| 36 | | 1/7/2008 | | YES | Letter from Dr. Kirksey to Dr. Corbin (Corbin) |
| 37 | | 1/7/2008 | | YES | Corbin's Scheduling including presentation for November 1 (Corbin) |
| 41 | | 1/7/2008 | | YES | List of Attendees at March 1990 Glaxo Discovery Conference (Corbin) |
| 42 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. Kirksey (Corbin) |
| 43 | | 1/7/2008 | | YES | Article- Characterization of a Purified Bovine Lung cgmp-Binding Cgmp (Corbin) |
| 44 | | 1/7/2008 | | YES | Cardiovascular Discovery Grant 1989-1990 Annual Report (Corbin) |
| 45 | | 1/7/2008 | | YES | Letter from Dr. Kirksey to Dr. Corbin (Corbin) |
| 46 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. Kirksey enclosing updated progress report (Corbin) |
| 47 | | 1/7/2008 | | YES | Letter from Dr.Corbin to Dr. Kirksey enclosing a copy of the abstract (Corbin) |
| 49 | | 1/7/2008 | | YES | Letter from Dr. Kirksey to Dr.Corbin (Corbin) |
| 53 | | 1/7/2008 | | YES | Schedule for Glaxo Discovery Conference in March of 1991 (Corbin) |
| 51 | | 1/7/2008 | | YES | Glaxo Research Laboratories Cardiovascular Status Report (Corbin) |
| 55 | | 1/7/2008 | | YES | Letter from Dr. Corbin to David Levy of Glaxo (Corbin) |
| 56 | | 1/7/2008 | | YES | Relaxation of Pig Coronary Arteries By New and Potent cGMP Analog (Corbin) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __14__ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 57 | | 1/7/2008 | | YES | Letter from David Levy to Dr. Corbin (Corbin) |
| 59 | | 1/7/2008 | | YES | Letter from Dr. Keeney and Dr. Kirksey to Dr. Corbin (Corbin) |
| 59A | | 1/7/2008 | | YES | Letter from Dr. M.W. Elves of Glaxo to Dr. Corbin (Corbin) |
| 65 | | 1/7/2008 | | YES | Letter from Dr. Keeney of Glaxo to Dr. Corbin (Corbin) |
| 67 | | 1/7/2008 | | YES | Cardiovascular Discovery Grant Report 1990-1991(Corbin) |
| 70 | | 1/7/2008 | | YES | Letter from Dr. Keeney to Dr. Corbin (Corbin) |
| 71 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. M.W. Elves of Glaxo (Corbin) |
| 81 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. Roberts (Corbin) |
| 83 | | 1/7/2008 | | YES | Fax from Dr. Roberts to Dr. Corbin (Corbin) |
| 87 | | 1/7/2008 | | YES | Letter dated 11/1/91 from Dr. Corbin to Ken Ferguson (Corbin) |
| 89 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Jackie Schrago (Corbin) |
| 95 | | 1/7/2008 | -- | | Fax from Dr. Roberts to Dr. Corbin (Corbin) |
| 107 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. Ross (Corbin) |
| 108 | | 1/7/2008 | | YES | Fax from Dr. Corbin to Heidi Edward of Glaxo (Corbin) |
| 109 | | 1/7/2008 | | YES | Fax from Heidi Edward to Dr. Corbin (Corbin) |
| 113 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Heidi Edward of Glaxo (Corbin) |
| 115 | | 1/7/2008 | | YES | Compound Data Card: GR35028 (Corbin) |
| 118 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Barry Ross of Glaxo (Corbin) |
| 117 | | 1/7/2008 | | YES | Proposal for a Glaxo/Corbin Research Project (Corbin) |
| 121 | | 1/7/2008 | | YES | Memo from Dr. Ross to Dr. Labaudiniere enclosing Vanderbilt Proposal (Corbin) |
| 124 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. Ross (Corbin) |
| 156 | | 1/7/2008 | | YES | Letter from Dr. Ross to Dr. Corbin (Corbin) |
| 165 | | 1/7/2008 | | YES | Letter from Dr. Elves to Dr. Corbin (Corbin) |
