# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VANDERBILT UNIVERSITY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Civil Action No.: 05-506-SLR** |
| | ) |
| **ICOS CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## STIPULATION

It is hereby stipulated and agreed, subject to the approval of the Court, that errata contained in the trial transcripts shall be corrected as indicated in the attached errata sheets.

Dated: February 22, 2008

| | |
|---|---|
| __/s/ Chad J. Toms__ | __/s/ Mary B. Matterer__ |
| Ian Connor Bifferato #3273 | Richard K. Herrmann #405 |
| Chad J. Toms #4155 | Mary B. Matterer # 2696 |
| BIFFERATO GENTILOTTI & BIDEN, P.A. | MORRIS JAMES LLP |
| 1308 Delaware Avenue | 500 Delaware Avenue, 15th Floor |
| Wilmington, DE  19806 | Wilmington, DE 19801 |
| (302) 429-0907 | (302) 888-6800 |
| ctoms@bglawde.com | mmatterer@morrisjames.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Vanderbilt University* | *ICOS Corporation.* |

**SO ORDERED** this _____ day of _____, 2008.

_____
Sue L. Robinson
United States District Judge