## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed *Plaintiff Vanderbilt University's Post Trial Brief* with the Clerk of Court using CM/ECF, which will send notification electronically of such filing to the following:

Mary Matterer, Esq.:
mmatterer@morrisjames.com

Richard K. Herrmann, Esq.:
rherrmann@morrisjames.com

Elliot Charles Mendelson, Esq.:
emendelson@marshallip.com

Jennifer E. Flory, Esq.:
jflory@marshallip.com

Kevin M. Flowers, Esq.:
kflowers@marshallip.com

Matthew C. Nielsen, Esq.:
mnielsen@marshallip.com

Michael F. Borun, Esq.:
mborun@marshallip.com

Rashmi V. Gupta, Esq.:
rgupta@marshallip.com

Thomas I. Ross, Esq.:
tross@marshallip.com

James D. Heisman, Esq.:
jheisman@cblh.com

Mary W. Bourke, Esq.:
mbourke@cblh.com

_____
Chad J. Toms (#4155)