IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VANDERBILT UNIVERSITY                    *

    Plaintiff                              *

v.                                       *        Civil Action No:  05-506-SLR

ICOS CORPORATION                         *

    Defendant                              *

*        *        *        *        *        *        *        *        *        *        *        *        *

### PLAINTIFF'S AMENDMENT TO EXHIBIT REFERENCES IN POST-TRIAL BRIEFS

    Plaintiff, Vanderbilt University ("Vanderbilt"), by its undersigned counsel, hereby submits Plaintiff's Amendment to Exhibit References in Post-Trial Briefs, and states as follows:

    1.    ICOS Corporation's May 16, 2008 letter to the Court stated that Vanderbilt's brief referenced certain exhibits that were not admitted in evidence. In fact, there were two inadvertent erroneous citations to exhibits in Vanderbilt's Post-Trial Brief and Rebuttal Brief. Plaintiff's Opening Brief references "PTX 308-310" on page 33.  That reference should be corrected to "PTX 308, PTX 310," thus removing the unintended reference to PTX 309.

    2.    Further, Plaintiff's Rebuttal Brief references "JTX 14" on page 7. That same document was admitted in evidence as "PTX 178" and the reference in the Rebuttal Brief should be amended from "JTX 14" to "PTX 178."

3.      Should the Court so desire, in addition to this Plaintiff's Amendment to Exhibit References in Post-Trial Briefs, counsel for Vanderbilt will upon request submit revised briefs and appendices, reflecting only the corrections identified herein.

Respectfully submitted,


_____/s/  Chad J. Toms_____
Vincent A. Bifferato, Jr. (#2465)
Ian Connor Bifferato (#3273)
Chad J. Toms (#4155)
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900

Attorneys for Plaintiff,
Vanderbilt University


_____/s/  Robert S. Brennen_____
Robert S. Brennen
Donald E. English, Jr.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464

Attorneys for Plaintiff,
Vanderbilt University


_____/s/  Kurt C. Rommel_____
Kurt C. Rommel
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102-3833
(703) 903-9000

Attorneys for Plaintiff,
Vanderbilt University


Dated:  May 30, 2008