# BifferatoGentilotti
ATTORNEYS AT LAW
www.bglawde.com

Chad J. Toms
Also Admitted in NJ
Wilmington Office
Direct Fax: (302) 792-7471
ctoms@bglawde.com

June 3, 2008

**VIA HAND DELIVERY and E-FILE**
The Honorable Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Room 6124
Wilmington, Delaware 19801

Re:  Vanderbilt University v. ICOS Corporation
     Case No. 05-506 SLR

Dear Judge Robinson:

On May 30, 2008, Plaintiff filed an Amendment to Exhibit References in Post-Trial Briefs (Docket No. 152). Pursuant to the request of the Clerk of the Court, we have filed the Corrected Post-Trial Brief and Corrected Post-Trial Rebuttal Brief reflecting the amendments to the Post-Trial Brief (Docket No. 149) and the Post-Trial Rebuttal Brief (Docket No. 151). I have enclosed a courtesy copy of the corrected briefs for the Court.

As always, I remain available at the Court's convenience to address any questions or concerns.

Respectfully,

Chad J. Toms (#4155)

CJT/yd
Enclosure
cc:  All Counsel of Record (via CM/ECF)

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC