## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-506-SLR |
| ) | |
| ICOS CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Chad J. Toms, Esquire as counsel on behalf of Plaintiff Vanderbilt University in the above-captioned action; and

PLEASE ENTER the appearance of Raj Srivatsan, Esquire as counsel on behalf of Plaintiff Vanderbilt University in the above-captioned action.

BIFFERATO GENTILOTTI LLC                    BIFFERATO GENTILOTTI LLC

/s/ Chad J. Toms                                  /s/ Raj Srivatsan
Chad J. Toms (#4155)                              Raj Srivatsan, Esquire (ID #4917)
Bifferato Gentilotti LLC                          800 N. King Street
800 North King Street, Plaza Level               PO Box 2165
Wilmington, DE 19801                              Wilmington, DE  19899-2165
(302) 429-1900                                    302-429-1900