## CERTIFICATE OF SERVICE

I, Chad J. Toms, hereby certify this 17th day of July 2008, that copies of the foregoing *Substitution of Counsel were* caused to be served upon the following via U.S. Mail:

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

Kevin M. Flowers, Esq.
Michael F. Borun, Esq.
Thomas I. Ross, Esq.
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6537

James D. Heisman, Esq.
Mary W. Bourke, Esq.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

/s/ Chad J. Toms
Chad J. Toms, Esquire (I.D. No. 4155)