| 179 | | 1/7/2008 | | YES | Letter from Barry Ross to Dr. Corbin (Corbin) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 180 | | 1/7/2008 | | YES | Fax from Dr. Corbin to Dr. Ross (Corbin) |
| 181 | | 1/7/2008 | | YES | Letter from Dr. Hyafil to Dr. Corbin (Corbin) |
| 182 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. Hyafil (Corbin) |
| 183 | | 1/7/2008 | | YES | Letter from Dr. Corbin to Dr. Hyafil (Corbin) |
| 184 | | 1/7/2008 | | YES | Fax from Dr. Hyafil to Dr. Corbin (Corbin) |
| 185 | | 1/7/2008 | | YES | Letter from Dr. Drew to Dr. Corbin (Corbin) |
| 187 | | 1/7/2008 | | YES | Fax from Dr. Drew to Dr. Corbin (Corbin) |
| 379 | | 1/8/2008 | | YES | Information Scientifique (Received permission to admit without a witness) |
| 201 | | 1/8/2008 | | YES | Letter from Dr. Hyafil to Dr. Corbin (Corbin) |
| 205 | | 1/8/2008 | | YES | Letter from Dr. Drew to Sekhar R. Konjeti (Corbin) |
| 206 | | 1/8/2008 | | YES | Fax from Dr. Corbin to Pascal Grondin of Glaxo (Corbin) |
| 207 | | 1/8/2008 | | YES | Project PDE Meeting Minutes |
| 119 | | 1/8/2008 | | YES | Article -Cyclic nucleotide-binding domains in proteins having diverse functions (Corbin) |
| 420 | | 1/8/2008 | | YES | Cyclic nucleotide paper (Corbin) |
| 208 | | 1/8/2008 | | YES | Certified translation of exhibit 207 (Corbin) |
| 211 | | 1/8/2008 | | YES | Letter from Michael Borun, Esq. To Judith Woods, Esq. (Corbin) |
| 223 | | 1/8/2008 | | YES | Letter from Pasquale Grondin of Glaxo to Dr. Corbin (Corbin) |
| 224 | | 1/8/2008 | | YES | Letter from Dr. Corbin to Dr. Grondin (Corbin) |
| 225 | | 1/8/2008 | | YES | Potencies of Various Cyclic Nucleotide (Corbin) |
| 226 | | 1/8/2008 | | YES | Letter from Dr. Hyafil to Dr. Corbin (Corbin) |
| 227 | | 1/8/2008 | | YES | Project PDE Meeting Agenda and Minutes (Corbin) |
| 228 | | 1/8/2008 | | YES | English Translation of GLAX 16329-77 (Corbin) |
| 238 | | 1/8/2008 | | YES | Fax from Dr. Corbin to Dr. Grondin (Corbin) |
| 239 | | 1/8/2008 | | YES | Letter from Dr. Grondin to Dr. Corbin (Corbin) |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 241 | | 1/8/2008 | | YES | Fax from Dr. Corbin to Dr. Grondin (Corbin) |
| 242 | | 1/8/2008 | | YES | Fax from Dr. Grondin to Dr. Corbin (Corbin) |
| 231 | | 1/8/2008 | | YES | Letter from Dr. Corbin to Dr. Grondin (Corbin) |
| 250 | | 1/8/2008 | | YES | Letter from Dr. Hyafil to Dr. Corbin (Corbin) |
| 254 | | 1/8/2008 | | YES | Fax from Dr. Corbin to Dr. Grondin of Glaxo (Corbin) |
| 255 | | 1/8/2008 | | YES | Fax from Dr. Grondin to Dr. Corbin (Corbin) |
| 257 | | 1/8/2008 | | YES | Fax from Dr. Hyafil to Dr. Corbin (Corbin) |
| 265 | | 1/8/2008 | | YES | Letter from Dr. Corbin to Dr. Hyafil (Corbin) |
| 291 | | 1/8/2008 | | YES | Schedule for Corbin Paris visit (Corbin) |
| 292 | | 1/8/2008 | | YES | Letter from Dr. Corbin (Corbin) |
| 294 | | 1/8/2008 | | YES | Letter from Dr. Corbin (Corbin) |
| 295 | | 1/8/2008 | | YES | Letter from Dr. Corbin (Corbin) |
| 296 | | 1/8/2008 | | YES | Letter from Dr. Corbin (Corbin) |
| 297 | | 1/8/2008 | | YES | Letter from Dr. Corbin (Corbin) |
| 298 | | 1/8/2008 | | YES | Letter from Grondin to Dr. Corbin (Corbin) |
| 299 | | 1/8/2008 | | YES | Fax from Dr. Corbin to Dr. Grondin (Corbin) |
| 300 | | 1/8/2008 | | YES | Fax from Dr. Grondin to Dr. Corbin (Corbin) |
| 305 | | 1/8/2008 | | YES | Fax from Dr. Grondin to Dr. Corbin (Corbin) |
| 313 | | 1/8/2008 | | YES | Letter from Dr. Corbin to Dr. Grondin (Corbin) |
| 329 | | 1/8/2008 | | YES | Fax from Dr. Grondin to Dr. Corbin (Corbin) |
| 330 | | 1/8/2008 | | YES | Fax from Dr. Corbin to Dr. Grondin (Corbin) |
| 332 | | 1/8/2008 | | YES | Letter from Dr. Corbin to Dr. Grondin (Corbin) |
| 333 | | 1/8/2008 | | YES | Fax from Dr. Grondin to Dr. Corbin (Corbin) |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 337 | | 1/8/2008 | | YES | Letter from Dr. Grondin to Dr. Corbin (Corbin) |
| 340 | | 1/8/2008 | | YES | Letter from Dr. Corbin to Dr. Tore Jahnsen of the University of Oslo (Corbin) |
| 350 | | 1/8/2008 | | YES | Letter from Dr. Corbin to Dr. Hyafil (Corbin) |
| 359 | | 1/8/2008 | | YES | Letter from Dr. Halliday to Dr. Corbin (Corbin) |
| 364 | | 1/8/2008 | | YES | Abstract sent by Dr. Grondin (Corbin) |
| 366 | | 1/8/2008 | | YES | Book Chapter - Design and Synthesis of Xanthines and Cyclic GMP (Corbin) |
| 370 | | 1/8/2008 | | YES | U.S. Patent '006 (Corbin) |
| 374 | | 1/8/2008 | | YES | Article regarding The Discovery of Tadalafil (Corbin) |
| 375 | | 1/8/2008 | | YES | Second article regarding The Discovery of Tadalafil (Corbin) |
| 4 | | 1/8/2008 | | YES | Vanderbilt University Faculty Manual (Corbin) |
| 6 | | 1/8/2008 | | YES | Assignment of Jackie Corbin (Corbin) |
| | OV | 1/8/2008 | -- | | Affidavit of Dr. Corbin (Corbin-cross) |
| | NU | 1/8/2008 | | YES | CD of Corbin Interview (Corbin-cross) |
| 368 | | 1/8/2008 | -- | | U.S. Patent '131 (Corbin-cross) |
| JTX | 51 | 1/8/2008 | | YES | JTX 51- Letter - (Corbin - cross) |
| 368 | | 1/8/2008 | | YES | U.S. Patent '131 (Corbin) |
| 413 | | 1/8/2008 | | YES | Curriculum Vitae of Dr. Crooks (Crooks) |
| | KC | 1/8/2008 | | YES | Chembase Load File |
| 167 | | 1/8/2008 | | YES | Depo read in (Labaudineire) |
| JTX | 22 | 1/8/2008 | | YES | Depo read in (Labaudineire) |
| | ES | 1/8/2008 | | YES | Depo read in (Labaudineire) |
| | SU | 1/8/2008 | | YES | Depo read in (Labaudineire) |
| 406 | | 1/8/2008 | | YES | Depo read in (Ferguson) |
| 52 | | 1/8/2008 | | YES | Depo read in (Ross) |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 58 | | 1/9/2008 | | YES | Report of Jorge Kirilovsky and his visit to Glaxo USA (Grondin) |
| 58A | | 1/9/2008 | | YES | English translation of Exhibit 58 (Grondin) |
| 61 | | 1/9/2008 | | YES | Projet PDE Compte-rendu de la reunion du 3 Juin 1991 (Grondin) |
| 62 | | 1/9/2008 | | YES | English translation of Exhibit 61 (Grondin) |
| 68 | | 1/9/2008 | | YES | Projet PDE Compte-rendu de la reunion du 9 Juillet 1991 (Grondin) |
| 69 | | 1/9/2008 | | YES | English translation of Exhibit 68 (Grondin) |
| 76 | | 1/9/2008 | | YES | PDE Project Meeting Agenda and Minutes |
| 77 | | 1/9/2008 | | YES | English translation of Exhibit 76 (Grondin) |
| 78 | | 1/9/2008 | | YES | Article- Novel Compounds Possessing Potent cAMP and cGMP (Grondin) |
| 79 | | 1/9/2008 | | YES | Information printed from the ISIS system (Grondin) |
| 82 | | 1/9/2008 | | YES | Information printed from ISIS system (Grondin) |
| 100 | | 1/9/2008 | | YES | PDE Project Meeting Agenda and Minutes (Grondin) |
| 116 | | 1/9/2008 | | YES | Project PDE Meeting Agenda and Minutes (Grondin) |
| 120 | | 1/9/2008 | | YES | Research Notebook B148 - Florence Godard (Grondin) |
| 123 | | 1/9/2008 | | YES | Cardiovascular Research Management Committee Meeting Minutes (Grondin) |
| 127 | | 1/9/2008 | | YES | Project PDE Meeting Agenda and Minutes (Grondin) |
| 128 | | 1/9/2008 | | YES | English Translation of Exhibit 127 (Grondin) |
| 134 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 135 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 136 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 137 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 138 | | 1/9/2008 | | YES | ISIS print (Grondin) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 139 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 140 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 141 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 142 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 143 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 144 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 145 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 146 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 148 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 149 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 150 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 151 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 152 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 153 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 164 | | 1/9/2008 | | YES | PDE V Status Report (Grondin) |
| 166 | | 1/9/2008 | | YES | Projet PDE Meeting Agenda and Minutes (Grondin) |
| 170 | | 1/9/2008 | | YES | ISIS print (Grondin) |
| 178 | | 1/9/2008 | | YES | Projet PDE Meeting Agenda and Minutes (Grondin) |
| 177 | | 1/9/2008 | | YES | English translation of Exhibit 178 (Grondin) |
| 188 | | 1/9/2008 | | YES | Projet PDE Meeting Agenda and Minutes (Grondin) |
| 189 | | 1/9/2008 | | YES | English Translation of Exhibit 188 (Grondin) |
| 191 | | 1/9/2008 | | YES | Narina Dodic Research Notebook (Grondin) |
| 326 | | 1/9/2008 | | YES | Hyafil Slide Presentation (Grondin) |
| | ID | 1/9/2008 | | YES | Lab Notebook of Pascal Grondin (Grondin) |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Vanderbilt vs. ICOS | | | | | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | IT | 1/9/2008 |  | YES | Compound Data Cards (Grondin) |
|  | BC | 1/9/2008 |  | YES | Compte Rendu de la Reunion 4/24/93 (minutes from monthly meeting) (Grondin) |
| JTX | 12 | 1/9/2008 |  | YES | PDE Strategy Meeting Minutes (PX 158) (Grondin) |
| 194 |  | 1/9/2008 |  | YES | Handwritten notes (Grondin) |
|  | IE | 1/9/2008 |  | YES | Lab notebook of Pascale Grondin (Grondin) |
| JTX | 48 | 1/9/2008 |  | -- | Letter from Dr. Corbin to Dr. Grondin (Grondin) |
| 75 |  | 1/10/08 |  | YES | Depo read in |
| 234 |  | 1/10/08 |  | YES | Depo read in |
| 235 |  | 1/10/08 |  | YES | Depo read in |
| 246 |  | 1/10/08 |  | YES | Depo read in |
| 247 |  | 1/10/08 |  | YES | Depo read in |
| 248 |  | 1/10/08 |  | YES | Depo read in |
| 249 |  | 1/10/08 |  | YES | Depo read in |
| 251 |  | 1/10/08 |  | YES | Depo read in |
| 252 |  | 1/10/08 |  | YES | Depo read in |
| 267 |  | 1/10/08 |  | YES | Depo read in |
| 268 |  | 1/10/08 |  | YES | Depo read in |
| 269 |  | 10/10/08 |  | YES | Depo read in |
| 270 |  | 1/10/08 |  | YES | Depo read in |
| 271 |  | 1/10/08 |  | YES | Depo read in |
| 272 |  | 1/10/08 |  | YES | Depo read in |
| 273 |  | 1/10/08 |  | YES | Depo read in |
| 274 |  | 1/10/08 |  | YES | Depo read in |
| 275 |  | 1/10/08 |  | YES | Depo read in |
| 276 |  | 1/10/08 |  | YES | Depo read in |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 277 | | 1/10/08 | | YES | Depo read in |
| 306 | | 1/10/08 | | YES | Depo read in |
| 80 | | 1/10/08 | | YES | Depo read in |
| | KB | 1/10/08 | | YES | Depo read in |
| 400 | | 1/10/08 | | YES | Depo read in |
| 199 | | 1/10/08 | | YES | Depo read in |
| 220 | | 1/10/08 | | YES | Depo read in |
| 221 | | 1/10/08 | | YES | Depo read in |
| 383 | | 1/10/08 | | YES | Depo read in |
| 384 | | 1/10/08 | | YES | Depo read in |
| 421 | | 1/10/08 | | YES | Konjeti |
| 40 | | 1/10/08 | | YES | Konjeti Notebook (Konjeti) |
| 88 | | 1/10/08 | | YES | Konjeti Notebook (Konjeti) |
| 134A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 135A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 136A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 137A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 138A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 139A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 140A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 141A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 142A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 143A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 144A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 145A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 146A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 148A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 149A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | Vanderbilt vs. ICOS | | | CASE NO. 05-506-SLR |
| 150A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 151A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 152A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 153A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 421A | | 1/10/08 | | YES | Copy of exhibit highlighted by Dr. Konjeti (Konjeti) |
| 175 | | 1/10/08 | -- | | Konjeti Research Notebook (Konjeti) |
| 193 | | 1/10/08 | | YES | Data provided to Hyafil by Konjeti (Konjeti) |
| 197 | | 1/10/08 | | YES | Compound Data Card (Konjeti) |
| 198 | | 1/10/08 | | YES | Compound Data Card (Konjeti) |
| 200 | | 1/10/08 | | YES | Compound Data Card (Konjeti) |
| 203 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 212 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 253 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) |
| 281 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 282 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 283 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 284 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 285 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 286 | | 1/10/08 | | YES | ISIS print (Konjeti) |
| 303 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) (JTX 61) |
| 308 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) |
| 310 | | 1/10/08 | | YES | Letter from Dr. Grondin to Dr. Corbin (Konjeti) |
| 311 | | 1/10/08 | | YES | Letter from Dr. Grondin to Dr. Corbin (Konjeti) (JTX 53) |
| 312 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) |
| 315 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) |
| 321 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) |
| 322 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) |
| 343 | | 1/10/08 | | YES | Fax from Dr. Grondin to Dr. Corbin (Konjeti) |

AO 187A (Rev. 7/87)             **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Vanderbilt | | vs. | | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 348 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) | |
| 349 | | 1/10/08 | | YES | Fax from Dr. Grondin to Dr. Corbin and Dr. Konjeti (Konjeti) | |
| 355 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) | |
| 360 | | 1/10/08 | | YES | Letter from Dr. Konjeti to Dr. Grondin (Konjeti) (JTX 63) | |
| 362 | | 1/10/08 | | YES | Fax from Dr. Grondin to Dr. Konjeti (Konjeti) | |
| 7 | | 1/10/08 | | YES | Assignment of Dr. Konjeti (Konjeti) | |
| 22 | | 1/10/08 | | YES | Slide - Possible modifications of Xanthine Nucleus (Konjeti- cross) | |
| 2 | | 1/10/08 | -- | | Curriculum Vitae of Dr. Francis (Francis) | |
| 8 | | 1/10/08 | | YES | Assignment of Sharron Francis (Francis) | |
| | KV | 1/10/08 | | YES | Paper - Nitric Oxide and cyclic GMP (Francis-cross) | |
| | OV | 1/10/08 | | adm | on 1/15/08 see below - Affidavit of Dr. Corbin (Francis-cross) | |
| | RQ | 1/10/08 | | YES | Viagra Patent (Francis- cross) | |
| | LI | 1/11/08 | | YES | Article - Nitric Oxide is a Potent Relaxant . . (Francis-cross) | |
| | LA | 1/11/08 | | YES | Article - Nitric Oxide is Responsible for Nonadrenergic . . . (Francis - cross) | |
| | LH | 1/11/08 | | YES | Article - Nitric Oxide as a Mediator. . . (Francis-cross) | |
| | P | 1/11/08 | | YES | PDE V Inhibitors Project Annual Report (Daugan) | |
| | SQ | 1/11/08 | | YES | PDE V Inhibitors Project Annual Report year ending 4/30/94 (Daugan) | |
| | GD | 1/11/08 | | YES | Lab notebook No. 39 of Alain Daugan (Daugan) | |
| | GE | 1/11/08 | | YES | Lab notebook of Alain Daugan (Daugan) | |
| | GG | 1/11/08 | | YES | Lab notebook of Cecile Bertho (Daugan) | |
| | GH | 1/11/08 | | YES | Lab notebook No. 65 of Nathalie Faudon (Daugan) | |
| JTX | 64 | 1/11/08 | | YES | Cinquin Notebook (Daugan) | |
| | AQ | 1/11/08 | | YES | Reunion PDE - minutes (Daugan) | |
| JTX | 2 | 1/11/08 | -- | | Patent '329 (Daugan) | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Vanderbilt | | vs. | ICOS | CASE NO. 05-506-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | IG | 1/11/08 | | YES | Lab Notebook No. 144 of Valerie Baudet (Daugan) |
| | RJ | 1/11/08 | | YES | Elgoyhen et al., Relaxant effects of Beta-Carbolines . . .(Daugan-cross) |
| 95 | | 1/14/08 | | YES | Fax from Fiona Roberts to Dr. Corbin   (Corbin) |
| 106 | | 1/14/08 | | YES | Partial mapping of Cyclci Nucleotide Sites . . . (Corbin) |
| JTX | 2 | 1/14/08 | | YES | Patent '329 |
| 385 | | 1/14/08 | | YES | English Translation of Exhibit 384 |
| 415 | | 1/14/08 | | YES | Curriculum Vitae of John Koh (Koh) |
| 416 | | 1/14/08 | | YES | Page 24&25 of expert report (Koh) |
| 407 | | 1/14/08 | -- | | Answers to interrogatories dated March 2007(no witness) |
| | RD | 1/14/08 | | YES | Vanderbilt's response to ICOSs first set of requests for admissions (no witness) |
| | RG | 1/14/08 | | YES | Vanderbilt's response to ICOSs second set of interrogatories (no witness) |
| | 17.2 | 1/14/08 | | YES | ICOS Demonstrative 17.2 (Padwa) |
| | 17.4 | 1/14/08 | | YES | ICOS Demonstrative 17.4 (Padwa) |
| 422 | | 1/14/08 | | YES | Figure 1 - diagrams  (Padwa-cross) |
| | KG | 1/14/08 | | YES | Curriculum Vitae of Rick Cote (Cote) |
| | SY | 1/14/08 | | YES | Slide (Cote) |
| | KO | 1/14/08 | | YES | Article Gillespie and Beavo,l Inhibition and Stimulation of . . . (Cote) |
| | LD | 1/14/08 | | YES | Article - Komas - Characterization of cyclic nucleotide . . . (Cote) |
| | KJ | 1/14/08 | | YES | Article - Lugnier et al., Selective Inhibition . . . (Cote) |
| | LE | 1/14/08 | | YES | Article - The Presence of Five Cyclic Nucleotide . . . (Cote) |
| | KQ | 1/14/08 | | YES | Article - Torphy and Cieslinski Characterization and Selective Inhibition . . . (Cote) |
| | LL | 1/14/08 | | YES | Article - Beavo et al., Multiple Cyclic Nucleotide . . . (Cote) |
| | KU | 1/14/08 | | YES | Article - Beavo and Reifsnyder, Tips Review . . . (Cote) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | Vanderbilt vs. ICOS | CASE NO. 05-506-SLR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | KT | 1/14/08 | | YES | Article - Beavo and Houslay, Cyclic Nucleotide Phosphodiesterases . . . (Cote) |
| | KI | 1/14/08 | | YES | Article - Kukovetz et al., Evidence for Cyclic GMP-Mediated . . . (Cote) |
| | KK | 1/14/08 | | YES | Article - Martin et. al., Phosphodiesterase Inhibitors Induce . . . (Cote) |
| | KW | 1/14/08 | | YES | Article - Mirzazadeh et al., Cyclic Nucleotide Content . . . (Cote) |
| | RM | 1/14/08 | -- | | New York Times Article (Cote) |
| | LJ | 1/14/08 | | YES | Article - The Role of Nitric Oxide in Nonadrenergic . . . (Cote) |
| | SZ | 1/15/08 | | adm | on 1/15/08 see below - Compounds tested on March 12, 1992 (Rafferty) |
| | TB | 1/15/08 | | YES | ICOS Demonstrative 18.2 (Rafferty) |
| | TA | 1/15/08 | | adm | on 1/15/08 see below - ISIS registry printouts from compounds tested 7-92 (Rafferty) |
| | TC | 1/15/08 | | YES | ICOS Demonstrative (Rafferty) |
| | MN | 1/15/08 | | adm | on 1/15/08 see below - DeStevens, Lead Structure Discovery . . . (Rafferty-cross) |
| 424 | | 1/15/08 | | YES | Structures of IBMX analogues (Rafferty-cross) |
| 222 | | 1/15/08 | | YES | ISIS print (Rafferty-cross) |
| 423 | | 1/15/08 | | YES | Zaprinast analogues (Rafferty-cross) |
| JTX | 26 | 1/15/08 | -- | | Article (Rafferty-cross) |
| 425 | | 1/15/08 | | YES | Diagrams of compounds (Rafferty-cross) |
| 426 | | 1/15/08 | | YES | Diagrams of compounds (Rafferty-cross) |
| 427 | | 1/15/08 | | YES | Diagrams of compounds (Rafferty-cross) |
| 428 | | 1/15/08 | | YES | Zaprinast diagrams (Rafferty-cross) |
| | OV | 1/15/08 | | YES | Affidavit of Dr. Corbin (Francis-cross) |
| | MN | 1/15/08 | | YES | DeStevens, Lead Structure Discovery and Development (Rafferty-cross) |
| | SZ | 1/15/08 | | YES | Compounds tested on March 12, 1992 (Rafferty) |
| | TA | 1/15/08 | | YES | ISIS registry printouts from compounds tested on July 21, 1992 (Rafferty) |
| | TD | 1/15/08 | | YES | Diagrams (Rafferty) |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Vanderbilt vs. ICOS — CASE NO. 05-506-SLR |
| | TE | 1/15/08 | | YES | Diagrams of IBMX and Tadalafil (Rafferty) |

Page 14 of 14 Pages